# EXHIBIT 1

## Transcript of Treaty of Guadalupe Hidalgo (1848)

*TREATY OF PEACE, FRIENDSHIP, LIMITS, AND SETTLEMENT BETWEEN THE UNITED STATES OF AMERICA AND THE UNITED MEXICAN STATES CONCLUDED AT GUADALUPE HIDALGO, FEBRUARY 2, 1848; RATIFICATION ADVISED BY SENATE, WITH AMENDMENTS, MARCH 10, 1848; RATIFIED BY PRESIDENT, MARCH 16, 1848; RATIFICATIONS EXCHANGED AT QUERETARO, MAY 30, 1848; PROCLAIMED, JULY 4, 1848.*

IN THE NAME OF ALMIGHTY GOD

The United States of America and the United Mexican States animated by a sincere desire to put an end to the calamities of the war which unhappily exists between the two Republics and to establish Upon a solid basis relations of peace and friendship, which shall confer reciprocal benefits upon the citizens of both, and assure the concord, harmony, and mutual confidence wherein the two people should live, as good neighbors have for that purpose appointed their respective plenipotentiaries, that is to say: The President of the United States has appointed Nicholas P. Trist, a citizen of the United States, and the President of the Mexican Republic has appointed Don Luis Gonzaga Cuevas, Don Bernardo Couto, and Don Miguel Atristain, citizens of the said Republic; Who, after a reciprocal communication of their respective full powers, have, under the protection of Almighty God, the author of peace, arranged, agreed upon, and signed the following: Treaty of Peace, Friendship, Limits, and Settlement between the United States of America and the Mexican Republic.

ARTICLE I
There shall be firm and universal peace between the United States of America and the Mexican Republic, and between their respective countries, territories, cities, towns, and people, without exception of places or persons.

ARTICLE II
Immediately upon the signature of this treaty, a convention shall be entered into between a commissioner or commissioners appointed by the General-in-chief of the forces of the United States, and such as may be appointed by the Mexican Government, to the end that a provisional suspension of hostilities shall take place, and that, in the places occupied by the said forces, constitutional order may be reestablished, as regards the political, administrative, and judicial branches, so far as this shall be permitted by the circumstances of military occupation.

ARTICLE III
Immediately upon the ratification of the present treaty by the Government of the United States, orders shall be transmitted to the commanders of their land and naval forces, requiring the latter (provided this treaty shall then have been ratified by the Government of the Mexican Republic, and the ratifications exchanged) immediately to desist from blockading any Mexican ports and requiring the former (under the same condition) to commence, at the earliest moment practicable, withdrawing all troops of the United States then in the interior of the Mexican Republic, to points that shall be selected by common agreement, at a distance from the seaports not exceeding thirty leagues; and such evacuation of the interior of the Republic shall be completed with the least possible delay; the Mexican Government hereby binding itself to afford every facility in its power for rendering the same convenient to the troops, on their march and in their new positions, and for promoting a good understanding between them and the inhabitants. In like manner orders shall be despatched to the persons in charge of the custom houses at all ports occupied by the forces of the United States, requiring them (under the same condition) immediately to deliver possession of the same to the persons authorized by the Mexican Government to receive it, together with all bonds and evidences of debt for duties on importations and on exportations, not yet fallen due. Moreover, a faithful and exact account shall be made out, showing the entire amount of all duties on imports and on exports, collected at such custom-houses, or elsewhere in Mexico, by authority of the United States, from and after the day of ratification of this treaty by the Government of the Mexican Republic; and also an account of the

cost of collection; and such entire amount, deducting only the cost of collection, shall be delivered to the Mexican Government, at the city of Mexico, within three months after the exchange of ratifications.

The evacuation of the capital of the Mexican Republic by the troops of the United States, in virtue of the above stipulation, shall be completed in one month after the orders there stipulated for shall have been received by the commander of said troops, or sooner if possible.

ARTICLE IV

Immediately after the exchange of ratifications of the present treaty all castles, forts, territories, places, and possessions, which have been taken or occupied by the forces of the United States during the present war, within the limits of the Mexican Republic, as about to be established by the following article, shall be definitely restored to the said Republic, together with all the artillery, arms, apparatus of war, munitions, and other public property, which were in the said castles and forts when captured, and which shall remain there at the time when this treaty shall be duly ratified by the Government of the Mexican Republic. To this end, immediately upon the signature of this treaty, orders shall be despatched to the American officers commanding such castles and forts, securing against the removal or destruction of any such artillery, arms, apparatus of war, munitions, or other public property. The city of Mexico, within the inner line of intrenchments surrounding the said city, is comprehended in the above stipulation, as regards the restoration of artillery, apparatus of war, & c.

The final evacuation of the territory of the Mexican Republic, by the forces of the United States, shall be completed in three months from the said exchange of ratifications, or sooner if possible; the Mexican Government hereby engaging, as in the foregoing article to use all means in its power for facilitating such evacuation, and rendering it convenient to the troops, and for promoting a good understanding between them and the inhabitants.

If, however, the ratification of this treaty by both parties should not take place in time to allow the embarcation of the troops of the United States to be completed before the commencement of the sickly season, at the Mexican ports on the Gulf of Mexico, in such case a friendly arrangement shall be entered into between the General-in-Chief of the said troops and the Mexican Government, whereby healthy and otherwise suitable places, at a distance from the ports not exceeding thirty leagues, shall be designated for the residence of such troops as may not yet have embarked, until the return of the healthy season. And the space of time here referred to as, comprehending the sickly season shall be understood to extend from the first day of May to the first day of November.

All prisoners of war taken on either side, on land or on sea, shall be restored as soon as practicable after the exchange of ratifications of this treaty. It is also agreed that if any Mexicans should now be held as captives by any savage tribe within the limits of the United States, as about to be established by the following article, the Government of the said United States will exact the release of such captives and cause them to be restored to their country.

ARTICLE V

The boundary line between the two Republics shall commence in the Gulf of Mexico, three leagues from land, opposite the mouth of the Rio Grande, otherwise called Rio Bravo del Norte, or Opposite the mouth of its deepest branch, if it should have more than one branch emptying directly into the sea; from thence up the middle of that river, following the deepest channel, where it has more than one, to the point where it strikes the southern boundary of New Mexico; thence, westwardly, along the whole southern boundary of New Mexico (which runs north of the town called Paso) to its western termination; thence, northward, along the western line of New Mexico, until it intersects the first branch of the river Gila; (or if it should not intersect any branch of that river, then to the point on the said line nearest to such branch, and thence in a direct line to the same); thence down the middle of the said branch and of the said river, until it empties into the Rio Colorado; thence across the Rio Colorado, following the division line between Upper and Lower California, to the Pacific Ocean.

The southern and western limits of New Mexico, mentioned in the article, are those laid down in the map entitled "Map of the United Mexican States, as organized and defined by various acts of the Congress of said republic, and constructed according to the best authorities. Revised edition. Published at New York, in 1847, by J. Disturnell," of which map a copy is added to this treaty, bearing the signatures and seals of the undersigned Plenipotentiaries. And, in order to preclude all difficulty in tracing upon the ground the limit

separating Upper from Lower California, it is agreed that the said limit shall consist of a straight line drawn from the middle of the Rio Gila, where it unites with the Colorado, to a point on the coast of the Pacific Ocean, distant one marine league due south of the southernmost point of the port of San Diego, according to the plan of said port made in the year 1782 by Don Juan Pantoja, second sailing-master of the Spanish fleet, and published at Madrid in the year 1802, in the atlas to the voyage of the schooners Sutil and Mexicana; of which plan a copy is hereunto added, signed and sealed by the respective Plenipotentiaries.

In order to designate the boundary line with due precision, upon authoritative maps, and to establish upon the ground land-marks which shall show the limits of both republics, as described in the present article, the two Governments shall each appoint a commissioner and a surveyor, who, before the expiration of one year from the date of the exchange of ratifications of this treaty, shall meet at the port of San Diego, and proceed to run and mark the said boundary in its whole course to the mouth of the Rio Bravo del Norte. They shall keep journals and make out plans of their operations; and the result agreed upon by them shall be deemed a part of this treaty, and shall have the same force as if it were inserted therein. The two Governments will amicably agree regarding what may be necessary to these persons, and also as to their respective escorts, should such be necessary.

The boundary line established by this article shall be religiously respected by each of the two republics, and no change shall ever be made therein, except by the express and free consent of both nations, lawfully given by the General Government of each, in conformity with its own constitution.

## ARTICLE VI

The vessels and citizens of the United States shall, in all time, have a free and uninterrupted passage by the Gulf of California, and by the river Colorado below its confluence with the Gila, to and from their possessions situated north of the boundary line defined in the preceding article; it being understood that this passage is to be by navigating the Gulf of California and the river Colorado, and not by land, without the express consent of the Mexican Government.

If, by the examinations which may be made, it should be ascertained to be practicable and advantageous to construct a road, canal, or railway, which should in whole or in part run upon the river Gila, or upon its right or its left bank, within the space of one marine league from either margin of the river, the Governments of both republics will form an agreement regarding its construction, in order that it may serve equally for the use and advantage of both countries.

## ARTICLE VII

The river Gila, and the part of the Rio Bravo del Norte lying below the southern boundary of New Mexico, being, agreeably to the fifth article, divided in the middle between the two republics, the navigation of the Gila and of the Bravo below said boundary shall be free and common to the vessels and citizens of both countries; and neither shall, without the consent of the other, construct any work that may impede or interrupt, in whole or in part, the exercise of this right; not even for the purpose of favoring new methods of navigation. Nor shall any tax or contribution, under any denomination or title, be levied upon vessels or persons navigating the same or upon merchandise or effects transported thereon, except in the case of landing upon one of their shores. If, for the purpose of making the said rivers navigable, or for maintaining them in such state, it should be necessary or advantageous to establish any tax or contribution, this shall not be done without the consent of both Governments.

The stipulations contained in the present article shall not impair the territorial rights of either republic within its established limits.

## ARTICLE VIII

Mexicans now established in territories previously belonging to Mexico, and which remain for the future within the limits of the United States, as defined by the present treaty, shall be free to continue where they now reside, or to remove at any time to the Mexican Republic, retaining the property which they possess in the said territories, or disposing thereof, and removing the proceeds wherever they please, without their being subjected, on this account, to any contribution, tax, or charge whatever.

Those who shall prefer to remain in the said territories may either retain the title and rights of Mexican citizens, or acquire those of citizens of the United States. But they shall be under the obligation to make their election within one year from the date of the exchange of ratifications of this treaty; and those who shall remain in the said territories after the expiration of that year, without having declared their intention to

retain the character of Mexicans, shall be considered to have elected to become citizens of the United States.

In the said territories, property of every kind, now belonging to Mexicans not established there, shall be inviolably respected. The present owners, the heirs of these, and all Mexicans who may hereafter acquire said property by contract, shall enjoy with respect to it guarantees equally ample as if the same belonged to citizens of the United States.

## ARTICLE IX
The Mexicans who, in the territories aforesaid, shall not preserve the character of citizens of the Mexican Republic, conformably with what is stipulated in the preceding article, shall be incorporated into the Union of the United States. and be admitted at the proper time (to be judged of by the Congress of the United States) to the enjoyment of all the rights of citizens of the United States, according to the principles of the Constitution; and in the mean time, shall be maintained and protected in the free enjoyment of their liberty and property, and secured in the free exercise of their religion without restriction.

## ARTICLE X
[Stricken out]

## Article XI
Considering that a great part of the territories, which, by the present treaty, are to be comprehended for the future within the limits of the United States, is now occupied by savage tribes, who will hereafter be under the exclusive control of the Government of the United States, and whose incursions within the territory of Mexico would be prejudicial in the extreme, it is solemnly agreed that all such incursions shall be forcibly restrained by the Government of the United States whensoever this may be necessary; and that when they cannot be prevented, they shall be punished by the said Government, and satisfaction for the same shall be exacted all in the same way, and with equal diligence and energy, as if the same incursions were meditated or committed within its own territory, against its own citizens.

It shall not be lawful, under any pretext whatever, for any inhabitant of the United States to purchase or acquire any Mexican, or any foreigner residing in Mexico, who may have been captured by Indians inhabiting the territory of either of the two republics; nor to purchase or acquire horses, mules, cattle, or property of any kind, stolen within Mexican territory by such Indians.

And in the event of any person or persons, captured within Mexican territory by Indians, being carried into the territory of the United States, the Government of the latter engages and binds itself, in the most solemn manner, so soon as it shall know of such captives being within its territory, and shall be able so to do, through the faithful exercise of its influence and power, to rescue them and return them to their country. or deliver them to the agent or representative of the Mexican Government. The Mexican authorities will, as far as practicable, give to the Government of the United States notice of such captures; and its agents shall pay the expenses incurred in the maintenance and transmission of the rescued captives; who, in the mean time, shall be treated with the utmost hospitality by the American authorities at the place where they may be. But if the Government of the United States, before receiving such notice from Mexico, should obtain intelligence, through any other channel, of the existence of Mexican captives within its territory, it will proceed forthwith to effect their release and delivery to the Mexican agent, as above stipulated.

For the purpose of giving to these stipulations the fullest possible efficacy, thereby affording the security and redress demanded by their true spirit and intent, the Government of the United States will now and hereafter pass, without unnecessary delay, and always vigilantly enforce, such laws as the nature of the subject may require. And, finally, the sacredness of this obligation shall never be lost sight of by the said Government, when providing for the removal of the Indians from any portion of the said territories, or for its being settled by citizens of the United States; but, on the contrary, special care shall then be taken not to place its Indian occupants under the necessity of seeking new homes, by committing those invasions which the United States have solemnly obliged themselves to restrain.

## ARTICLE XII
In consideration of the extension acquired by the boundaries of the United States, as defined in the fifth article of the present treaty, the Government of the United States engages to pay to that of the Mexican Republic the sum of fifteen millions of dollars.

Immediately after the treaty shall have been duly ratified by the Government of the Mexican Republic, the sum of three millions of dollars shall be paid to the said Government by that of the United States, at the city of Mexico, in the gold or silver coin of Mexico. The remaining twelve millions of dollars shall be paid at the same place, and in the same coin, in annual installments of three millions of dollars each, together with interest on the same at the rate of six per centum per annum. This interest shall begin to run upon the whole sum of twelve millions from the day of the ratification of the present treaty by--the Mexican Government, and the first of the installments shall be paid-at the expiration of one year from the same day. Together with each annual installment, as it falls due, the whole interest accruing on such installment from the beginning shall also be paid.

ARTICLE XIII
The United States engage, moreover, to assume and pay to the claimants all the amounts now due them, and those hereafter to become due, by reason of the claims already liquidated and decided against the Mexican Republic, under the conventions between the two republics severally concluded on the eleventh day of April, eighteen hundred and thirty-nine, and on the thirtieth day of January, eighteen hundred and forty-three; so that the Mexican Republic shall be absolutely exempt, for the future, from all expense whatever on account of the said claims.

ARTICLE XIV
The United States do furthermore discharge the Mexican Republic from all claims of citizens of the United States, not heretofore decided against the Mexican Government, which may have arisen previously to the date of the signature of this treaty; which discharge shall be final and perpetual, whether the said claims be rejected or be allowed by the board of commissioners provided for in the following article, and whatever shall be the total amount of those allowed.

ARTICLE XV
The United States, exonerating Mexico from all demands on account of the claims of their citizens mentioned in the preceding article, and considering them entirely and forever canceled, whatever their amount may be, undertake to make satisfaction for the same, to an amount not exceeding three and one-quarter millions of dollars. To ascertain the validity and amount of those claims, a board of commissioners shall be established by the Government of the United States, whose awards shall be final and conclusive; provided that, in deciding upon the validity of each claim, the boa shall be guided and governed by the principles and rules of decision prescribed by the first and fifth articles of the unratified convention, concluded at the city of Mexico on the twentieth day of November, one thousand eight hundred and forty-three; and in no case shall an award be made in favour of any claim not embraced by these principles and rules.

If, in the opinion of the said board of commissioners or of the claimants, any books, records, or documents, in the possession or power of the Government of the Mexican Republic, shall be deemed necessary to the just decision of any claim, the commissioners, or the claimants through them, shall, within such period as Congress may designate, make an application in writing for the same, addressed to the Mexican Minister of Foreign Affairs, to be transmitted by the Secretary of State of the United States; and the Mexican Government engages, at the earliest possible moment after the receipt of such demand, to cause any of the books, records, or documents so specified, which shall be in their possession or power (or authenticated copies or extracts of the same), to be transmitted to the said Secretary of State, who shall immediately deliver them over to the said board of commissioners; provided that no such application shall be made by or at the instance of any claimant, until the facts which it is expected to prove by such books, records, or documents, shall have been stated under oath or affirmation.

ARTICLE XVI
Each of the contracting parties reserves to itself the entire right to fortify whatever point within its territory it may judge proper so to fortify for its security.

ARTICLE XVII
The treaty of amity, commerce, and navigation, concluded at the city of Mexico, on the fifth day of April, A. D. 1831, between the United States of America and the United Mexican States, except the additional article, and except so far as the stipulations of the said treaty may be incompatible with any stipulation contained in the present treaty, is hereby revived for the period of eight years from the day of the exchange of ratifications of this treaty, with the same force and virtue as if incorporated therein; it being understood

that each of the contracting parties reserves to itself the right, at any time after the said period of eight years shall have expired, to terminate the same by giving one year's notice of such intention to the other party.

## ARTICLE XVIII

All supplies whatever for troops of the United States in Mexico, arriving at ports in the occupation of such troops previous to the final evacuation thereof, although subsequently to the restoration of the custom-houses at such ports, shall be entirely exempt from duties and charges of any kind; the Government of the United States hereby engaging and pledging its faith to establish and vigilantly to enforce, all possible guards for securing the revenue of Mexico, by preventing the importation, under cover of this stipulation, of any articles other than such, both in kind and in quantity, as shall really be wanted for the use and consumption of the forces of the United States during the time they may remain in Mexico. To this end it shall be the duty of all officers and agents of the United States to denounce to the Mexican authorities at the respective ports any attempts at a fraudulent abuse of this stipulation, which they may know of, or may have reason to suspect, and to give to such authorities all the aid in their power with regard thereto; and every such attempt, when duly proved and established by sentence of a competent tribunal, They shall be punished by the confiscation of the property so attempted to be fraudulently introduced.

## ARTICLE XIX

With respect to all merchandise, effects, and property whatsoever, imported into ports of Mexico, whilst in the occupation of the forces of the United States, whether by citizens of either republic, or by citizens or subjects of any neutral nation, the following rules shall be observed:

> (1) All such merchandise, effects, and property, if imported previously to the restoration of the custom-houses to the Mexican authorities, as stipulated for in the third article of this treaty, shall be exempt from confiscation, although the importation of the same be prohibited by the Mexican tariff.

> (2) The same perfect exemption shall be enjoyed by all such merchandise, effects, and property, imported subsequently to the restoration of the custom-houses, and previously to the sixty days fixed in the following article for the coming into force of the Mexican tariff at such ports respectively; the said merchandise, effects, and property being, however, at the time of their importation, subject to the payment of duties, as provided for in the said following article.

> (3) All merchandise, effects, and property described in the two rules foregoing shall, during their continuance at the place of importation, and upon their leaving such place for the interior, be exempt from all duty, tax, or imposts of every kind, under whatsoever title or denomination. Nor shall they be there subject to any charge whatsoever upon the sale thereof.

> (4) All merchandise, effects, and property, described in the first and second rules, which shall have been removed to any place in the interior, whilst such place was in the occupation of the forces of the United States, shall, during their continuance therein, be exempt from all tax upon the sale or consumption thereof, and from every kind of impost or contribution, under whatsoever title or denomination.

> (5) But if any merchandise, effects, or property, described in the first and second rules, shall be removed to any place not occupied at the time by the forces of the United States, they shall, upon their introduction into such place, or upon their sale or consumption there, be subject to the same duties which, under the Mexican laws, they would be required to pay in such cases if they had been imported in time of peace, through the maritime custom-houses, and had there paid the duties conformably with the Mexican tariff.

> (6) The owners of all merchandise, effects, or property, described in the first and second rules, and existing in any port of Mexico, shall have the right to reship the same, exempt from all tax, impost, or contribution whatever.

With respect to the metals, or other property, exported from any Mexican port whilst in the occupation of the forces of the United States, and previously to the restoration of the custom-house at such port, no

person shall be required by the Mexican authorities, whether general or state, to pay any tax, duty, or contribution upon any such exportation, or in any manner to account for the same to the said authorities.

## ARTICLE XX

Through consideration for the interests of commerce generally, it is agreed, that if less than sixty days should elapse between the date of the signature of this treaty and the restoration of the custom houses, conformably with the stipulation in the third article, in such case all merchandise, effects and property whatsoever, arriving at the Mexican ports after the restoration of the said custom-houses, and previously to the expiration of sixty days after the day of signature of this treaty, shall be admitted to entry; and no other duties shall be levied thereon than the duties established by the tariff found in force at such custom-houses at the time of the restoration of the same. And to all such merchandise, effects, and property, the rules established by the preceding article shall apply.

## ARTICLE XXI

If unhappily any disagreement should hereafter arise between the Governments of the two republics, whether with respect to the interpretation of any stipulation in this treaty, or with respect to any other particular concerning the political or commercial relations of the two nations, the said Governments, in the name of those nations, do promise to each other that they will endeavour, in the most sincere and earnest manner, to settle the differences so arising, and to preserve the state of peace and friendship in which the two countries are now placing themselves, using, for this end, mutual representations and pacific negotiations. And if, by these means, they should not be enabled to come to an agreement, a resort shall not, on this account, be had to reprisals, aggression, or hostility of any kind, by the one republic against the other, until the Government of that which deems itself aggrieved shall have maturely considered, in the spirit of peace and good neighbourship, whether it would not be better that such difference should be settled by the arbitration of commissioners appointed on each side, or by that of a friendly nation. And should such course be proposed by either party, it shall be acceded to by the other, unless deemed by it altogether incompatible with the nature of the difference, or the circumstances of the case.

## ARTICLE XXII

If (which is not to be expected, and which God forbid) war should unhappily break out between the two republics, they do now, with a view to such calamity, solemnly pledge themselves to each other and to the world to observe the following rules; absolutely where the nature of the subject permits, and as closely as possible in all cases where such absolute observance shall be impossible:

(1) The merchants of either republic then residing in the other shall be allowed to remain twelve months (for those dwelling in the interior), and six months (for those dwelling at the seaports) to collect their debts and settle their affairs; during which periods they shall enjoy the same protection, and be on the same footing, in all respects, as the citizens or subjects of the most friendly nations; and, at the expiration thereof, or at any time before, they shall have full liberty to depart, carrying off all their effects without molestation or hindrance, conforming therein to the same laws which the citizens or subjects of the most friendly nations are required to conform to. Upon the entrance of the armies of either nation into the territories of the other, women and children, ecclesiastics, scholars of every faculty, cultivators of the earth, merchants, artisans, manufacturers, and fishermen, unarmed and inhabiting unfortified towns, villages, or places, and in general all persons whose occupations are for the common subsistence and benefit of mankind, shall be allowed to continue their respective employments, unmolested in their persons. Nor shall their houses or goods be burnt or otherwise destroyed, nor their cattle taken, nor their fields wasted, by the armed force into whose power, by the events of war, they may happen to fall; but if the necessity arise to take anything from them for the use of such armed force, the same shall be paid for at an equitable price. All churches, hospitals, schools, colleges, libraries, and other establishments for charitable and beneficent purposes, shall be respected, and all persons connected with the same protected in the discharge of their duties, and the pursuit of their vocations.

(2). In order that the fate of prisoners of war may be alleviated all such practices as those of sending them into distant, inclement or unwholesome districts, or crowding them into close and noxious places, shall be studiously avoided. They shall not be confined in dungeons,

prison ships, or prisons; nor be put in irons, or bound or otherwise restrained in the use of their limbs. The officers shall enjoy liberty on their paroles, within convenient districts, and have comfortable quarters; and the common soldiers shall be dispose( in cantonments, open and extensive enough for air and exercise and lodged in barracks as roomy and good as are provided by the party in whose power they are for its own troops. But if any office shall break his parole by leaving the district so assigned him, or any other prisoner shall escape from the limits of his cantonment after they shall have been designated to him, such individual, officer, or other prisoner, shall forfeit so much of the benefit of this article as provides for his liberty on parole or in cantonment. And if any officer so breaking his parole or any common soldier so escaping from the limits assigned him, shall afterwards be found in arms previously to his being regularly exchanged, the person so offending shall be dealt with according to the established laws of war. The officers shall be daily furnished, by the party in whose power they are, with as many rations, and of the same articles, as are allowed either in kind or by commutation, to officers of equal rank in its own army; and all others shall be daily furnished with such ration as is allowed to a common soldier in its own service; the value of all which supplies shall, at the close of the war, or at periods to be agreed upon between the respective commanders, be paid by the other party, on a mutual adjustment of accounts for the subsistence of prisoners; and such accounts shall not be mingled with or set off against any others, nor the balance due on them withheld, as a compensation or reprisal for any cause whatever, real or pretended Each party shall be allowed to keep a commissary of prisoners, appointed by itself, with every cantonment of prisoners, in possession of the other; which commissary shall see the prisoners as often as he pleases; shall be allowed to receive, exempt from all duties a taxes, and to distribute, whatever comforts may be sent to them by their friends; and shall be free to transmit his reports in open letters to the party by whom he is employed. And it is declared that neither the pretense that war dissolves all treaties, nor any other whatever, shall be considered as annulling or suspending the solemn covenant contained in this article. On the contrary, the state of war is precisely that for which it is provided; and, during which, its stipulations are to be as sacredly observed as the most acknowledged obligations under the law of nature or nations.

**ARTICLE XXIII**

This treaty shall be ratified by the President of the United States of America, by and with the advice and consent of the Senate thereof; and by the President of the Mexican Republic, with the previous approbation of its general Congress; and the ratifications shall be exchanged in the City of Washington, or at the seat of Government of Mexico, in four months from the date of the signature hereof, or sooner if practicable. In faith whereof we, the respective Plenipotentiaries, have signed this treaty of peace, friendship, limits, and settlement, and have hereunto affixed our seals respectively. Done in quintuplicate, at the city of Guadalupe Hidalgo, on the second day of February, in the year of our Lord one thousand eight hundred and forty-eight.

N. P. TRIST
LUIS P. CUEVAS
BERNARDO COUTO
MIGL. ATRISTAIN

*Transcription courtesy of <u>the Avalon Project</u> at Yale Law School.*

---

Page URL: http://www.ourdocuments.gov/doc.php?doc=26&page=transcript

---

**U.S. National Archives & Records Administration**

700 Pennsylvania Avenue NW, Washington, DC 20408 • 1-86-NARA-NARA • 1-866-272-6272

# EXHIBIT 2

**452**  THIRTY–FIRST CONGRESS. Sess. I. Ch. 50. 1850.

Proviso.

accordingly : *Provided,* That such delegate shall receive no higher sum for mileage than is allowed by law to the delegate from Oregon.

Lands to be surveyed : how to be disposed of.

SEC. 15. *And be it further enacted,* That when the lands in said Territory shall be surveyed under the direction of the government of the United States, preparatory to bringing the same into market, sections numbered sixteen and thirty-six in each township in said Territory shall be, and the same are hereby, reserved for the purpose of being applied to schools in said Territory, and in the States and Territories hereafter to be erected out of the same.

Reservation for schools.

Judicial districts: how defined.

SEC. 16. *And be it further enacted,* That temporarily and until otherwise provided by law, the governor of said Territory may define the judicial districts of said Territory, and assign the judges who may be appointed for said Territory to the several districts, and also appoint the times and places for holding courts in the several counties or subdivisions in each of said judicial districts, by proclamation to be issued by him; but the legislative assembly, at their first or any subsequent session, may organize, alter, or modify such judicial districts, and assign the judges, and alter the times and places of holding the courts, as to them shall seem proper and convenient

The Constitution and applicable laws of the U. S. extended over New Mexico.

SEC. 17. *And be it further enacted,* That the Constitution, and all laws of the United States which are not locally inapplicable, shall have the same force and effect within the said Territory of New Mexico as elsewhere within the United States.

Provisions of this act to be suspended until the boundary is adjusted.

SEC. 18. *And be it further enacted,* That the provisions of this act be, and they are hereby, suspended until the boundary between the United States and the State of Texas shall be adjusted ; and when such adjustment shall have been effected, the President of the United States shall issue his proclamation, declaring this act to be in full force and operation, and shall proceed to appoint the officers herein provided to be appointed in and for said Territory.

Proclamation.

See Appendix, p. 1005.

Citizens' rights protected.

SEC. 19. *And be it further enacted,* That no citizen of the United States shall be deprived of his life, liberty, or property, in said Territory, except by the judgment of his peers and the laws of the land.

APPROVED, September 9, 1850.

———

Sept. 9, 1850.

CHAP. L. — *An Act for the Admission of the State of California into the Union.*

Preamble.

Whereas the people of California have presented a constitution and asked admission into the Union, which constitution was submitted to Congress by the President of the United States, by message dated February thirteenth, eighteen hundred and fifty, and which, on due examination, is found to be republican in its form of government :

California declared to be one of the United States.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the State of California shall be one, and is hereby declared to be one, of the United States of America, and admitted into the Union on an equal footing with the original States in all respects whatever

Entitled to two representatives until an enumeration is made.

SEC. 2. *And be it further enacted,* That, until the representatives in Congress shall be apportioned according to an actual enumeration of the inhabitants of the United States, the State of California shall be entitled to two representatives in Congress.

Admitted into the Union upon certain express conditions.

SEC. 3. *And be it further enacted,* That the said State of California is admitted into the Union upon the express condition that the people of said State, through their legislature or otherwise, shall never interfere with the primary disposal of the public lands within its limits, and shall pass no law and do no act whereby the title of the United States to, and right to dispose of, the same shall be impaired or questioned ;

and that they shall never lay any tax or assessment of any description whatsoever upon the public domain of the United States, and in no case shall non-resident proprietors, who are citizens of the United States, be taxed higher than residents; and that all the navigable waters within the said State shall be common highways, and forever free, as well to the inhabitants of said State as to the citizens of the United States, without any tax, impost, or duty therefor: *Provided,* That nothing herein contained shall be construed as recognizing or rejecting the propositions tendered by the people of California as articles of compact in the ordinance adopted by the convention which formed the constitution of that State.

Approved, September 9, 1850.

Proviso.

———

Chap. LI. — *An Act to establish a Territorial Government for Utah.*     Sept. 9, 1850.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all that part of the territory of the United States included within the following limits, to wit: bounded on the west by the State of California, on the north by the Territory of Oregon, and on the east by the summit of the Rocky Mountains, and on the south by the thirty-seventh parallel of north latitude, be, and the same is hereby, created into a temporary government, by the name of the Territory of Utah; and, when admitted as a State, the said Territory, or any portion of the same, shall be received into the Union, with or without slavery, as their constitution may prescribe at the time of their admission: *Provided,* That nothing in this act contained shall be construed to inhibit the government of the United States from dividing said Territory into two or more Territories, in such manner and at such times as Congress shall deem convenient and proper, or from attaching any portion of said Territory to any other State or Territory of the United States.

The boundary of the Territory of Utah defined

Proviso.

Sec. 2. *And be it further enacted,* That the executive power and authority in and over said Territory of Utah shall be vested in a governor, who shall hold his office for four years, and until his successor shall be appointed and qualified, unless sooner removed by the President of the United States. The governor shall reside within said Territory, shall be commander-in-chief of the militia thereof, shall perform the duties and receive the emoluments of superintendent of Indian affairs, and shall approve all laws passed by the legislative assembly before they shall take effect: he may grant pardons for offences against the laws of said Territory, and reprieves for offences against the laws of the United States, until the decision of the President can be made known thereon; he shall commission all officers who shall be appointed to office under the laws of the said Territory, and shall take care that the laws be faithfully executed.

Executive power vested in a governor: his duties defined.

Sec. 3. *And be it further enacted,* That there shall be a secretary of said Territory, who shall reside therein, and hold his office for four years, unless sooner removed by the President of the United States: he shall record and preserve all the laws and proceedings of the legislative assembly hereinafter constituted, and all the acts and proceedings of the governor in his executive department; he shall transmit one copy of the laws and one copy of the executive proceedings, on or before the first day of December in each year, to the President of the United States, and, at the same time, two copies of the laws to the Speaker of the House of Representatives, and the President of the Senate, for the use of Congress. And in the case of the death, removal, resignation, or other necessary absence of the governor from the Territory, the secretary shall have, and he is hereby authorized

Secretary: his duties defined.

To act as governor in certain contingencies.

# EXHIBIT 3

THE

# STATUTES OF CALIFORNIA

AND

## AMENDMENTS TO THE CODES,

PASSED AT THE

THIRTY-SECOND SESSION OF THE LEGISLATURE,

## 1897.

BEGAN ON MONDAY, JANUARY FOURTH, AND ENDED ON SATURDAY,
MARCH TWENTIETH, EIGHTEEN HUNDRED AND NINETY-SEVEN.



SACRAMENTO:
A. J. JOHNSTON,   :   :   :   :   :   SUPERINTENDENT STATE PRINTING.
1897.

Case 3:20-cv-00224-GPC-AHG   Document 1-3   Filed 02/05/20   PageID.39   Page 15 of 136

provided for, shall invite proposals and bids, in one total sum or amount, for the performance of all the work and the furnishing of all the materials called for in the said advertisement for the erection of the entire building or buildings.  Said board or body shall have the right to reject any or all bids, when in their judgment the public interests may be thereby promoted.  Such contract shall be executed on behalf of such city, or city and county, by the Mayor, or President of the Common Council, Board of Supervisors, or other governing body of such city, or city and county.  No change in the plans or specifications shall be made after proposals for doing work and furnishing materials have been called for, nor shall any contractor be allowed a claim for work done or materials furnished in excess of his contract, except on the approval of said Common Council, Board of Supervisors, or other governing body of cities, or cities and counties; *provided*, that the aggregate cost of any change, or changes, shall not exceed the sum of three thousand dollars.  All contracts shall be in writing, and shall be carefully drawn by the City Attorney, City and County Attorney, or other. law officer of such city, or city and county, and shall contain detailed specifications of the work to be done, the manner in which the same shall be executed, the quality of the material, and the time within which the same shall be completed; and such penalty for the non-performance of such contract as said board or body may deem just and reasonable.  All contracts shall be signed in triplicate— one copy of which, with the plans and specifications of the work to be done, shall be filed with the clerk or secretary of said board or body, and shall at all times, in office hours, be open to the inspection of the public; one, with the plans and specifications, shall be kept in the office of said board or body, and the other copy, with plans and specifications, shall be delivered to the contractor.

SEC. 2.  This Act shall take effect and be in force from and after its passage.

──────

## CHAPTER LVI.

*An Act ceding to the United States of America jurisdiction over all lands within this State which have been or may hereafter be acquired by the United States for military purposes.*

[Approved March 2, 1897.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows:*

SECTION 1.  The State of California hereby cedes to the United States of America exclusive jurisdiction over all lands within this State now held, occupied, or reserved by the Government of the United States for military purposes or defense, or which may hereafter be ceded or conveyed to said United States for such purposes; *provided*, that a sufficient description

by metes and bounds and a map or plat of such lands be filed in the proper office of record in the county in which the same are situated; *and provided further,* that this State reserves the right to serve and execute on said lands all civil process, not incompatible with this cession, and such criminal process as may lawfully issue under the authority of this State against any person or persons charged with crimes committed without said lands.

SEC. 2. This Act shall take effect immediately.

## CHAPTER LVII.

*An Act to amend an Act entitled "An Act to create a police relief, health and life insurance, and pension fund in the several counties, cities and counties, cities, and towns of the State," approved March 4, 1889.*

[Approved March 2, 1897.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows:*

Police relief fund. SECTION 1. Section three of the "Act to create a police relief, health and life insurance, and pension fund in the several counties, cities and counties, cities, and towns of the State," approved March fourth, eighteen hundred and eighty-nine, is hereby amended so as to read as follows:

Qualifications to receive pension. Section 3. Whenever any person at the taking effect of this Act, or thereafter, shall have been duly appointed or selected, and sworn, and have served for twenty years, or more, in the aggregate, as a member, in any capacity or any rank whatever, of the regularly constituted police department of any such county, city and county, city, or town which may hereafter be subject to the provisions of this Act, said board may, if it see fit, order and direct that such person, after becoming sixty years of age, be retired from further service in such police department, and from the date of the making of such order the service of such person in such police department shall cease, and such person so retired shall thereafter, during his lifetime, be paid from such fund a yearly pension equal to one half of the amount of salary attached to the rank which he may have held in said police department for the period of one year next preceding the date of such retirement.

SEC. 2. Section four of said Act is hereby amended so as to read as follows:

Physical disability. Section 4. Whenever any person, while serving as a policeman in any such county, city and county, city, or town, shall become physically disabled by reason of any bodily injury received in the immediate or direct performance or discharge of his duty as such policeman, said board may, upon his written request, or without such request, if it deem it to be for the good

# EXHIBIT 4

# EXHIBIT 4

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

Acctg Rev. 09.2018

 LINCOLN MILITARY HOUSING®

# Marine "UNIT DIARY" Form

**START**

**INTERSITE TRANSFER FROM:** _____

| | |
|---|---|
| **NAME:** | ███████████ |
| **SOCIAL SECURITY NUMBER:** | |
| **RANK / RATE / ADMIN RUC:** | E06 |
| **ALLOTMENT START DATE:** | 01/18/19 |
| **MOVE IN DATE:** | 01/18/19 |
| **TENANT CODE:** | m0446189 |
| **TELEPHONE NUMBER:** | (951) 491-3716 |

| | UIC # | Property Code | Property Name |
|---|---|---|---|
| *Phase I* | N00242 | | |
| *Phase II* | N00245 | | |
| *Phase III* | M67865 | 63143 | Townhomes |
| *Seal Beach* | N47615 | | |
| *El Centro* | N60042 | | |

**For Accounting Use Only**

Stop Date: _____
Start Date: _____
**To change UIC # only**
Current Phase: _____
Change Phase to: _____
Printed Name: _____
Approved by: _____

---

**THIS CERTIIES LINCOLN MILITARY HOUSING TO RECEIVE MY BAH DIRECTLY BY THE "UNIT DIARY"  THIS WILL WITHDRAW MY ENTIRE BAH WHICH WILL COVER ALL RENT PLUS UTILITIES FOR THE PREVIOUS MONTH.**
**DO NOT START ALLOTMENT @ COMMAND!**

---

***I understand that even if my allotment does not start at the initial st████████ ment will eventually start and I must check my LES monthly to see when the allotment has started. ████████ (Initials) ***

X ███████████████          1/17/2019
*Service Member's Signature*          *Date Signed*

**Lincoln Representative:**   Brittany Roberts          **District Telephone #:**   (858) 397-1012
(Printed Name)

**\*\*Please re-start this Diary if you have a PCA (Permanent Change of Assignment) within San Diego.\*\***

<u>**CONTACT INFO ONLY-**</u>

**Diane Alvarado**     619.556.9243     diana.alvarado1@navy.mil
**Rosa Alcala**     619.556.8863     rosa.alcala@navy.mil

Contact your District Office if you have any questions          Submit COPY to Rosa at Navy Housing

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# LEASE AGREEMENT

| COMMUNITY Miramar Townhomes | | | |
|---|---|---|---|
| UNIT NUMBER 1582D | UNIT ADDRESS 1582 Black Eagle Dr  Unit D | | UNIT TYPE 2 bedroom, 1 bath |
| CITY San Diego | COUNTY San Diego | STATE California | ZIP 92126 |

| 1. CURRENT DATE (MM/DD/YYYY) 01/17/2019 | 2. LEASE COMMENCEMENT DATE (MM/DD/YYYY) 01/18/2019 | 3. LEASE END DATE (MM/DD/YYYY) 02/17/2019 |
|---|---|---|

**4. RESIDENT(S) - INDIVIDUAL(S) RESPONSIBLE FOR LEASE**

| a. NAME (Last, First, Middle Initial) | b. Pay Grade | c. Branch | d. Duty Station/ UIC | e. Home Phone |
|---|---|---|---|---|
| a. ███ | E06 | Marines | M01465 | |
| | b. | c. | d. | e. ███ |

| 5. MONTHLY RENT | Monthly Amount: $__BAH__,  subject to adjustment as provided in Section 5 |
|---|---|
| 6. SECURITY DEPOSIT (If applicable, see Section 6 below) | $ 0.00, to be held at the following federally insured bank, subject to the terms of this Lease: |
| 7. LATE CHARGE | $25.00 per occurrence (applied if Rent is received after the fifth day of the month following date due; Rent is due in arrears, on the last day of each calendar month) |
| 8. REFUSED PAYMENT CHARGE | $25.00 for each refused payment |

**9. UTILITIES PAID BY OWNER:** Except as otherwise set forth in Section 9 of this Lease, rent includes the following utilities and services: water, sewer, trash and consumption of gas, oil and steam

**10. RENT PAYABLE TO MANAGEMENT OFFICE:**
San Diego Family Housing, LLC, at the General Management Office designated in the attached Community Policies.

**11. LIST OF ALL OCCUPANTS (including all children)** (Do not list any from Number 4 above)

| 1a. NAME (Last, First, Middle Initial) | b. DATE OF BIRTH | c. RELATIONSHIP |
|---|---|---|
| | | Child |
| 2a. ███ | b. ███ | c. Child |
| 3a. | b. | c. |
| 4a. | b . | c. |
| 5a. | b. | c. |
| 6a. | b. | c. |

**12. EMERGENCY CONTACT**

| a. NAME ███ | b. RELATIONSHIP Mother | c. TELEPHONE ███ |
|---|---|---|

**13. SPECIAL PROVISIONS AND ADDITIONAL AGREEMENTS:**
Flat rent per month $2075 Flat rent 04/05/2018

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

**READ AND ACCEPTED BY:**

DocuSigned by: ██████████████████████    ████████████████████████

PRINTED NAME

DocuSigned by: ████████████    ████████████████

PRINTED NAME

OWNER:

SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company

By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:        *Brittany Roberts*
Name:    Brittany Roberts
Title:      LMH Representative

2 OF 14

## *LEASE AGREEMENT*

**THIS LEASE AGREEMENT** (this "Lease") is made on the "Current Date" listed in Box 1 of Page 1, between San Diego Family Housing, LLC (the "Owner"), acting by and through its authorized agent, Lincoln Military Property Management LP ("Agent") and the individuals referenced in this Lease in Box 4 of Page 1 (collectively referred to as "Resident").

THE PARTIES AGREE AS FOLLOWS:

1.  **Parties to Lease.** Subject to the terms and conditions of this Lease, Owner rents to Resident and Resident rents from Owner, the unit referenced on Page 1 of this Lease (the "Premises"). The Premises is to be used for residential use only, with exceptions permitted *solely* upon written approval of Owner. The Premises is managed by Agent. Agent's address and phone number are specified in Box 10 of Page 1. Agent is authorized to manage the Premises on behalf of Owner and to give and accept notices, demands and service of process on behalf of the Owner.

    (a) **Military Eligibility:** Resident's eligibility for residing in the Premises is conditioned upon their continuous eligibility for Military Family Housing under Navy regulations/instructions/rules, this Lease, and any applicable local, state and/or federal laws.

    (b) **Change in Eligibility Status:** Resident agrees to immediately notify Owner and Agent in writing of any such change in referral eligibility status. If Resident becomes ineligible and does not notify Owner and Agent, and fails to vacate the Premises, Resident is in material breach of this Lease and is subject to legal action to recover possession of the Premises and for all outstanding monies due under the terms of this Lease. In addition, Resident agrees to be liable for the full market rent of the Premises, calculated from the time Resident became ineligible until the time he or she vacates the Premises.

2.  **Premises.** The Premises is located in the community and state identified at the top of Page 1 of this Lease. The term "Premises" includes the housing unit identified at the top of Page 1 of this Lease, as well as the associated front and back yards, garage, driveway, designated storage unit, designated parking, and carport, as applicable.

3.  **Term/Automatic Renewal.** The initial term of this Lease is for the period commencing on the date set forth in Box 2 of Page 1 and ending on the date set forth in Box 3 Page 1. After expiration of the initial term, this Lease will automatically convert to a month-to-month tenancy. Owner may terminate this Lease at the expiration date by giving Resident at least 30 days (or 60 days if Resident has occupied the Premises for more than one year) written notice before the expiration date above or, if this Lease has renewed on a month-to-month basis, Owner may terminate this Lease by giving Resident at least 30 days (or 60 days if Resident has occupied the Premises for more than one year) written notice before such termination. Resident may terminate this Lease at the expiration date by giving the Owner at least 30 days written notice before the expiration date above or, if this Lease has renewed on a month-to-month basis, Resident may terminate this Lease by giving Owner at least 30 days written notice before such termination.

4.  **Compliance with Laws.** Resident shall comply with all state and federal laws applicable to this Lease and Resident's use of the Premises.

5.  **Rent.** Except as otherwise set forth in Section 9 of this Lease, the rent and Owner provided utilities ("Rent") shall be an amount not to exceed the Basic Allowance for Housing ("BAH") at the With Dependents rate for Resident's duty station and military grade if the Resident's duty station is at Naval Base San Diego or a Naval Installation in California, or at the With Dependents rate that would be charged for the Resident's military grade at the Premises if the Resident's duty station is not at Naval Base San Diego or a Naval Installation in California. Rent shall be payable in arrears on the first day of the month for the previous month's rent. The monthly Rent installment will begin in the amount set forth in Box 5 on Page 1 of this Lease, due in accordance with the payment option (allotment or direct payment) as selected below. If more than one Resident is a service member, the Rent for the Premises will be equal to the BAH of the senior Resident service member at the With Dependents rate. Except as otherwise set forth in Section 9 of this Lease, rent includes the following utilities and services: water, sewer, trash and reasonable consumption of gas, oil, steam and electric.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## *LEASE AGREEMENT*

If Resident's BAH rate changes at any time for any reason, Resident must notify Owner within fifteen (15) business days of the change. Resident shall be responsible for the payment of Rent at the changed rate from the effective day of any change and payable when received by Resident. Resident agrees that the foregoing constitutes effective notice from the Owner that the increase in the amount of the monthly Rent will take effect upon any increase in Resident's applicable BAH. In the event the Resident becomes ineligible for BAH, the Rent will be equal to the Resident's BAH immediately prior to the Resident's ineligibility. Resident shall deliver to Owner a security deposit equal to one month's base rent (set forth in Box 5 on Page 1 of this Lease) within fifteen (15) business days of the change in eligibility, and notwithstanding anything to the contrary herein, Rent shall be payable in advance on the first day of each month.

If this Lease begins after the 1st day of the month, Resident shall pay the prorated amount upon the first day of the following month. Rent not paid by the 5th calendar day after the due date will be considered late and will be subject to a late charge as set forth in Box 7 of Page 1. Late charges do not apply to Resident choosing to pay Rent by allotment when the allotment is not received by Owner due to causes outside of Resident's control. Rent and all other charges owed by Resident pursuant to this Lease and not paid by Allotment will be payable by personal check, certified check, cashier check, Electronic Funds Transfer (EFT), or money order at the address specified in Box 10 on Page 1.

X    **Allotment Option:** Resident chooses to pay Rent through allotment from the senior service member Resident's pay account to Owner. Resident is responsible for paying all rent and charges due until the Allotment (defined below) has commenced. If Resident is not receiving Resident's BAH at the time of entering into this Lease, payment is not due until the date the Resident receives it, but Rent is owed from the Commencement Date of this Lease. The Allotment will be increased/decreased by Resident when increases/reductions occur to the senior service member Resident's BAH rate. It is Resident's responsibility to make adjustments in the Allotment to reflect any changes in Resident's BAH rate. Resident shall execute all required documents that are necessary to make monthly payments ("Allotment") equal to the amount set forth in Box 5 on Page 1 of this Lease (as may be modified by Box 13 on Page 1 of this Lease.) at Lease signing and agrees to take no action to terminate such Allotment without making arrangements with Owner. If Resident's Allotment is terminated while Resident is still in possession of the Premises without written permission from Owner, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.



**(Sign here to accept this option)**

**Direct Payment Option:** Resident chooses to make Rent payments directly to the Owner, in arrears, on the last day of each month, without notice, to the Owner's office specified in Block 10 on Page 1, or to such other person or at such other address as Owner may provide to Resident. A security deposit equal to one month's Rent is being held at the bank identified in Box 6 on Page 1 ("Security Deposit").

**(Sign here to select this option)**

**RENT IS PAYABLE, IN ARREARS, ON THE FIRST DAY OF EACH MONTH. FOR EXAMPLE, IF THE RESIDENT TAKES POSSESSION ON APRIL 1ST, THEN THE FIRST MONTH'S RENT IS DUE ON MAY 1st. THEREFORE, IF THIS LEASE TERMINATES ON NOVEMBER 15TH, THE RESIDENT WILL OWE FIFTEEN DAYS OF RENT (FOR NOVEMBER 1 – NOVEMBER 15) UPON TERMINATION OF THIS LEASE AND MAY OWE MORE IF THE PREMISES IS DAMAGED OR IF RESIDENT IS IN DEFAULT UNDER THIS LEASE.**

6. **Security Deposit.** If Resident has chosen the direct payment option for Rent, the Security Deposit is due and payable on the date in Block 2 of Page 1 of this Lease, in the amount set forth in Block 6 of Page 1 of this Lease. The Security Deposit, if any, will be held at the bank set forth in Block 6 of Page 1 of this Lease, or such other bank as may be selected by Owner with notice to Resident. All or any portion of the Security Deposit may be used, as reasonably necessary, to: **(i)** cure Resident's default in payment of Rent (which includes late charges, return payment fees or other sums due); **(ii)** repair damage, excluding ordinary wear and tear, caused by Resident, Occupant, Guest or licensee of Resident; **(iii)** clean Premises, if necessary, upon termination of the tenancy; and **(iv)** replace or return personal property or appurtenances.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

**SECURITY DEPOSIT SHALL BE REQUIRED UNLESS THE ALLOTMENT OPTION ABOVE IS SIGNED. THE SECURITY DEPOSIT SHALL NOT BE USED BY RESIDENT IN LIEU OF PAYMENT OF LAST MONTH'S RENT.**

If all or any portion of the Security Deposit is used during the tenancy, Resident agrees to reinstate the Security Deposit within five (5) days after written notice is delivered to Resident. Within twenty-one (21) days after Resident vacates the Premises, Owner shall furnish or return by personal delivery or first class mail postage prepaid to Resident: **(1)** an itemized statement indicating the amount of any security deposit received and the basis for its disposition; and **(2)** any remaining portion of the Security Deposit.

Security deposit will not be returned until all Residents, Occupants and Guests have vacated the Premises. Any security deposit returned by check shall be made out to all Residents named on this Lease, or as subsequently modified.

7. **Late Charge/Refused Payment Charge.** Resident acknowledges late payment of Rent or the refusal of an Allotment or EFT payment may cause Owner to incur costs and expenses, the exact amounts of which are extremely difficult and impractical to determine. These costs may include, but are not limited to, processing, enforcement and accounting expenses, and late charges imposed on Owner. *If any installment of Rent due from Resident is not received by Owner or postmarked by the 5th calendar day after the date due, unless paid by Allotment, Resident shall pay to Owner a late charge for such monthly installment as set forth in Box 7 of Page 1 ("Late Charge").*

Resident and Owner agree that the Late Charge represents a fair and reasonable estimate of the costs Owner may incur by reason of Resident's late or returned payment. Any Late Charge shall be paid with the current installment of Rent. Owner's acceptance of any Late Charge shall not constitute a waiver as to any default of Resident. Owner's right to collect a Late Charge shall not be deemed an extension of the date Rent is due under Section 5 or prevent Owner from exercising any other rights and remedies under this Lease and as provided by law.

If an Allotment is refused (thereby causing the rent to be late), Resident shall pay to Owner a refused payment charge as set forth in Box 8 of Page 1 ("Refused Payment Charge").

Checks returned due to insufficient funds will not be re-deposited. If a check is returned to the Owner, the Resident will be served legal notice and assessed a twenty-five dollar ($25.00) fee. For future payment, the Resident will be required to pay by certified check or money order. If the Resident does not redeem the returned check with a money order or cashier's check by the expiration of legal notice, the Owner may initiate eviction proceedings.

8. **Condition of Premises Upon Commencement Date.** (Select A or B below, as applicable, and strike the alternate provision.)

A. FOR RESIDENTS NOT IN POSSESSION AT TIME OF LEASE SIGNING:

Owner and Resident have jointly examined the Premises and are satisfied with its physical condition, order, and repair. Owner has provided Resident with a Move-In Condition Form, which they have jointly signed. Within five (5) days after the later of (i) the date on which the Resident takes occupancy of the Premises or (ii) commencement of this Lease, Resident shall provide Owner with a list of any other items that are damaged or not in operable condition. A Move-In Condition Form and an Inventory Report will be provided to Residents occupying Premises with furnishings.

Resident accepts the Premises "as is" as of the date in Block 2 on Page 1 of this Lease and acknowledges receipt of a copy the Move-In Condition Form, which has been signed by the Owner and the Resident.

B. FOR RESIDENTS IN POSSESSION AT TIME OF LEASE SIGNING:

Resident acknowledges that it is in possession of the Premises on the date in Block 2 on Page 1 of this Lease and Resident accepts the Premises "as is" as of the date Resident commenced occupancy of the Premises, which condition is described in Resident's original Move-In Condition Form, a copy of which will be filed with the Owner upon receipt and will be provided to Resident upon request.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## *LEASE AGREEMENT*

9. **Utilities**.  Rent includes the following utilities and services:  water, sewer, trash and consumption of gas, oil, steam and reasonable consumption of electric.  Resident shall be responsible for any other services directly contracted with the service provider (e.g., the payment of telephone, cable and internet, to the extent not provided to the Premises by Owner). Notwithstanding the foregoing, the Owner has agreed to implement the Resident Energy Conservation Program (RECP) more particularly described in the RECP Addendum attached to this Lease.  Such RECP Addendum contains additional terms and conditions that govern the consumption and payment of certain utilities by Resident.

10. **Occupancy and Permitted Use**.  Only people listed in Box 4 and Box 11 of Page 1 may occupy the Premises. Residents may not allow any person not listed in this Lease to reside in the Premises in excess of fourteen (14) consecutive days and not more than thirty (30) days during any one-year period, without Owner approval. Owner may approve requests on a case-by-case basis.  Residents must notify Owner, in writing and in accordance with the Community Policies (a copy of which is attached hereto and incorporated herein by reference) (the "Community Policies"), of Guests who plan to stay for more than fourteen (14) consecutive days. Resident shall inform Owner of any change in occupants to be listed in Box 11 of Page 1.  Resident agrees to use and maintain the Premises as a private residence only, except as permitted solely upon written approval of Owner.

11. **Occupancy**.  If, at the commencement of the Term, Owner is unable to deliver possession of the Premises for any reason:  (i) Resident shall not be obliged to pay Rent until possession is delivered; (ii) Owner, at its option, may relocate Resident to another comparable Premises in the Community; and (iii) if possession is not delivered, or Resident is not relocated, as specified above, then Resident shall have the right to terminate this Lease by giving Owner no less than three (3) business days' written notice prior to Owner's delivery of possession.

12. **Pets**.  No animal or pet shall be kept on or about the Premises except for those used as service or guide animals and those included in the Community Policies, even temporarily, without Owner's prior written consent.  The Resident must sign a separate Cat and Dog Addendum prior to allowing any cat or dog to be on or in the Premises.  The Cat and Dog Addendum is incorporated into and becomes a part of the terms of this Lease.

13. **Water-Filled Furniture**.  Resident shall not use or have waterbeds or other water-filled furniture or other water-filled personal property on the Premises unless:  (i) Resident maintains a valid water damage insurance policy and provides Owner with a copy; and (ii) the water-filled furniture or other water-filled personal property conforms to the floor load capacity of the Premises.  Water-filled personal property does not include a single 20-gallon or less aquarium for pet fish.

14. **Rules/Regulations**.  Resident agrees to comply with Owner rules and regulations that are included in the Community Policies and from time to time posted in the Community or delivered to Resident.  Resident shall not, and shall ensure that Occupants, Guests and licensees of Resident shall not, disturb, annoy, endanger or interfere with other residents of the Community, or use the Premises for any unlawful purposes, including, but not limited to, using, manufacturing, selling, storing or transporting illicit drugs or other contraband, or violate any law or ordinance, or commit a waste or nuisance on or about the Premises.  Resident has been provided with and acknowledges receipt of a copy of the Community Policies including the Rules and Regulations. In addition, Resident acknowledges that Owner may, with written notice provided to Resident in accordance with applicable law, to revise or otherwise update the Community Policies from time to time during the Lease term and Resident agrees to comply with such updated Community Policies.

15. **Alterations/Decorating**.  Unless otherwise allowed by law or with the prior written consent of Owner, (i) Resident shall not make any alterations or improvements in or about the Premises including: exterior painting, wallpapering, adding or changing locks, or using screws, fastening devices, large nails or adhesive materials upon the walls of the Premises, (ii) Owner shall not be responsible for the costs of alterations made by Resident, Occupant or Guest, (iii) Resident shall not deduct from Rent the costs of any alterations or improvements, and (iv) any deduction made by Resident shall be considered unpaid Rent. Resident agrees to indemnify and hold harmless Owner as to any mechanics lien recordation or proceeding caused by Resident's, Occupant's or Guest's action or inaction. A "mechanics lien" is a workman's claim against property owners for the value of work performed for which the workman has not been compensated.  Residents are only authorized to affix pictures with small nails in the walls and to hang window treatments with tension rods or hardware that is already installed in the Premises.  Residents of historic homes must comply with further restrictions as outlined in the Historic Homes Addendum. Notwithstanding the foregoing, Resident may submit a request to Owner, in writing, for reasonable accommodation of the dwelling for a bona fide medical condition. Such requests shall be reviewed by Owner and granted on a case by case basis.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

16. **Maintenance**.  Resident shall properly use, operate and safeguard the Premises, including if applicable, any privately fenced yard, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, and keep them and the Premises clean and sanitary.  Resident shall report all needed repairs to the Owner (the procedure for requesting repairs and emergency services is addressed in the Community Policies). Resident shall be responsible for checking and maintaining all smoke and carbon monoxide detectors and any additional phone lines installed for personal use beyond the line the Owner shall provide and maintain.  Resident shall immediately notify Owner, in writing, of any problem, malfunction or damage.  Resident shall be charged for damages caused by Resident, Occupant, pets, Guests or licensees of Resident, excluding ordinary wear and tear.  Resident shall be charged for all damage to the Premises as a result of failure to report a problem in a timely manner.  Resident shall be charged for repair of drain blockages or stoppages caused by Resident, Occupant or Guests.  Resident's failure to properly use, operate or maintain any item for which Resident is responsible shall give Owner the right to hire someone to perform such maintenance and charge Resident to cover the cost of such maintenance. Maintenance of the landscaping is the responsibility of the Owner, with the exception of any fenced area, which is the responsibility of the Resident.

17. **Waiver**.  The waiver of either party of any breach will not be construed to be a continuing waiver of any later breach. If Owner receives the Rent with the knowledge of any violation of this Lease, this will not be deemed a waiver of the breach. No waiver by either party will exist unless made in writing and signed by all parties to this Lease.

18. **Joint and Individual Liability**.  If there is more than one Resident, each one shall be individually and completely responsible for the performance of all obligations of Resident under this Lease, including, but not limited to, any damage caused to the Premises or Community by the Resident, Occupant or Guest, jointly with every other Resident, and individually, whether or not in possession.

19. **Entry onto the Premises**.  The Owner or its representatives may enter the Premises as follows:

(1) without notice in case of an emergency or when the Resident has abandoned or surrendered the Premises;

(2) upon forty-eight (48) hours written notice to Resident to (a) make necessary or agreed repairs, alterations or improvements, (b) supply necessary or agreed services, (c) accomplish preventive maintenance, or (d) exhibit the Premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors; or

(3) oral or other permission provided by Resident to the Owner or its representatives to (a) make necessary or agreed repairs, alterations or improvements, (b) supply necessary or agreed services, (c) accomplish preventive maintenance, or (d) exhibit the Premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors; or

(4) as otherwise allowed by law.

Resident may be present; however, entry is not conditioned upon Resident's presence.  Except in cases of emergency, entry will be during normal business hours, 8:00 a.m. to 5:00 p.m. Monday through Friday, 9:00 a.m. to 1:00 p.m. Saturday (except national holidays).  Resident agrees that forty-eight (48) hours shall be reasonable and sufficient notice.

20. **Assignment and Sublet**.  Resident shall not sublet all or any part of the Premises, or assign or transfer this Lease or any interest in it. Any assignment, transfer or subletting of the Premises or this Lease by voluntary act of Resident, operation of law or otherwise, shall be null and void and, at the option of Owner, terminate this Lease.

21. **Breach by Resident**.  If Resident breaches this Lease, Owner will be allowed, at Owner's discretion, but not by way of limitation, to exercise any or all remedies provided under applicable law, including the right to recover the amount by which the unpaid Rent for the balance of the Term exceeds the amount that Owner reasonably could have obtained by reletting the Premises.

22. **Subordination**.  This Lease and Resident's rights hereunder are subject and subordinate to all present and future financings secured by property of which the Premises is a part (i.e., lenders with a mortgage lien on the Premises are not bound by the terms of this Lease).

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

23. **Right to Relocate**.  Owner reserves the right to relocate Resident due to construction and renovations or habitability conditions.  Owner will give Resident no less than a 45-day advance notice.  In connection with a relocation due to construction or renovation work, Owner and Resident shall allocate the costs of relocation as set forth in the Construction and Relocation Rider attached hereto.  Relocation expenses resulting from habitability deficiencies caused by the Resident, Occupant, or Guests will be at the expense of the Resident.  In connection therewith, Resident shall also pay the cost to repair such habitability deficiencies.

24. **Hold Harmless**.  Resident agrees that Owner, Agent and their representatives do not guarantee, warrant or assure the personal security of Resident or other Occupants. Owner and Agent shall not be liable for death, losses or damages to person or property of Resident, Guests or Occupants, caused by theft, burglary, rape, assault, battery, arson, mischief, war, terrorism, vandalism, fire, smoke (including second-hand smoke from other residences), water, lightning, rain, flood, hail, explosion, sonic boom, interruption of, or spike in, utilities, electrical shock, latent defects, acts of nature or unexplained phenomena, lack of access to land under the control of the Federal Government, acts of other Residents, Occupants or Guests or from any cause other than Owner's or Agent's gross negligence or willful misconduct or as otherwise provided by law. Except with respect to liability of Owner or Agent arising under law, Resident will indemnify and hold harmless Owner, Agent and their representatives from any and all liability including attorneys' fees due to death, loss or damage to the person or property of the Resident, Occupants or others present at the Community with the Resident's consent from any cause other than Owner's or Agent's gross negligence or willful misconduct, and from any liabilities arising as the result of acts or omissions of the Resident, Occupants or others present at the Community with Resident's consent. **Owner shall not be liable to Resident for any lack of access to the Premises, the Community, or any other land under the control of the Federal Government.**

25. **Renter's Insurance**.
    a)    Owner does not provide content insurance coverage to Resident families. Resident is strongly advised to carry, at its expense, Resident's own insurance (i.e., "renter's insurance") to protect Resident from any loss or damage within the occupied unit.

    b)    Resident expressly acknowledges that neither Owner nor Agent has made any representations, agreements, promises, or warranties regarding security at the community or premises. Owner and Agent shall have no duty regarding security at the Community other than to make necessary repairs to security devices to the extent provided by this Lease Agreement.  Resident understands that Owner and/or Agent may elect to retain one or more independent contractors for lockouts, disturbances, and problems similar in nature.  Resident agrees the independent contractor is neither a police force nor a guaranteed deterrent to crime and that Owner and Agent have assumed no responsibility through the retention of the independent contractor.   Resident understands and agrees that Owner and/or Agent may alter or cancel the independent contractor without Resident's knowledge or consent.  Further, Resident understands and agrees that Owner and Agent have no obligation or liability for the acts or omissions of the independent contractor or other third parties, whether negligent, except as required by law. In the event of criminal activity, Resident should contact the police department immediately. Resident understands that any protective steps Owner or Agent has taken are neither a guarantee nor warranty that there will be no criminal acts or that Resident, Occupants or anyone present with Resident's consent will be free from the violent tendencies of others.

    c)    To the extent permitted by law, Resident releases Owner and Agent and their respective agents, officers, directors, owners, partners, employees, employers and their legal representatives from any claim whatsoever with respect to any personal injury, property damage or death from the criminal acts of others or which is in any way related either to Resident's reliance on any of the safety devices and/or any independent contractor mentioned above or to any defect malfunction or inadequacy thereof.

26. **Rental Information**.  If rental history or other information on the Resident is requested by federal, state or local law enforcement agencies, Resident agrees that Owner may provide this information without recourse or further written authorization from Resident.

*LEASE AGREEMENT*

27. **Resident's Rights and Obligations Upon Vacating the Premises**.  Resident has certain rights and obligations prior to termination of this Lease and vacating the Premises.  Those rights and obligations include:

    a.    The Resident shall (i) give Owner all copies of all keys or opening devices to the Premises, including any common areas; (ii) vacate and surrender the Premises to Owner, empty of all persons and all of Resident's personal property; (iii) vacate any/all parking and/or storage space; (iv) clean and deliver the Premises, as specified below, to Owner in the same condition as referenced in Section 8, excepting ordinary wear and tear; (v) remove all debris; and (vi) give written notice to Owner of Resident's forwarding address.

    b.    All alterations/improvements left by the Resident at termination and that are made by or caused to be made by Resident, with or without Owner's consent, shall be deemed abandoned and may be disposed of, or retained by, Owner upon termination.  Owner may charge Resident for restoration of the Premises to the condition it was in prior to any alterations/improvements.  Any personal property left in the Premises after Resident vacates or abandons the Premises may be removed by Owner and handled in accordance with California Civil Code Section 1980 *et.seq.* or as otherwise provided by applicable law.

    c.    The Resident has a right to a Pre-Move Out Inspection as follows:  (i) Within five (5) days after Resident provides Owner with a written notice of intent to vacate, Owner shall perform a pre-move out inspection and inform the Resident in writing of any potential move-out charges that may be assessed.  At Resident's option, Resident may attend such pre-move out inspection. Resident shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease and; (ii) any repairs or alterations made to the Premises as a result of this inspection shall be made at Resident's expense by the Owner.

    d.    Owner shall perform a final move out inspection at the time the Resident vacates the Premises.  Except as otherwise provided by law, Resident must attend such final move out inspection. The Resident will be charged a cleaning fee if the Premises is not properly cleaned.  The Resident will be assessed charges for any damages to the Premises, except ordinary wear and tear.

28. **Termination by Resident Prior to Expiration of Term**.  Resident shall be entitled to terminate this Lease prior to the expiration date for the following reasons:

    a.    A Resident that is a service member shall have the right to terminate this Lease if: (i) the Resident executes permanent change of station orders; (ii) the Resident executes temporary duty or deployment orders equal to or in excess of ninety (90) days' duration to depart 35 miles or more (radius) from the Premises location; (iii) the Resident is discharged or released from active duty with the armed forces of the United States or the Coast Guard; or (iv) the Resident dies during active duty (in which case an adult member of his or her immediate family or personal representative of the estate may exercise this right).  In addition, a Resident that is a service member shall have the right to terminate this Lease as provided in the Service Members Civil Relief Act, as shall Resident's dependents as provided in the Service Members Civil Relief Act.

    b.    In order to terminate this Lease under Section 28(a) above, Resident (or, in the case of death, an adult member of his or her immediate family or personal representative of the estate) shall provide Owner a written thirty (30) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing thirty (30) day period can be reduced or waived by Owner under special circumstances.  If (i) the Resident terminates this Lease early under Section 28(a) above, or (ii) two Residents terminate this Lease under Section 28(c) or 28(d) below, then the terminating Resident(s) will not be assessed a penalty for early termination.  However, Resident is still responsible to turnover the Premises in accordance with the other terms of this Lease.

    c.    If two Residents are service members and only one Resident terminates this Lease under Section 28(a) above, the remaining Resident will not be required to terminate this Lease as to the remaining Resident, but has the option to do so by providing Owner a written thirty (30) day notice of intent to vacate.

    In any case wherein the service member Resident elects to terminate this Lease early pursuant to the Service Member Civil Relief Act (SCRA), the termination shall be effective as against any non-service member Resident.  Should the non-service member Resident desire to continue to reside in the Premises, such lessee may request to sign a new lease with the Owner, and the Owner, in its

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

discretion, may approve such lease. Absent such request and approval, the non-service member Resident's right to reside in the Premises shall terminate on the effective date of termination by the service member Resident.

In cases wherein the service member Resident elects early termination authorized by Paragraph 28(a) above but not covered by the SCRA, the following procedures shall apply:

If only one Resident is a military member and if that Resident terminates this Lease under Paragraph 28(a) above in a non-SCRA termination, either the remaining Resident or the Owner may terminate this Lease by providing the other party with a written thirty (30) day notice of termination. In the event such non-military Resident is allowed to remain in the home and occupy the Premises under this Lease, the monthly rental rate for the remainder of the then current term shall continue to be the monthly rent immediately prior to the effective date of termination by the military Resident.

d. The Resident may terminate this Lease with less than thirty (30) days' written notice if military member receives military orders with less than thirty (30) days' written notice. Military members who terminate their Lease early due to receiving such short notice military orders will not be assessed a penalty for early termination nor will they be responsible for fulfilling the entire Lease term.

e. Change in Marital Status:

    i. <u>Right of Service Member to Terminate.</u> If only one Resident is a military member and if there is a change in that Resident's marital status, that service member Resident shall have the option of terminating this Lease by providing thirty (30) day written notice to Owner. Such written notice shall be signed by the service member Resident and shall state the desire to terminate this Lease due to a change in marital circumstances. It shall identify one of the following as the change in circumstances: (1) a final decree of divorce, accompanied by a copy of such decree; (2) a written separation agreement, accompanied by a copy of such agreement; or (3) the spouses' desire to terminate the marriage and live separately despite the lack of a court order or written separation agreement and the maintenance of separate residences for at least thirty (30) days prior to the notice of termination. Such Lease termination shall be effective only as to the requesting service member Resident.

    ii. <u>Right of Non Service Member Resident to Terminate.</u> In the event that the service member Resident elects to terminate this Lease pursuant to Paragraph 28(d)(i) above, the remaining non service member Resident has the option to terminate by providing Owner with a written thirty (30) day notice. In the event such non-military Resident continues to occupy the Premises under the then current Term, the monthly rental rate for the remainder of the then current term shall continue to be the monthly Rent immediately prior to termination by the military Resident. Following the expiration of their then current Term, no additional renewals or extensions will be available to such non service member Resident.

f. In addition to the provisions set forth above, Resident may terminate this Lease in accordance with any termination rights provided under the applicable residential landlord-tenant law selected in Section 34 of this Lease "Choice of Law".

g. If Resident terminates this Lease early, because Resident is buying a house or other residence, Resident will only be responsible for submitting to Owner a written thirty (30) day notice of intent to vacate and a signed contract for the acquisition of a house or other residence.

*LEASE AGREEMENT*

29. **Termination by Owner Prior to Expiration of Term**. Owner shall be entitled to terminate this Lease if Resident is in default under any of the covenants, terms or conditions of this Lease. In addition, Owner may terminate this Lease for the following reasons:

   a.   Misuse or illegal use of the Premises, or conduct of Residents, Occupants and/or Guests which is detrimental to community safety and health;

   b.   Unacceptable care of or damage to the Premises;

   c.   When the Resident, in the act of apparent abandonment and as a result of voluntary action, ceases to reside personally in the Premises;

   d.   Use of the Premises for illegal activities or commercial transactions not permitted in writing by the Owner; or

   e.   In the event that the service member Resident elects to terminate pursuant to Paragraph 28(a) above, to the extent permitted under applicable law the Owner has the right to terminate this Lease with respect to the remaining non service member tenant, provided that Owner gives such Resident written thirty (30) day notice of such intent.

   In addition, to the extent permitted under applicable law, the Owner may, with thirty (30) days written notice to the Resident, terminate this Lease upon learning of a change in marital status, regardless of whether the service member Resident elects to terminate this Lease. Change in marital status includes only the following: (1) a final decree of divorce from a court of competent jurisdiction; (2) a written separation agreement; or (3) a voluntary separation of the service member Resident and the non service member for at least sixty (60) continuous calendar days. The service member's absence from the residence due to deployment, military assignment, or military leave, shall not constitute separation for the purposes of this provision absent the written consent of the service member. Notwithstanding any of the above provisions, the Owner shall not have the right to terminate under this section if the service member continues to reside in the Premises and one of the following conditions exist: (1) a court of competent jurisdiction identifies the service member spouse as the primary custodial parent of a minor dependent, or (2) if there is no court order, the written separation agreement identifies the service member Resident as the primary custodial parent of a minor dependent, or (3) if there is neither a court order nor written separation agreement, one or more of the service member's minor dependents continue to maintain his/her principal place of residence in the Premises.

30. **Mutual Termination by Resident(s) and Owner Prior to Expiration of Term**. Debarment to the installation of any Resident or Occupant of the Premises, may, by mutual agreement of the Resident and Owner, terminate this Lease. _____ ident Initials)

31. **Damage to the Premises**. If, by no fault of Resident, the Premises is totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render the Premises totally or partially uninhabitable, either Owner or Resident may terminate this Lease by giving the other written notice within thirty (30) days after the date of such damage, which shall be effective retroactively to the date on which the Premises became totally or partially uninhabitable. In this instance the Resident shall not be subject to the Early Termination Fee noted in Section 28(d) above. Rent shall be abated as of the date the Premises becomes totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a thirty (30) day period. If this Lease is not terminated, Owner shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Premises. If damage occurs as a result of an act of Resident, Occupant or Guests, only Owner shall have the right of termination, and no reduction in Rent shall be made. Resident is responsible for the payment of all damages to the Premises or Community caused by the Resident, Occupant or Guest, even if caused before the commencement date of this Lease.

32. **Attorneys' Fees and Costs**. If any legal action or proceeding is brought by either party to enforce any part of this Lease, the prevailing party will recover, in addition to all other relief, reasonable attorneys' fees and court costs.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*LEASE AGREEMENT*

33. **Registered Sex Offenders**.  Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an internet web site maintained by the Department of Justice at www.meganslaw.ca.gov.  Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

34. **Choice of Law**.  Owner and Resident agree that this Lease and the contractual relationship between the parties shall be construed exclusively in accordance with, and shall be exclusively governed by, federal substantive law, except that the following state law shall apply: California Civil Code, Sections 1940 – 1954.1(Leasing Land and Dwellings) and 1980 – 1991 (Disposition of Personal Property Remaining On Premises at Termination of Tenancy), California Code of Civil Procedure, Sections 1159 – 1179a (Summary Proceedings For Obtaining Possession of Real Property in Certain Cases) and California state common law interpreting these sections.

35. **Time of Essence; Entire Contract; Changes**.  Time is of the essence.  All understandings between the Parties are incorporated in this Lease and the Community Policies, including Rules and Regulations and Addenda.  Its terms are intended by the parties as a final, complete and exclusive expression of their agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  If any provision of this Lease is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect.  Neither this Lease nor any provision in it may be extended, amended, modified, altered or changed except in writing.  This Lease, Community Policies and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

36. **Notifications**.

   a. To Resident:  Unless otherwise required in this Lease, any notice from Owner to Resident will be valid only if: (i) it is in writing; (ii) it is addressed to Resident at the Premises; and (iii) it is personally delivered to the Premises or sent by mail.  The effective date of a notice will be the day it is personally delivered to the Premises or, if it is mailed, two days after the date it is postmarked.

   b. To Owner:  Unless otherwise required in this Lease or by law, Resident will give all required notices to Owner in writing, delivered personally or sent by mail.  All such notices shall be addressed to Owner at the address set forth in Box 10 on the first page of this Lease.  The effective date of such notice will be the day it is personally delivered or, if it is mailed, two days after the date it is postmarked. This notification section does not apply to monthly payments of Rent.

37. **Controlling Document**.  In the event of any inconsistency between this Lease and any Addendum, the Addendum will control.  In the event of any ambiguity, conflict, inconsistency, or incongruity between the provisions or references of this Lease Agreement and any other exhibits or attachments to this Lease Agreement, then the provisions of this Lease Agreement shall, in all respects, govern and control.

38. **Addenda**.  Resident acknowledges receipt of the following Addenda, copies of which are attached hereto and are incorporated as part of this Lease.

| | |
|---|---|
| X | Asbestos Containing Materials Addendum |
| X | Cat and Dog Addendum |
| X | Community Policies, dated  April 1, 2018 |
| | Construction and Relocation Rider Addendum |
| | Executive Home Addendum |
| | Historic Home Addendum |
| X | Home Based Business Addendum |
| | Inventory Report |
| | Lead Hazard Information and Disclosure Addendum |
| X | Mold Addendum |

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

### *LEASE AGREEMENT*

| | |
|---|---|
| X | Move-In Condition Form |
| X | Satellite Dish & Antenna Agreement |
| X | Proposition 65 Disclosure |
| X | Surrounding Land Use Disclosure |
| X | Ordnance Disclosure |
| X | UDEFT Addendum (if applicable) |
| | Aircraft Noise and Aircraft Accident Risk Disclosure Addendum |
| X | RECP Addendum |

39. **Resident Representations.**  This Lease was entered into based upon the representations, information, and statements of the Resident(s) contained in the Rental Application. Resident(s) acknowledge that if any of those representations, information, and statements are found to be misleading, incorrect or untrue, it is a material breach of this Lease and Owner may immediately terminate this Lease and hold Resident(s) responsible for any damages or costs incurred in accordance with the law.

40. **Government's Right to Restrict Access for Security Reasons.**  Owner and Resident acknowledge that the Government, as represented by the Department of the Navy, has reserved the right to impose access restrictions upon all Resident(s) from time to time as security considerations may require.  Such restrictions may include identification checks, searches of vehicles and persons, and any other measures appropriate to the situation. Access to the Premises may be restricted or denied at the discretion of the installation Commanding Officer depending on the nature and severity of the specific force protection or defense conditions.  Resident(s) shall not make any claim against Owner if the Department of the Navy imposes such restrictions.

Resident has read and understands this Lease and agrees to be bound by all of its covenants, terms and conditions. Resident acknowledges that Resident will receive a duplicate original of this Lease.

[Signatures Appear on Following Page]

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## *LEASE AGREEMENT*

**READ AND ACCEPTED BY:**

| | |
|---|---|
| DocuSigned by: ██████████████████████ | 1/17/2019 |
| | **Date** |
| DocuSigned by: ████████████ | 1/17/2019 |
| | **Date** |

OWNER:

SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company

By:   Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:   *Brittany Roberts*

Name:   Brittany Roberts

Title:   LMH Representative

[Signature Page to Tenant Lease (CA) (Page 1 of 1)]

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# Asbestos Disclosure

This Asbestos Disclosure ("**Disclosure**") is given to _____ ("**Resident**") by San Diego Family Housing, LLC ("**Owner**") concurrently with the Lease between Owner and Resident (the "Lease") with respect to the Premises described in the Lease Agreement.

Asbestos is a compound of natural fibrous minerals that has been used commercially in building materials because of its strength, durability, fire retarding capability, and resistance to heat. Asbestos was used more extensively prior to 1981 but may be present in building materials constructed after that date. If such materials are properly maintained and undisturbed, there will be little or no release of asbestos fibers into the air, and the presence of asbestos will not pose a health risk. Disturbance of asbestos-containing materials may occur through activities, such as sanding, pounding, or scraping, that cause the materials to become pulverized and the asbestos fibers to become airborne. When inhaled, asbestos may cause cancer.

Residents may not disturb or attach anything to the walls, ceilings, floor tiles or insulation behind the walls, except in compliance with Community Guidelines. If any repairs need to be made to the walls or floor or ceiling tiles, Residents must notify the Owner in writing immediately, so repairs can be made by qualified personnel.

I Understand and Acknowledge this Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"

| | 1/17/2019 |
|---|---|
| | Date |

| | 1/17/2019 |
|---|---|
| | Date |

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

1. **COMMUNITY.** Miramar Townhomes

2. **PREMISES LOCATION.** Address Specified on Page 1 of the Lease

3. **LEASE DESCRIPTION.**

   a. Lease date: Refer to the Lease Commencement Date on Page 1 of the Lease

   b. Residents *(list all residents):* ██████████████████

   c. Owner: SAN DIEGO FAMILY HOUSING, LLC

4. **CONDITIONAL AUTHORIZATION FOR A DOG OR CAT.** The Owner hereby grants the Resident conditional authorization ("Conditional Authorization") to keep the cat or dog ("Pet") described below in or on the Premises until the Lease terminates, subject to the terms contained in the Lease, the Community Policies and this Cat and Dog Addendum. The Owner may terminate this Conditional Authorization earlier if the Resident's right to occupy the Premises is lawfully terminated or if solely in the Owner's judgment the Resident, Occupant, Guest or Pet violates any of the rules of this Lease, Cat and Dog Addendum or Community Policies. The resident may keep up to two (2) Pets on the Premises, depending on the particular rules relating to the community in which the Premises is located. The Resident should contact the housing office prior to executing this Lease to determine the number of Pets, if any, permitted in the Premises.

   **Resident may not keep or permit the following dog breeds in or on the Premises: Chows, Doberman Pinschers, Presa Canarios, Pit Bulls (American Pit Bull Terrier, American Staffordshire Terrier, Staffordshire Bull Terrier), Rottweilers, any Wolf Hybrid, or any mix of the aforementioned breeds (each, a "Prohibited Dog") in or on the Premises. However, current Residents possessing properly registered Prohibited Dogs as of June 1, 2011 will be permitted to keep their dog(s) in the Premises previously leased to Resident.**

5. **LIABILITY NOT LIMITED.** The Resident is liable for the entire amount of any injury caused by the Pet to a person or property, including, but not limited to, all medical expenses, claims, suits, cleaning, repairing, replacing, de-fleaing, and deodorizing. The Resident hereby indemnifies the Owner for all loss, cost, damage, claims and expense arising out of or relating to Resident's Pet (including, without limitation, reasonable costs of litigation and attorney's fees resulting from any such damage or injury).

6. **DESCRIPTION OF PET(S).** The Resident may keep only the Pets described below in this Cat and Dog Addendum. The Resident may not substitute any other Pet for one of these listed. No Resident, Occupant or Guest may bring any other Pet into the Premises or Community without notifying and receiving the prior consent of the housing office prior to the visit.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

7. **EMERGENCY.**  In an emergency involving an accident or injury to the Resident's Pet(s), the Owner has the right, but not a duty, to take the Pet(s) to the following veterinarian for treatment, at the Resident's sole cost and expense:

8. **PET RULES.**  The Resident is responsible for the Pet's actions at all times.  The Resident agrees to abide by these rules:

- All Pets must be licensed as required by local law.

- All Pets must wear a collar with an identification tag or license tag in accordance with state and local law, be on a leash and be supervised at all times when outside of the Premises.  Pets must not be allowed to run free in the Community.  The Owner may impose reasonable charges for picking up and/or keeping unleashed Pets. Residents will be responsible for all charges incurred in the event the Owner or local authorities pick up the Pet.

- All Pets must have current rabies shots and other vaccines as required by state and local law.

- Pets that cannot be contained within a four-foot high fence will not be permitted in or on the Premises or Community.   Pets may only be tied inside fenced yards (if any) of the Premises of the Resident.

- Resident is responsible for cleaning up after Pet(s) at all times.  Fecal matter must immediately be removed from yards, streets, sidewalks, parks, common areas and all other areas, including litter boxes. Immediate cleanup when Pets are being walked is mandatory.  Pets must be housebroken.

- Pets are not allowed in swimming pool areas, offices, Community Centers, Community playgrounds, or other recreational facilities in the Community at any time.

- Dogs are prohibited from occupying housing units that are located on the second floor of a housing complex and which housing unit contains a balcony, unless the Resident occupies both the first and second floors of such housing unit.

- Pets must be fed inside the Premises. Resident may not leave Pet food outside the Premises at any time.

9. **ADDITIONAL RULES.**  The Owner reserves the right to make changes to the Cat and Dog Addendum as needed. A written copy of any change will be provided to all residents.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

**10. VIOLATION OF RULES.**  If the Resident, Occupant or Guest, violates any rule or provision of the Lease, Cat and Dog Addendum or the section of the Community Policies entitled "Pet Policies", the Owner may provide the Resident written notice revoking this Conditional Authorization.  If so notified, the Resident must remove the Pet promptly and permanently from the Premises and Community.  Any Resident who has been required to remove a Pet due to violations of the Lease, Cat and Dog Addendum or Community Policies will not be permitted to have any Pets on the Premises.  Violations include, but are not limited to, receipt of reasonable complaints, as determined by the Owner, in its sole discretion, that the Pet is disturbing other Residents or causing repeated damage to the Premises.  The Owner also has all other rights and remedies set forth in the Lease, including, but not limited to, damages, eviction, and attorney's fees to the extent allowed by law.

**11. AGGRESSIVE AND DANGEROUS PETS.**  The Resident is responsible for supervising and controlling the circumstances surrounding any human interactions with the Resident's Pet.  Any Pet that bites a human, or another animal  regardless of circumstances, is not eligible to reside in the Premises or Community, and must be immediately and permanently removed from the Premises and the Community. All Pet bites must be reported immediately to your local animal control agency and the Owner regardless of when or where the bite occurs.

**12. REMOVAL DUE TO NEGLECT OR MISTREATMENT OF PET.**  Residents will be responsible for the proper humane care and treatment of Pets.  The Owner may enter, or authorize humane society personnel or local authorities to enter, the Premises and remove a Pet with one day's notice; such notice will be left in a conspicuous place.  The Owner may take the necessary action if, the Resident has:

- Abandoned the Pet(s);
- Abused the Pet(s);
- Neglected the Pet(s), including but not limited to:
    - Allowing the animal(s) to urinate and/or defecate indoors;
    - Failing to provide adequate opportunity for the Pet(s) to urinate, defecate and exercise in appropriate areas;
    - Leaving the Pet(s) in the Premises for an extended period of time without food or water;
    - Leaving the Pet(s) in a fenced yard for an extended period of time without proper shelter or water;
    - Failing to care or obtain professional care for a sick or injured Pet.

The Owner will contact a humane society or local authority for pickup of the animal.  The Owner has no further responsibility to the Resident or Pet(s) beyond providing contact information to the Resident for the humane society or local authority involved.  Any fees to recover the Pet(s) are the sole responsibility of the Resident. Any Resident who has a Pet removed under these circumstances forfeits the Conditional Authorization for all Pets in the Premises.

**13. MOVE-OUT.**  Resident will pay for neutralization and deodorization of carpets ("Pet Treatment") upon vacating the Premises regardless of how long the Pet was in the Premises.  The Owner will arrange for the services.  The Owner will not accept Pet Treatments performed by or contracted by the Resident.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

**14. GENERAL.**  The Resident acknowledges that no other oral or written agreement exists regarding Pets other than the Lease, this Cat and Dog Addendum and the Community Policies. This Cat and Dog Addendum is considered part of the Lease.  It has been executed in multiple originals, one for the Resident and one or more for the Owner.

"RESIDENT"

_____          1/17/2019
                                         **Date**

_____          1/17/2019
                                         **Date**

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:      Brittany Roberts
Name:    Brittany Roberts
Title:   LMH Representative

[Signature Page to Cat and Dog Addendum]

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

**PET INFORMATION:**

Pet's name:_____

Type:_____

Breed: _____

Color: _____

Weight: 0.00_____ Age: 0.00_____

City of license: _____

License no.: _____

Date of last rabies shot: _____

Microchip number (if available): _____

Pet owner's name:_____

Attach recent photo of Pet below (REQUIRED):

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## CAT AND DOG ADDENDUM
## TO LEASE AGREEMENT

**PET INFORMATION:**

Pet's name:_____

Type:_____

Breed: _____

Color: _____

Weight: <u>0.00</u>_____ Age: <u>0.00</u>_____

City of license: _____

License no.: _____

Date of last rabies shot: _____

Microchip number (if available): _____

Pet owner's name:_____

Attach recent photo of Pet below (REQUIRED):

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# *COMMUNITY POLICIES*

# *SAN DIEGO FAMILY HOUSING, LLC*

## *April 1, 2018*

## (AKA:  Tenant Guidelines)

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

# TABLE OF CONTENTS

***General Information*** .................................................................................................***Page***

- Privatization ................................................................................ 4
- Office and Maintenance Hours ................................................... 4
- Common Definitions ................................................................... 4

**Community Policies**.....................................................................................................**Page**

- Alterations and Decorating.......................................................... 5
- Appliances ................................................................................... 5
- Cable Television/Internet/Satellite Dish ...................................... 7
- Changes in Status........................................................................ 8
- Child Care ................................................................................... 9
- Common Areas ........................................................................... 9
- Collections .................................................................................. 9
- Community Centers & Services .................................................10
- Community Pools for Housing ...................................................10
- Community Sports and Recreational Areas ..............................11
- Energy and Water Conservation ...............................................11
- Evictions.....................................................................................13
- Fences .......................................................................................13
- Firearms/Weapons.....................................................................14
- Fireworks ...................................................................................14
- Foster Care ...............................................................................15
- Garages/Carports ......................................................................15
- Grounds Maintenance ...............................................................15
- Guests........................................................................................15
- Holiday Lighting and Decorations .............................................16
- Home Based Businesses/Commercial Enterprises ...................16
- Housekeeping ............................................................................17
- Keys/Garage Door Openers/Mailbox Keys ...............................18
- Law Enforcement .......................................................................19
- Lease Violation Notices .............................................................19
- Live-In Care Providers ...............................................................19
- Locked Out of Residence...........................................................19
- Maintenance ..............................................................................19
- Maintenance Tips .......................................................................21
- Move-In Process ........................................................................22
- Move-Out Process......................................................................23
- Neighbor Relations.....................................................................23
- Nuisance (Disturbances and Noise) ..........................................24
- Occupancy Limits .......................................................................24
- Parking Regulations ...................................................................24

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

***COMMUNITY POLICIES***
***SAN DIEGO FAMILY HOUSING, LLC***

- Personally Owned Play Equipment and Community Playgrounds ...........................25
- Personal Property Insurance .......................................................25
- Pest Control ......................................................................26
- Pet Policies ......................................................................26
- Refuse Collection and Recycling ..................................................27
- Resident Inquiries and Concerns ..................................................28
- Safety ............................................................................28
- Services - Other ..................................................................31
- Signs .............................................................................31
- Snow and Ice Removal ............................................................32
- Solicitations .....................................................................32
- Telephone Line Maintenance .......................................................32
- Temporary Absence from Premises ................................................32
- Trampolines .......................................................................33
- Vehicles ..........................................................................33
- Wading Pools/Hot Tubs ...........................................................34
- Waste .............................................................................35
- Websites ..........................................................................35
- Wildlife/Bird Feeding ............................................................35
- Yard and Garage Sales ...........................................................35
- Yards – Prohibited Items .........................................................36

Exhibit A: Cleaning Requirements for Move-Out ......................................36
Exhibit B: Disaster Supply Kit. ....................................................37

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

## PRIVATIZATION

Your community is one of numerous Navy installations to begin privatizing their family housing communities. As such, San Diego Family Housing, LLC, a public-private venture between a private developer and the Navy, is proud to assume responsibility for the military family Residents' housing needs. Lincoln Military Property Management LP (the Property Manager), as the Agent for San Diego Family Housing, LLC (the Owner), will perform the day-to-day management responsibilities.

In addition to your District Office, there are two General Management Offices serving the southwest region for the following communities:

Lemoore, China Lake and Ventura
3094A Privateer Street
Lemoore, CA 93245

All other communities
3360 Murray Ridge Road
San Diego, CA 92123

The District Office and General Management Offices stand ready to assist the Residents in every possible way to offer superior quality housing services within their community and make their stay a pleasant and memorable one.

## OFFICE AND MAINTENANCE HOURS

Your District Office hours of operation are:

Monday -- Friday- 8:30 AM-5:30 PM
Saturday -- 9 AM through 1 PM
Sunday - CLOSED
Holidays-Notice will be given

Lincoln-At-Your-Service
Toll Free 1-888-576-4141
Available 24-hours per day -- 7 days a week

For life-threatening emergencies please dial 911

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*COMMUNITY POLICIES*
*SAN DIEGO FAMILY HOUSING, LLC*

## COMMON DEFINITIONS

| | |
|---|---|
| Agent = | Lincoln Military Property Management LP |
| Guest = | Guest of Resident |
| Occupant= | Children, parent, sibling, live-ins |
| Owner = | San Diego Family Housing, LLC |
| Premises = | Home, garage/carport/designated parking, yard(s), storage sheds, patios |
| Quiet Hours = | 10 PM through 7 AM |
| Resident = | Military Member(s), spouse and dependents |

## MISSION AND UPDATES TO COMMUNITY POLICIES

Owner and Property Manager's mission is to provide premier military housing, outstanding management and maintenance services to military families who deserve nothing less. We strive to understand the changing needs of military families and consider it our duty to improve the quality of life for those who live in our military housing communities. Accordingly, Owner may, with written notice provided to Resident in accordance with applicable law, revise or otherwise update the Community Policies from time to time during the Lease term and Resident agrees to comply with such updated Community Policies.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*COMMUNITY POLICIES*
*SAN DIEGO FAMILY HOUSING, LLC*

## 1.    *ALTERATIONS and DECORATING*

Any requested alterations to the Premises must be submitted to your District Office in writing. Approval must be granted in writing *prior* to starting the work or purchasing materials. The approval will specify the terms and conditions for maintenance and liability. Once approval has been granted, the Resident is responsible for the continued maintenance of the improvement. Section 20 includes additional information on alterations and decorating.

All window treatments must show white to the outside. Colored window treatments will not be allowed. Blinds installed by the District Office may not be removed or replaced except by the District Office.

The Resident is permitted to display the United States flag at the Premises.

## 2.    **APPLIANCES**

All appliances are provided to the Resident. Appliances owned by Resident duplicating those provided by the Owner may not be substituted and must be properly stored. Resident is not to perform any maintenance on appliances other than normal cleaning with non-abrasive kitchen cleaners. The Resident will be responsible for any damage caused by any attempted repairs. Please contact Lincoln-at-Your-Service for assistance.

*Dishwasher*

During the Move-In process your District Office will provide instructions on the operation of the dishwasher and point out any special features. The following are some suggestions for safe and efficient use of the dishwasher:

- Use dishwashing detergent made only for dishwashers (Electrasol, Cascade, etc.).
- Remove excess food and debris before loading.
- Arrange dishes so water can run off.
- Remove paper labels before washing jars or cans.
- Determine if the glassware, dishes, pots and pans are dishwasher safe.
- Wash **by hand** all hand-painted china, woodenware, colored aluminum or cast iron pots and pans, and plastic or rubber dishes/utensils not specifically labeled 'dishwasher safe'.
- Frequently check/clean the filter in the bottom of the dishwasher.

Call Lincoln-at-Your-Service if the dishwasher is not cleaning properly or exhibits any severe hard water staining. Please try these simple tips before calling for service:
1. Always make sure the Jet Dry dispenser is full; 2. Pour two cups of vinegar into the empty dishwasher and run a full cycle every week; 3. Where applicable, disable the 'Heated Dry' setting on your dishwasher; 4. If/when submitting a Service Call, ask the Lincoln-at-Your-Service tech if a special dishwasher cleaner such as 'LemiShine Booster' can help.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

*Garbage Disposal*

These units are very handy but must be used with care as they are easily damaged. To properly operate the garbage disposal:

- Keep the drain stopper in when not in use.
- Remove the drain stopper, turn on the *cold* water, and keep it going during the entire operation to thoroughly flush ground waste into the main wastewater lines.
- Turn on the wall switch to start the disposal and feed food waste directly into the disposal.
- *Never* put your fingers or hand or any utensil into a running disposal.
- Run the disposal until food grinding can no longer be heard.
- ***Do not*** put grease, bones, meat gristle, corncobs, glass, foil, bottle caps, cigarettes or other very hard or fibrous foods, or excessive food of any type down the garbage disposal.
- ***Never*** put chemical drain cleaners down the disposal, as serious corrosion and damage may result. Resident will be responsible for any damage caused by improper use.

Prior to calling Lincoln-at-Your-Service for service, please do the following:

- Determine what recently was processed by the disposal before calling. This will help them determine the solution.
- Press the reset button on the bottom of the unit and try the switch again. Refer to the appliance manual or call Lincoln-at-Your-Service and ask for instructions if the reset button cannot be located.
- If the unit is stuck, you may be able loosen it by using an allen wrench in the bottom socket.

*Refrigerator*

Routine cleaning of the refrigerator will improve efficiency and sanitation. The exposed sides of the refrigerator should be cleaned frequently with a damp cloth and mild soap and warm water or a spray cleaner. Abrasive cleansing powders should not be used on the refrigerator. Periodic cleaning of the drip pan under the refrigerator is recommended. If the refrigerator coils are accessible without moving it, periodic vacuuming will help its efficiency.

Call Lincoln-at-Your-Service if the refrigerator is not cooling or freezing properly or if any parts are broken. Please do these simple tests before calling for service:

- If the light is not on, check to see if the power cord is plugged in and check the bulb.
- If the plug is secure and the refrigerator fails to operate, plug another appliance into the same outlet to check for power.
- Check the temperature control dial; it may be turned off. If the refrigerator still does not operate properly, call the Lincoln-at-Your-Service.

4826-7713-2879.11

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Leave the refrigerator on with the temperature control at its normal position if away from the Premises for less than a month. Turn the temperature control to low during longer periods of absence. Placing an open box of baking soda or used coffee grounds in the refrigerator will help to absorb odors. Be sure to discard perishables such as meats, milk, and produce to maintain proper sanitation while away.  Please do not leave the refrigerator turned off or unplugged, regardless of the length of time of the absence.

*Stoves, Ovens & Microwaves*

The proper use and care of appliances will not only save utilities and repairs, it will give better results in cooking and baking and may prevent serious injury or fire. Routine cleaning will make preparing for the final inspection much easier. Here are a few pointers that may help:

- Wash drip pans frequently and wipe spilled food from the burners as soon as they have cooled.
- Clean under the stovetop frequently.  Spilled grease and food contribute to fires.
- Non- self-cleaning oven - Remove any burned food on the bottom of the oven or on racks with a brush or by soaking in water. Commercial oven cleaners also help.  Resident will be charged for any damage to the oven caused by improper cleaning or use.
- Self-cleaning or continuous-cleaning oven - Read the appliance manual for proper use. Call Lincoln-at-Your-Service if the appliance manual is missing. **DO NOT** use oven cleaner or leave racks in the oven during the cleaning process. Resident will be charged for any damage caused by improper cleaning or use. Clean the oven as needed; long-term or accumulated staining and soil is harder to remove.
- Microwaves – Read the appliance manual.  **DO NOT** put metal objects in microwave.  Supervise use at all times.

*Water Heaters*

**Do not** attempt to adjust temperature or any type of setting or valves on the water heater. Tampering with water heater valves can be dangerous. Leaks, breaks or lack of hot water should be reported to Lincoln-at-Your-Service immediately. NEVER use the space surrounding the water heater for storage; it is a serious fire hazard.

While automotive repairs are not allowed anywhere on or in the Premises or in the Community, it is vitally important that such work not take place in any area where natural gas water heaters may be located. The results could be deadly.

## 3.     *CABLE TELEVISION/INTERNET/SATELLITE DISH*

Resident is financially responsible for all costs incurred for installation of cable TV and/or Internet service or connections other than those provided by the Owner. Additionally, all costs for cable and internet service not provided by the Owner are payable by the Resident.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Each home is equipped with at least one cable TV connection.  The names of the cable companies serving the Community will be provided at Move-in. Prior written approval from your District Office is required for installation of additional hook-ups.  Request forms are available from your District Office.

Satellite dishes (25 inches or less) are permitted with prior written approval.  An antenna or dish may receive but may not transmit signals with the exception of internet service. Requirements and request forms are available from your District Office.  Approval is required *before* installation; we strongly recommend seeking approval before signing a contract.  Satellite dishes may not be attached to the exterior of the building and must be placed on a tripod within the personal space of the home.  For example:  on a patio, balcony or in a fenced backyard.  Under no circumstances should you drill into the building to route wiring or affix the dish.  They may not be placed in the front of your home without a written exception to policy from the Management.

Your Satellite dish is expensive to replace so we recommend that you carry additional Renter's Insurance on it.

Please respect your neighbor's right to the quiet enjoyment of their home by controlling the volume of your televisions and stereos.  Please note that CB base stations or radio/television aerials and wires are not permitted on any part of the premises.

## 4.    CHANGES IN STATUS

*BAH Change*

When Resident's BAH rate changes, at any time for any reason, Resident must notify the District Office within fifteen (15) business days of the change and complete any necessary documentation. Resident will be responsible for the payment of Rent at the changed rate from the effective day of any change and payable when received by Resident.   Resident agrees that the foregoing constitutes effective notice from the Owner of the change in the amount of the monthly Rent, which will take effect upon any increase in Resident's applicable BAH. Failure to notify the District Office of an increase in the BAH does not alleviate Resident responsibility for payment of the changed Rent, and may result in late fees being assessed.

*Change in Rank or Family Composition*

When Resident's military rank or family composition changes, (i.e., increase or decrease in dependents or change in marital status), Resident must notify the Management Office within fifteen (15) business days of the change.

In the case of a change in family composition, the Resident may move into larger Premises by getting on the referral list at the Housing Office for the larger Premises. Once Premises become available, Resident will be responsible for all costs associated with the move.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

In the case of an increase in military rank that allows for larger Premises, the Resident may move to larger Premises by being placed on the referral list at the Housing Office for the larger Premises. Once the Premises become available, and if approved by Owner, Resident will be responsible for all costs associated with the move.

### 5.    CHILD CARE

Resident may provide in-home childcare ONLY through participation in the Child Development Homes program. Resident must be certified through the Navy sponsored Child Development Program if childcare is conducted in the Premises for more than 10 cumulative hours per week (i.e., Resident cares for three children for four hours is 12 hours of child care). **Resident must also comply with all applicable state and local laws regarding childcare. Conducting an unauthorized childcare business shall result in an immediate cease of operations and may also result in eviction.**

### 6.    COMMON AREAS

All common areas, including but not limited to parking lots, stairwells, breezeways, jogging trails, laundry rooms, courtyard areas, the grounds surrounding the Premises, clubrooms, sport courts, creeks, lakes and pools must be kept clear at all times of trash, refuse and other obstructions. Please be aware that all items left unattended in common areas may be removed and disposed of by the District Office without notification.

Common areas are for the use and enjoyment of all Residents at the Community. Any Resident, Occupant or Guest(s) behaving in an unreasonable, illegal and/or offensive manner will be required to leave the common areas and such conduct shall constitute a breach of the Lease Agreement.

### 7.    COLLECTIONS

*Rent Collections:*

Residents who have not paid their rent by the fifth calendar day after the due date will be assessed a twenty-five dollar ($25.00) late fee. In addition, a Notice to Pay Rent or Quit will be served upon the Resident in accordance with California or Nevada state law, as applicable. Your District Office, upon notification to the Housing Office, will initiate eviction proceedings against any Resident who has not paid their rent. In the event that a Resident cancels their allotment prior to vacating their home, a legal notice to pay rent or quit will be served upon the Resident and they will be required to vacate or reinstate their allotment. Since electronic transfers are made twice per month, late fees will not be assessed in those cases for which the electronic transfers occur after the fifth calendar day after the date rent is due.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

_Outstanding Charges:_

Residents who move-out of a Community with a balance owing will have thirty (30) days to pay all amounts owed in full.  Any outstanding balance still owed after thirty (30) days of vacating, Agent will pursue payment from the Resident through a collections agency.

_Returned Checks:_

Checks returned due to insufficient funds will not be re-deposited. If a check is returned to the Agent, the Resident will be served with a legal notice and assessed a twenty five dollar ($25.00) fee.  For future payment, the Resident will be required to pay by certified check or money orders.  If the Resident does not redeem the returned check with a money order or cashier's check by the expiration of the legal notice, the Agent may initiate eviction proceedings.

_Payment Plans:_

In extraordinary circumstances, your District Office with the prior approval of the Regional Property Manager may arrange payment plans. Payment plans will not extend for a period longer than three (3) calendar months and will not be allowed unless the Resident is able to pay an initial "good faith payment" at minimum of 50% of the dollar amount past due or owed. Payment plans will become void if the Resident is late with any arranged payment by more than five (5) calendar days.

## 8.  COMMUNITY CENTERS & SERVICES

Each Community may have the use of a center(s) (if applicable) for social events, classes, Community projects and other related events.  The following policies are to be followed by the Resident:

- Resident, Occupants and Guests will comply with and obey all safety and posted regulations in the Community Centers.
- Resident shall immediately report any malfunctioning equipment in the Community Centers.
- Resident is solely responsible for the behavior and actions of the Occupants and Guests at the Community Centers.

Please keep in mind that from time to time the Owner may provide various services, equipment and facilities for Resident's use at their own risk.  Resident acknowledges that the use of the services or facilities may be canceled or modified at any time, at the sole discretion of Owner, and Resident will not be entitled to any reduction in Rent.

## 9.  COMMUNITY POOLS FOR HOUSING

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

For pools located in military housing, all Residents, Occupants and Guests must observe the posted pool regulations as established by the City/County. These regulations include but are not limited to the following:

- An Occupant or Guest under the age of 14 must be accompanied and supervised by a parent, guardian or legal custodian, or a suitable and responsible representative over the age of 18, at all times.
- A Resident or Occupant must accompany Guests at all times.
- Radio and CD players may only be used with earphones.
- All Residents, Occupants and Guests are to refrain from loud or profane language and are required to conduct themselves in a manner that is not offensive to those around them.
- Only swimwear is allowed in the pool; cutoffs are not allowed.
- Floats (excluding safety floats for children), toys and air mattresses are prohibited in the pool and pool area.
- Pets, other than guide animals, are not permitted in the pool area.
- Glass objects are prohibited in the pool area.
- All other regulations posted in the Community and at the Pool.

Identification may be requested any time to assure that only Residents/Occupants and their Guests use the pool.

## 10.   COMMUNITY SPORTS AND RECREATIONAL AREAS

Use of sport and recreational areas are at the Residents, Occupants and Guests own risk.  Property Manager is to be held harmless for any and all injuries, accidents, or losses suffered while using facilities, other than those that may result from the negligence or willful misconduct of Property Manager. Please refer to the Lease for further information.  Property Manager does not make any warranties concerning the equipment or facilities, and Residents agree representations have not been made regarding the safety, desirability or quality of equipment or facilities.  Residents will be responsible for the cost of any repair or service on equipment or facilities due to misuse by Resident, Occupant or Guests.

## 11.   ENERGY AND WATER CONSERVATION

The goal of energy and water conservation is two-fold; (1) to ensure the essential need of the Resident is met without wasting our natural resources and (2) to reward Residents practicing energy conservation and educate those Residents who are not yet conserving.

The Resident is responsible for practicing energy conservation. Saving energy allows for more resources to be available for community services and upgrades to your home and common areas. Please help provide improvements to your Community by saving on individual energy costs.  Property Manager tracks individual utility usage in connection with the resident energy conservation program (RECP) more particularly described in the RECP Addendum attached to the Lease, and you may be required to pay for any

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
***SAN DIEGO FAMILY HOUSING, LLC***

excessive utility usage.  A schedule of the late fees associated with past due payments under the resident energy conservation program can be found at www.lincolnrecp.com.

<u>Please review these "Conservation Tips" that offer simple steps that lead to significant energy and water conservation. The following tips are suggested to conserve and reduce energy consumption without sacrificing comfort:</u>

*Dishwasher*

- Only wash full loads and use the energy-saver setting.
- Allow dishes to air dry.
- If you wash dishes by hand, fill the sink with water instead of letting the water run, and rinse with cold water.

*Heating and Air Conditioning*

- Set thermostat at a comfortable setting without fluctuation to maintain consistent climate control. Turning thermostat to high upon returning home will not heat or cool (where applicable) your home quickly. Resident with day-night set back thermostats should consult the instruction manual or contact your District Office for information on how to obtain the most comfortable and efficient settings.
- Please adjust your thermostat to a conservative setting while you are away to avoid utility consumption waste.
- Keep doors and windows closed whenever air conditioning or heating is in operation.
- Use fans and open windows to create a cross draft to reduce air-conditioning use.
- Keep vents free from obstructions.
- Check HVAC air filter regularly and have Lincoln-at-Your-Service replace as needed. Note:  Air filters can be delivered to your front door if you prefer to replace them yourself.

*Laundry*

- Wash full loads and use cold water instead of hot water.
- Dry full loads and clean lint filter after each load.
- Most materials only need a 10-15 minute wash cycle to get them clean, over washing and over drying will wear out clothes faster.

*Lights and Other Appliances*

- Replace incandescent light bulbs with compact fluorescent lights (CFL's).  They use 75% less energy and last up to 10 times longer.
- Turn off lights when not needed, especially in unoccupied areas such as garages and outdoor areas.
- Turn off lights when leaving a room.
- Unplug or turn off appliances when not in use.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

*Refrigerators*

- Open refrigerator door only long enough to get desired food items.
- Organize food on the shelves for easy access.
- Allow leftovers to cool before storing in refrigerator or freezer. Be sure to follow safe food handling guidelines
- Full refrigerators operate more efficiently.
- Overloaded refrigerators operate poorly.

*Stove*

- Defrost foods in the microwave
- Cover pots to shorten cooking time.
- Keep oven and range free of grease and baked-on residue.

*Water*

- Check toilets for leaks.
- Make sure faucets are shut off properly.
- Always use flow controlling nozzle/spray head device for outdoor hoses.
- Do not remove or replace devices that have been installed to conserve water such as faucet aspirators and low flow showerheads
- Limit showering time to about 5 minutes.
- Always be sure to contact management when toilets or faucets run constantly.  Our water resource is precious and limited.  We are more than happy to make those repairs!

## 12.   EVICTIONS

The Owner may take certain actions in the event the Resident, Occupants, or their Guests display disruptive behavior, violate rules, or are involved in misconduct in the Community or commit Waste (see Section 52) or become a Nuisance (see Section 33). Eviction is for serious offenses.

Depending upon the situation, the following actions may be taken by the Owner:

- Your District Office may counsel the Resident(s) and/or issue a warning letter to the Resident of the Premises detailing the violations.
- Your District Office may issue an "Intent to Evict Notice" to the Resident(s) with a copy to the Navy Housing Office and/or Housing Service Center, as applicable, for a serious offense, frequent offenses or continuing noncompliance with the terms of the Lease, Addenda or the Community Policies.
- As all Residents are aware, deployments are frequent which leave spouses at home alone with the family.  Management is well aware of Service Members concerns for family while deployed and will act diligently with disruptive Residents.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*COMMUNITY POLICIES*
*SAN DIEGO FAMILY HOUSING, LLC*

## 13.   FENCES

Backyard fencing is provided in many areas.  Care and upkeep of the enclosed fenced area is the Resident's responsibility. Installation of a fence on an unfenced backyard by the Resident is considered an alteration. Approval for the installation of a fence must be requested in writing. If approved, fencing must be installed by the Resident with appropriate materials and proper installation.  Specifications of the construction will also need to be approved by the District Office.

## 14.   FIREARMS/WEAPONS

The primary concern surrounding weapons in the Premises is the general safety of the Community.  Any violation of firearm regulations will result in a formal review and is likely to result in eviction.

- Resident must meet the requirements of all Federal, State, DoD, installation (if applicable), and local regulations, statutes, laws, and ordinances concerning the possession, registration, display, carrying, and use of weapons, including all firearms, knives, and other regulated devices. In cases of contradictory regulations, statues, laws or ordnances, the most restrictive will apply.
- Concealed weapons may not be carried or used on the Premises or the Community.
- Military weapons may not be stored, carried, or transported on to the Premises or Community unless authorized by the DoD in the performance of military duties.
- Large caliber and automatic weapons may not be present on the Premises, unless they are part of a legitimate collection and have had the firing or activating mechanisms permanently disengaged.
- Firearms and ammunition must be stored separately from each other in locked cabinets, located out of children's access. Loaded firearms are expressly prohibited on the Premises.
- Storage of black gunpowder is limited to a maximum of 5 pounds and is to be treated as and stored as ammunition in a locked case.
- BB/pellet guns, air rifles, slingshots, arrows, and long or cross bows, are considered firearms. The use of these or any other projectile-propelling device is prohibited on the Premises or in the Community.
- Knives, swords, and any other harmful devices may not be carried and must be securely mounted, or sheathed and secured.
- Weapons prohibited by Federal, State, and local laws, such as stiletto knives, blackjacks, brass knuckles, switchblades, and zip guns may not be present on or in the Premises or Community.

Violation of the provisions of this weapons policy is cause for immediate Lease termination and eviction from the Premises.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*COMMUNITY POLICIES*
*SAN DIEGO FAMILY HOUSING, LLC*

### 15.    FIREWORKS

The manufacturing, sale, storage, possession, transporting and/or use of fireworks and all incendiary devices are expressly prohibited on the Premises or in the Community. Violation of the provisions of this fireworks policy is cause for immediate Lease termination and eviction from the Premises.

### 16.    FOSTER CARE

Housing foster children is permitted as long as the existing living conditions will be reasonable ('Reasonable' Guidelines are: one child to a room for children of different gender over 6 years of age; one per room over 10 years of age; and 50 square feet per child in a shared room). Resident must submit a request for approval to your District Office and receive a written approval prior to becoming a foster parent. All applicable State and Federal rules and regulations regarding foster care will apply.

### 17.    GARAGES/CARPORTS

See Section 35 PARKING REGULATIONS and Section 50 VEHICLES.

### 18.    GROUNDS MAINTENANCE

*Owner Responsibilities*:

Your District Office will regularly mow and maintain all unfenced grounds around the Premises including common areas and playgrounds.

Fertilizing and use of herbicides will be done on a periodic basis. Resident will be given notice of any upcoming fertilization/herbicide treatment, and must remove pets, children and lawn furniture so the yard can be treated. Failure to comply may result in a charge for a re-visit.

*Resident Responsibilities*:

- Mowing, raking, and trimming of shrubs and other routine maintenance in fenced backyards are the Resident's responsibility.
- Do not use or store fertilizers or herbicides in or on the Premises. Plant food for the indoor plants and seasonal fertilizer for annuals, perennials and fenced backyard areas is an exception to this rule.
- Do not create new planting beds on the Premises without written approval.
- Annuals may be planted in existing beds. Introduction of perennials or other permanent landscaping requires written approval from the Owner.
- Do not remove any shrubs, trees or ground cover without owner approval.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

## 19.   GUESTS

Guests of Residents are welcome in the Community. A Guest is defined as a relative or friend who is visiting a Resident's home for a few hours up to fourteen (14) days. Guests must comply with all rules and regulations contained in the Lease, Addenda and Community Policies. The Resident will be responsible and accountable for the actions and behavior of their Guests. Resident is prohibited from accepting rent in the form of cash or in-kind goods or services from their Guests.

Residents must notify Owner, in writing, within 72 hours of a Guest's arrival if the Guest will be staying more than fourteen (14) consecutive days. Normally Guests may not remain for more than 30 days; however exceptions for family members visiting for extended periods for the purpose of assisting the Resident (i.e., newborn, illness, etc.) may be granted by your District Office on a case-by-case basis, and must be submitted in advance and in writing. It is the responsibility of the Resident to determine if any additional approvals are required. Approval by your District Office does not constitute approval by or for other authorities. The Owner reserves the right to control the entry into the Community by Resident's Guests, agents, licensees or invitees, furniture movers, delivery persons, and may prohibit from the Premises or Community any Guests or invitees who, in Owner's or your District Office's reasonable judgment, have been disturbing the peace, disturbing other Residents or violating Community policies.

## 20.   HOLIDAY LIGHTING AND DECORATIONS

Holiday lighting is authorized for use between the hours of 5:00 p.m. and 10:00 p.m. from October 21st (Halloween season) until the second weekend in January. Holiday/decorative lighting is not permitted at any other time. All lighting must be removed from Premises and stored properly. Overloading of circuits and the overuse of extension cords must be avoided. Resident accepts any and all liability for damages or injuries caused by holiday or decorative lighting and other decorations.

- Lighting may not be left on when there is no one in the Premises.
- Any lights or decorations attached to the Premises must not cause any physical damage. Gutter clips or similar clip devices are required for affixing exterior lighting; nails/screws/tacks/staples are not permitted.
- Resident will be held financially responsible for any incidental damage to the Premises.
- Roof decorations and lighting above the first floor roofline are not permitted. Resident will be required to immediately remove such decorations when discovered.
- Canned "snow" or other similar substances must not be sprayed on windows, siding or brick facades.
- The landscape area in front of the home is maintained by Property Manager. Therefore, no lighting or decorations can be placed on the front lawns. Management will make an exception to allow shrub lighting from October 21st to the second week of January.

4826-7713-2879.11

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

## 21.    HOME-BASED BUSINESSES/ COMMERCIAL ENTERPRISES

Home based businesses and other commercial enterprises may only be conducted at the Premises in accordance with the following:

- Resident must request, in writing, approval from your District Office.   The approval will apply to any Resident conducting a private business, including but not limited to selling or attempting to sell goods and/or services, cosmetics, household products, cleaning products, tailoring, tax preparations, and other computer based businesses, dressmaking, etc. See your District Office for the form and details.
- Home-based businesses must be appropriate to and contribute to the family environment of the Community.
- Signage of any kind is explicitly prohibited.
- Any business that uses or produces hazardous materials is not permitted. Violation of this term is cause for immediate eviction and recovery of damages by the Owner.
- Home-based businesses that create traffic or parking problems for the neighborhood will not be permitted.
- The breeding and/or raising of animals, birds, fish, etc., shall not be permitted.
- Pyramid Sales are prohibited.
- Child Care businesses - See Child Care - Section 5.

Changes to these rules can be made on a case-by-case basis if needed.

## 22.    HOUSEKEEPING

Proper upkeep of the Premises from the time of Move-In will help insure that the Move-Out process will go smoothly and that charges for misuse will be kept to a minimum. The following housekeeping suggestions are provided to assist the Resident:

*Carpeted Floor Areas*

The following suggestions are offered for maintenance and protection of carpeted areas:

- Do not use cleaning agents that contain bleach or bleaching agents for food or liquids spilled on carpets. They often cause as much or more damage than the original spill.
- Vacuum regularly to keep the carpet in good condition and to discourage dirt build up.
- Resident is advised to encourage young children to eat and drink in non-carpeted areas and over a table to avoid permanent stains caused by Kool-Aid®, and soft drinks. Wine, coffee and tea also contain agents that can permanently stain the carpet.
- Use throw rugs, safely secured; on high traffic areas to prevent heavy soil build -up.
- Use carpet/ floor protectors under chair legs, tables, sofas or any furniture item that may scratch the floor or leave a permanent indentation.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

- Resident is encouraged to remove shoes upon entering the Premises to prevent high traffic areas from becoming overly soiled.

*Tile, Hardwood, and Vinyl Floors*

The following suggestions are offered to help protect the Premises floors:

- Lift heavy furniture rather than dragging across the floors to avoid marring.
- Never flood the floor with water or let water stand on the surface.
- *Do not* apply wax to no-wax floors. Your District Office will point out the no-wax floors during Move-In. There are certain products on the market claiming to be shining agents for no-wax floors. Do not use these products, even if specifically made for no wax floors, as they are difficult to remove and sometimes cause damage to the surface during the removal process. Resident may be charged for damages to the floor caused by wax, shining agents, or wax removers.

*Walls and Woodwork*

The following suggestions will help protect walls and woodwork:

- Beds, tables, and chairs should not touch the walls.
- Bicycles, large toys, strollers, and such items should be moved through doorways with care.
- Provide children with blackboards or drawing pads to discourage writing on the walls. Resident will be responsible for cleaning all marks from the walls prior to Move-Out.

*Countertops*

The following suggestions will help protect the countertops:

- Place a cutting board on the surface before chopping or cutting.
- Do not use an abrasive cleaner. Countertop cleaners are readily available and remove most spills, stains, etc.
- Never place hot pots or pans directly on the countertops.

## 23.  KEYS/GARAGE DOOR OPENERS/MAILBOX KEYS

Resident is provided at least two keys to the Premises during the Move-In. Additional keys may be requested. Your District Office will also provide the Resident with mailbox keys or instructions on where to pick-up the keys during Move-In. Additionally, garage door openers, as applicable, will be issued at that time.

All Premises keys, mailbox keys and garage door openers are to be returned during the Move-Out Condition Assessment. There is a charge for lost keys, mailbox keys and garage door openers. If a key is lost, and a change of locks is necessary, the Resident will be responsible for the charge.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

***COMMUNITY POLICIES***
***SAN DIEGO FAMILY HOUSING, LLC***

### 24.    LAW ENFORCEMENT

The local sheriff, police departments or the federal government (on base only) will provide law enforcement.  Resident will be instructed who to contact regarding law enforcement at Move-In.  Place the phone numbers for law enforcement in a handy location that is easily accessible.

### 25.    LEASE VIOLATION NOTICES

Your District Office may issue a Lease Agreement Violation Notice to Residents for excessive noise, littered yards, illegal parking, carport or breezeway clutter or other similar violations.  Additionally, unauthorized pets, unauthorized repair of vehicles, failure to observe posted speed limits or 15 MPH, whichever is less, or failure to obey stop signs will also result in Lease Agreement violations.

### 26.    LIVE- IN CARE PROVIDERS

Permission for live-in care providers must be requested in writing to the District Office.  Requests will be evaluated on a case-by-case basis and should be submitted with documentation for the need for live-in assistance.  Approval of a live-in care provider is predicated on specific child-care or health-care issues shown to require full-time, live-in assistance.

### 27.    LOCKED OUT OF RESIDENCE

A Resident who is locked out during normal business hours may contact the Management Office for assistance.  After normal business hours, Resident will need to call the Lincoln-at-Your-Service number.  The telephone number will be provided at Move-In.

The Resident will be required to provide proper identification to receive access to the Premises.  A Resident who calls for lock out assistance more than twice in a calendar year may be assessed a charge.

Your Management Office will also charge a fee for replacement locks and additional keys.

### 28.    MAINTENANCE

A uniformed maintenance team will be assigned to each Community and will be available to provide answers to maintenance questions.

A Service Request (including receipt time and classification) may be obtained by contacting Lincoln-at-Your-Service directly either by phone, in person or via the website.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Resident will be given a Service Request number for reference. Lincoln-at-Your-Service receives the service calls and dispatches an emergency on-call service technician after hours, weekends, and holidays to provide 24 hour, 7 days a week coverage. For all maintenance requests, please call Lincoln-at-Your-Service at 1-888-578-4141 or visit our website at www.lincolnmilitary.com.

*Owner Initiated Orders*

There are certain repairs, replacements, inspections, and maintenance that the District Office is required to perform for the Owner. The District Office will contact the Resident, explain the work to be done, and establish a time for the work to be accomplished. Examples of work orders initiated by the District Office are as follows:

- Pest control services
- Preventive maintenance inspections and services
- Scheduled replacement of carpets or appliances
- Interior decorating (i.e., painting, installation of blinds or curtain rods)

Work will be scheduled to cause the least amount of inconvenience to Resident whenever possible. However, Resident may not refuse entrance into the Premises by Owner, the District Office or its contractors when notified at least 48 hours in advance, and the requested time is during reasonable working hours. Owner, District Office personnel or its maintenance contractors may enter Resident Premises when Resident is absent to perform such work.

Service Requests will be given a classification of Emergency, Urgent or Routine, depending on the nature of the request and the danger to the safety of the Resident and the Premises. Owner's representatives may need to access the premises without advance notice in emergency situations. We categorize various maintenance issues as follows:

| Type of Service Call | Examples |
|---|---|
| **Emergency**<br>Critical Safety/<br>Life Threatening Issue<br><br>Resident or Occupants who have a medical requirement for maintaining stable temperature levels of heating and air conditioning | • Natural Gas Leak<br>• Fire<br>• Power Outage<br>• Sewage Back-Up (only 1 Bathroom)<br>• Flood<br>• Violent Criminal Activity |
| **Urgent**<br>Habitability Issue | • Broken/cracked window (not safety/security)<br>• Garage Door inoperable<br>• Kitchen sink back-up (inoperable)<br>• Light fixtures, receptacles not working (no shorting or sparking)<br>• Refrigerator inoperable (no leaks) |
| **Routine**<br>Convenience/Unit Care Issue | • Single burner/oven inoperable<br>• Owner provided telephone jack/wiring inoperable<br>• Repair/replace screens, storm door, sliding door<br>• Light bulb replacement —common area or area not accessible by Resident |

21 of 40

4826-7713-2879.11

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

## 29.    MAINTENANCE TIPS

*General Maintenance Information*

Please report any and all needed repairs to Lincoln-at-Your-Service by phone or through Service Track online.  For maximum efficiency, report repairs in the morning whenever possible.

In the event your service request is not completed to your satisfaction and your District Office seems unable to provide a solution, please feel free to contact the General Management Office at 858-874-8100.

**Emergency Maintenance is provided 24 hours a day.**

*Lincoln-at-Your-Service* can be reached 24-hours a day at 1-888-578-4141, or on our website at www.lincolnservicetrack.com for emergency and standard service requests.

*Access to Premises*

Your District Office must approve, and will perform any change of Premises locks. Whenever your District Office maintenance personnel or exterminators enter the Premises to perform work, a copy of the service request will be left detailing the work that was performed.  Written permission must be supplied from Resident to your District Office authorizing the District Office to allow entry to the Premises during the Resident's absence for purposes including but not limited to delivery companies, moving van representatives, out-of-town Guests and relatives.

*Peace of Mind*

Please notify your District Office of any burned out exterior or common area lights, faulty locks, lost keys, etc.

Please report immediately to police, our courtesy patrol service and then to your District Office or 24-hour answering service any suspicious persons, strange vehicles or unusual or suspicious activity.

Please request credentials from all maintenance personnel before allowing entry.

**General Maintenance Tips**

*Plumbing*

Occasionally there may be a problem with stopped up sewer and plumbing lines. Do not allow objects such as diapers, toys, feminine hygiene products, etc., to be flushed down the toilet.  Charges may be assessed for the removal of such objects. If a toilet overflows, first turn the water off at the valve below the flush tank, and then call *Lincoln-at-Your-Service* and they will gladly assist, if needed.  Lincoln-at-Your-Service will classify the service call in accordance with the previously noted categories. Keep a plunger on hand for use on simple toilet clogs.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

*Light Bulbs*

Your home is supplied with light bulbs at time of move-in. After move-in, Owner will replace specialty bulbs, and the Resident must replace all other burned out light bulbs. Please report unlit bulbs over walkways, halls, or common areas to the management office.

*Central Air & Heat*

Some homes are equipped with individual central heat and air-conditioning. An ideal temperature setting is between 68 for heating and 78 for cooling (please be aware that setting the thermostat to temperature extremes may cause damage to the HVAC unit). If you have a programmable thermostat it is recommended that you set the timing feature to turn on and off as you use your home. It should be set to turn off during the time that you are regularly away from your home and then come back on an hour before your return. You can also use this feature to warm your home and hour before getting out of bed and to maintain a lower temperature while you are sleeping. Using this feature will help greatly in conserving energy. If you require help using this feature please contact Lincoln-at-Your-Service and one of our Service Technicians will gladly come to your home. If at any time you find that your thermostat is malfunctioning or for more detailed operating instructions, please call Lincoln-at-Your-Service. HVAC repairs may take longer than 1 day to be repaired, as specially trained technicians must be called out to perform service on the units. DO NOT turn off heat or air conditioning for a period longer than two weeks.

*HVAC Filters*

Air filter(s) will be new at move-in. Lincoln's maintenance team will schedule your filter to be replaced a minimum of twice yearly. The filter(s) in your home should be cleaned on a regular basis to insure proper performance of heating and air conditioning units. If you would like your filter changed prior to the scheduled filter change, please feel free to call *Lincoln-at-Your-Service* at 1-888-578-4141. We will also be happy to leave a supply of air filters at your home if you would like to change the air filter more frequently.

### 30.   *MOVE – IN PROCESS*

**After Resident has selected their new home, the District Office will assist with the completion of the Lease, any applicable addenda and documents for payment of Rent, as applicable. The Resident will be given all necessary telephone numbers for service calls, the District Office and the General Management Office as well as contact information for local services, law enforcement and animal control.**

The Resident and a representative of Property Manager will visit the Premises and together go over the Move-In Inspection Form. Special features such as no-wax floors will be pointed out to the Resident at that time. Any inoperable appliances, light switches, etc., and any existing damage to the Premises will be noted on the Move-In

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Inspection Form. Designated parking will be identified as will the proper storage of refuse and recycling bins.

Premises keys, mailbox keys (or instructions) and garage door openers will be issued at time of move-in.

## 31.    MOVE-OUT PROCESS

Resident must notify the District Office of the intent to move out as soon as possible, but in no event less than thirty (30) days, unless otherwise specified in the Lease. Your District Office will provide an "Intent to Vacate" form, which, when submitted to the District Office, fulfills the Lease requirement to notify the Owner in writing.

Resident will be scheduled for a Pre-Inspection appointment to review the condition of the Premises and prepare the Resident for the Final Move-Out Condition Assessment. During this review, the Resident may discuss any concerns about the Move-Out Condition Assessment, anticipated damage charges or other assessments (if any), the overall process, and any other issues of concern in preparation for the final Move-Out Condition Assessment. Residents will be given written instructions on cleaning requirements for the Premises (See Exhibit A attached), noting any areas needing special attention.

Any alterations made to the Premises must be restored to the original condition or remain in place if previously authorized in writing by the District Office.

At the time of the actual move-out, a representative of Property Manager and the Resident will again jointly assess the condition of the property, sign the Move-Out Inspection Report, and return all keys and other access devices to the Management Office. A Property Manager employee will assist the Resident in completing any paperwork associated with the Move-Out procedures.

## 32.    NEIGHBOR RELATIONS

Resident is reminded that living in close proximity to other families poses certain challenges as well as opportunities to build life-long relationships. Following a few simple rules will help ensure a positive living environment for everyone.

- Keep household noise to a minimum and follow guidelines on quiet hours (quiet hours are between 10:00 PM and 7:00 AM). Please remember neighbors often work different shifts.
- Keep the Premises, including the yard, clean and free of any unsightly refuse.
- Know where Occupants and Guests are at all times.
- Make neighbors aware of private gatherings, BBQ's or parties that may cause parking difficulties or noise.
- Be respectful of your neighbors and their children by being aware of your speed, car and home stereo volume, exterior appearance of your home and the behavior of your family and guests. Be a good neighbor!

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

- Difficulties with a neighbor must be settled peaceably. If all efforts meet with failure, file a complaint **in writing** with the District Office. A phone call will not suffice. If it is serious enough to warrant action on the part of the District Office, it is serious enough to be put in writing. Your District Office will investigate and attempt to gain resolution to the problem. The complaint, investigation performed, results, and action will be made a matter of record and placed in the file of the Resident filing the complaint and the Resident named in the complaint.

## 33.    NUISANCE (DISTURBANCES and NOISE)

Resident, Occupants and Guests are expected to conduct themselves and their pets at all times in a manner that will not offend or disturb other Residents, Guests, Property Manager staff, or other visitors to the Community. Any activity causing extreme or excessive noise, excessive traffic, repetitive or excessive disturbance of any kind, or disturbing or threatening the rights, comfort, health, safety or convenience of others in or near the Community is a lawful cause for eviction. This includes, but is not limited to, behaving in a loud or obnoxious manner, excessive noises by pets, or destroying any part of the Premises or Community. These actions are considered a "Nuisance" and a serious violation of the Lease.

## 34.    OCCUPANCY LIMITS

Occupants must consist only of the persons identified on the lease agreement.

## 35.    PARKING REGULATIONS

A carport/garage and/or designated parking spaces have been provided for most Premises. Residents who keep more than two (2) vehicles on the Premises may be required to remove the excess vehicles if conditions become too crowded and/or complaints are received. It is recommended that you store your vehicle in a long term parking facility or your garage while on deployment.

Undesignated parking spaces may be utilized on a "first come - first served" basis; however, cars must be moved on a regular basis and not parked in the same undesignated spaces habitually. Common courtesy to neighbors takes precedence. Owner reserves the right to issue parking stickers if necessary.

Resident will keep all vehicles in good operating order with valid and current inspection/safety sticker, if applicable, state tags and insurance.

Under no circumstances shall any vehicle be parked or driven on lawn areas or parked in front of mailboxes. Mail will not be delivered if the box is blocked.

Resident is responsible for keeping assigned parking area/carport or garage clean of oil and debris. Oil drippings shall be removed using absorbent materials (kitty litter or oil absorbents) and not washed into the drainage system, with or without detergent.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Resident shall not store vehicles for other people or grant permission to others to park in the Community.

Resident shall not park in driveways or carports of any other residence.

*Vehicles found in "No Parking" areas, Fire zones, blocking access, without current registration, inoperable, stationary for extended periods of time, or in Handicapped spaces (without a permit) will be towed at the vehicle owner's expense and risk. Residential garages should be used for vehicle parking.*

### 36.   PERSONALLY - OWNED PLAY EQUIPMENT and COMMUNITY PLAYGROUNDS

Personally owned play equipment is discouraged. Personally owned play equipment shall be kept in good working order, and will not be secured to the ground using concrete anchors. Play equipment should be limited to toddler plastic swing sets and sliding boards

Playgrounds are provided throughout the Community for Resident, Occupant and Guest use and enjoyment. Although the playgrounds and common areas are cleaned and mowed on a schedule arranged by the District Office, Resident is responsible to police the area and supervise children such that the area is clean when the Resident, Occupant and/or Guest leave. No children under six (6) years of age are allowed in the playgrounds without the Resident or other adult supervision.

### 37.   PERSONAL PROPERTY INSURANCE

Owner does not provide content insurance coverage to Resident military families. This means that in the event of damage or loss, none of your personal belongings are covered under any insurance policy unless you obtain insurance. Resident is strongly advised to carry, at its expense, Resident's own insurance (i.e., "renter's insurance") to protect Resident from any loss or damage within the occupied unit. During extended periods of absence, please notify the Management Office and/or make arrangements with your neighbors to periodically check your dwelling for fire hazards, broken water lines or other potential hazards that may arise in your absence.

### 38.   PEST CONTROL

Routine control of normal household pests, along with keeping all pets free of fleas and ticks, is a Resident responsibility. The use of non-residual insecticides labeled for safe application by the general public, such as household spray insecticides, is expected of the Resident. Resident must contact the District Office for assistance with infestations of pests that are beyond Resident capabilities and require professional control measures.

As a general rule, poor housekeeping is the main factor in cockroach infestation. Roaches and rodents thrive on leftover food placed on sinks, counters, in cupboards, on

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

unwashed dishes, and on food left out for pets. Roaches may also feed on paper and glue products, including shelf paper. Some things the Resident can do to control roaches, mice and other household pests are:

- Deposit garbage in trash cans in plastic bags.
- Wipe up spilled foods or drinks immediately.
- Do not keep empty soft drink cans or bottles under the sink, and rinse them well before placing in recycling bins.
- Keep soiled clothing in a clothes hamper or other container. Wash clothes frequently enough that clothing does not pile up on the floor.
- Store leftover food in airtight containers.
- Some areas experiences a large volume of rodent infestations.  Many rodents feed on pet food left outside.  Please store all pet food in sealed containers.

In the event the Premises require extermination, call *Lincoln-at-Your-Service* at 1-888-578-4141.  Please prepare for extermination services as follows:

- Remove all items from under kitchen and bathroom sinks.
- Pick up toys or other objects that may interfere with application.
- All persons and pets should vacate the premises during treatment and should not re-enter the home until treated floors, carpets and rugs are thoroughly dry. Under normal conditions, this may take 1 - 3 hours (4 hours are recommended).
- Remove pet birds from the house, or if the bird(s) cannot be removed, place in a ventilated room that will not be serviced.
- Turn off aquarium air pumps and cover tanks and pumps with plastic wrap. Pumps can be restarted about 3 hours after treatment.

After service, it is common to see an increased amount of insect activity as the specially formulated applications disrupt nesting and hiding sites.

## 39.    PET POLICIES

Birds, fish, hamsters and guinea pigs will be permitted in all Communities.  Exotic animals, such as reptiles, rodents (other than the hamsters and guinea pigs), ferrets, hedgehogs, or any farm animals are prohibited in all Communities.

However, within specifically designated communities, the keeping of cats and dogs is a conditional privilege extended to the Resident exhibiting responsible behavior and in control of the cat and/or dog in specified pet friendly communities. Resident is financially and legally responsible for all pets. Resident must comply with state and local laws governing pet ownership, including laws regarding licensing and vaccinations. The local municipality is responsible for enforcing animal control ordinances in the Community. Additionally, the Resident must execute a Cat and Dog Addendum to the Lease. Pets registered with the Owner may be cared for in the homes of others in the Community, provided the visiting pet does not cause the applicable household pet limit to be exceeded for more than 48 hours without management approval.  Dog houses are allowed, once approved by Owner, but Resident must remove dog house at move-out and repair any damages to the lawn prior to move-out.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

*COMMUNITY POLICIES*
*SAN DIEGO FAMILY HOUSING, LLC*

Failure to comply with the Pet Policy contained in the Community Policies and the Cat and Dog Addendum may result in the removal of the cat(s) or dog(s) from the Premises and/or eviction of the Resident from the Premises. Any Resident who has been required to remove a cat or dog due to violations of the Pet Policy or the Cat and Dog Addendum will not be permitted to have any cats or dogs on the Premises. Owner reserves the right to establish non-pet neighborhoods and to restrict certain breeds of dogs that are considered to be dangerous. **For additional information, refer to the Cat and Dog Addendum.**

## 40.     REFUSE COLLECTION AND RECYCLING

*Refuse*

The Owner provides refuse collection in all Communities at no additional cost to the Resident. The following policies are to be followed:

- Resident will be issued trash/refuse bin(s) during Move-In. This does not apply to apartment communities.
- Resident is responsible for the refuse bin(s) and will be charged for replacement if damaged, lost or stolen.
- Resident will be responsible for regular cleaning of the bin(s).
- Refuse bins must be at the curb before 7:00 a.m. on the scheduled pick-up days, unless otherwise instructed by the District Office. If desired, Resident may place the refuse bins at curbside after 6:00 PM the day preceding the collection day.
- The bins must be returned to proper storage by 8:00 PM on the day of collection.
- Plastic liners and covered trash bins minimize odor and pest control problems.
- Toys and bicycles left within close proximity of the refuse bin may be accidentally picked up.
- Large, bulky items such as mattresses, furniture, and appliances will not be picked up with regular trash pickup. Bulk pickup may be available in your neighborhood. Contact your District Office for details.
- Plastic bags are to be used for grass clippings. Do not exceed the "test" strength of the bag.
- Refuse bins must be kept in garage, side yard or backyard and out of view.

*Recycling*

Recycling is strongly encouraged. Recycling containers must be properly stored with trash bins.

## 41.     RESIDENT INQUIRIES AND CONCERNS

The Owner's goal is to provide affordable and well-maintained Premises for an exceptional quality of life for all Residents. Resident inquiries or concerns that have not been addressed in the manner that is satisfactory have several alternative avenues for resolution.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

First, make sure the inquiry or concern has been clearly stated and delivered to the District Office. Your Management Office will respond in a timely manner to the inquiry or concern in accordance with the terms of the Lease, the Community Policies and any Addenda executed by the Resident. In the event your District Office has not responded in a manner consistent with the Resident inquiry or concern, the Resident should deliver the clearly written inquiry to the Regional Property Manager (RPM). A third source for the Resident to receive a response to an inquiry or concern not adequately addressed by the District Office or the Regional Property Manager is the Regional Vice President. The names, address and phone numbers of each are available in your District Office. In the unlikely event your problem has not been resolved to your satisfaction, please contact the Navy Housing Office to look into the matter on your behalf.

## 42.  SAFETY

**Emergency numbers are provided on page 1.**

Safety on the Premises and in the Community is the responsibility of each Resident, Occupant and Guest. Below are a few policies and guidelines to be followed to help assure a safe environment for all:

*Bicycle/Skating/Skateboard*

Bicycle helmets are required in all Communities for all cyclists, including children in safety seats, regardless of age. Helmets and other protective gear are also strongly encouraged for skaters and skateboarders.

*Children's Safety*

Resident is responsible for the safety, care and actions of Resident's own children and children in Resident's care. Please instruct children not to play in the streets, alleys or parking lots. The driveway (where applicable) area is reserved for automobiles. If you have a basketball hoop, it is permitted in your driveway area only. Basketball hoops are not permitted on streets, cul-de-sacs or sidewalk areas.

*Disaster*

The Federal Emergency Management Agency recommends that each family have an emergency kit readily available for transport in case of severe weather, hurricane, earthquake or other emergency. A Disaster Supply Kit list is attached as Exhibit B.

*Fireplaces*

Resident is responsible for the safe operation of any fireplaces. Contact the District Office if you are not knowledgeable or comfortable with the operation of the fireplace. In wood-burning fireplaces, sterno logs or other artificial logs are prohibited in the fireplace. Ash must be completely cooled before disposal.

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

*Barbeque Grills*

Barbeque grills, whether gas or charcoal, are allowed as long as they are not used on a balcony or covered patio/area.  Use of barbeques must be at least ten feet (10') away from any building or structure.  Disposal of hot coals is not allowed unless appropriate provided "hot-coal" bins are available on the property.

*Fire Pits*

Fire pits may only be used on properties that have backyards.  The fire pits must be placed at least fifteen feet (15') away from any structure or overhang.

*Garage Doors*

Garage door springs, cables, brackets and other hardware attached to the springs are under very high tension and if handled improperly, can cause serious injury. We recommend that you report all malfunctions to Lincoln-at-Your-Service so that qualified professionals can make the necessary repairs/adjustments. A few simple precautions can protect family and friends from potential harm. Please take a minute to read the following safety tips:

- Do not stand or walk under a moving door.
- Do not let children play with or use the transmitters or remote controls.
- Teach children about garage door and opener safety; explain the danger of being trapped under the door.
- When using the pushbutton or transmitter, keep the door in sight until it completely stops moving.
- Teach children to keep their hands and fingers clear of section joints, hinges, tracks, springs and other door parts.

Should the power fail, you will not be able to open or close the door using the pushbutton or wireless transmitter (if equipped). Instead, you will have to pull the *Emergency Release Latch* to allow the door to be manually lifted or lowered. It is recommended that the latch be pulled when the door is closed. Use caution when using this release with the door open. Weak or broken springs may cause the door to fall rapidly causing severe injury or death.

If the wireless transmitter for the garage door opener (if equipped) needs service, please drop it off at the District Office.  A service technician will repair and/or replace the transmitter within 24 hours.

*Hazardous Materials/Waste*

It is critical that hazardous materials not be included in trash or recycling.  Contact the District Office for information on suitable locations to store or dispose of household hazardous waste. Common hazardous household products include, but are not limited to:

- Paint/thinner
- Turpentine and other spirits

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

- Glue
- Gasoline and other petroleum products
- Batteries
- Pesticides, herbicides, fertilizers, soil additives
- Common household chemicals, including bleach
- Fluorescent light bulbs
- Please note that California and Nevada have additional laws regarding prohibited items. If you would like additional information on applicable California laws, please visit http://www.dtsc.ca.gov/hazardouswaste/universalwaste/hhw.cfm; for additional information on applicable Nevada laws, please visit http://ndep.nv.gov/admin/nrs.htm.

*Personal Safety Reminders*

- Take responsibility for personal safety. Know your local emergency phone numbers.
- Verify the identity of anyone at your front door desiring entry. If the person claims to be an employee of the District Office and you do not recognize them, call the management office for verification.
- Always use the main Community entrance when entering late at night.
- Be observant and always be aware of your surroundings and the people in the area.
- Do NOT display house keys in public or leave them in the mail area, at the pool, or places where they can easily be stolen.
- Do NOT affix identifying tags with your address on your key chain.
- Keep a complete list of the serial and identification numbers of all appliances, computers, television, VCR, stereo, etc. This will greatly aid in recovering stolen goods.
- DO NOT confront suspicious persons loitering around the property, but report them immediately to the proper authorities and the District Office.
- Vehicles should remain locked at all times with items stored out of sight.
- Doors and windows should be locked at all times. Please contact Lincoln-at-Your-Service immediately if any locks are inoperable.
- Finally, get to know your neighbors and create a group of families that watch out for each other. Report suspicious activities to local law enforcement agencies.

*Smoke and Carbon Monoxide Detectors*

Smoke and carbon monoxide detectors have been provided to comply with local safety ordinances, and should not be deactivated or removed. Resident is responsible for checking and maintaining all smoke and carbon monoxide detectors, and must immediately notify the District Office, of any problem, malfunction or damage to the detectors. Any questions about operation or performance can be directed to the District Office. The District Office recommends checking the monitors monthly.

*Welding*

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Welding is prohibited at the Premises and in the Community at all times.

*Window Safety*

Children often climb on furniture and push against windows and/or screens, tumble out and suffer severe injuries or even death. To avoid such hazards, beds, tables, chairs and other furniture should not be placed in close proximity to windows.

Lock all windows.  Track locks can be installed to limit the height in which a window can be opened.

Do not leave young children unsupervised in rooms with open windows.

## 43.    SERVICES - OTHER

Services provided as a courtesy or convenience for the Residents and Occupants, exclusive of utilities and trash removal described in Section 9 Page 1 of the Lease Agreement, are provided at the discretion of the Owner and the District Office. Reduction or elimination of any or all of the other services does not result in reduced rent or allow for early termination of the Lease Agreement.

## 44.    SIGNS

Yard sale, patio sale or any other sign or banner advertising an event can only be posted on authorized bulletin boards or areas specifically designated by the District Office. Signs are not to be attached to utility poles, mailboxes, signposts, trees, etc.

## 45.    *SNOW AND ICE REMOVAL*

Where applicable Resident is responsible for snow removal on driveways and sidewalks in front of and around their Premises.

## 46.    *SOLICITATIONS*

Door-to-door sales, surveys, and/or solicitations of any sort are not permitted.  Children raising money for their school or other organizations is permitted (i.e.: Girl Scout cookies).  Likewise, commercial advertising or flyers of any kind may not be posted or distributed.  It is a Federal offense to attach anything to mail boxes.  Please report solicitors to our management office.

## 47.    *TELEPHONE LINE MAINTENANCE*

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

Information concerning telephone service in the Community will be provided during Move-In. Resident is responsible for all costs incurred with the exception of maintenance to the one telephone line supplied by the Owner. Report any line problems as shown below. If the problem is with the telephone, and not the telephone line, the Resident will be responsible for all charges.

Additional phone outlets and/or lines are allowed at Resident expense. Resident is limited to one (1) additional hookup installed per room with prior written approval. Resident will not be responsible for the removal of the additional hook-ups or subject to an additional charge at Move-Out as long as prior approval was obtained from the District Office. Request forms are available from the District Office.

## 48.   TEMPORARY ABSENCE FROM PREMISES

Contact the District Office prior to leaving the Premises vacant for more than seven (7) days. The District Office may need to contact the Resident in the event of an emergency or if an unexpected issue arises. In addition, please take the following actions prior to leaving the Premises:

- Lock all doors and windows.
- Lower, but do not completely close blinds, shades or curtains.
- Place timers on a few lights or a small radio.
- Stop deliveries of newspapers, mail, and other routine deliveries.
- Arrange for any items in the yard to be moved or removed in order for lawn care services to mow the lawn.
- Make arrangements to have any fenced areas mowed. Resident is responsible for the cost of any required yard maintenance in the fenced area that must be completed by the District Office.
- If absent for longer than 30 days, make arrangements to ensure timely rental payments.

## 49.   TRAMPOLINES

Trampolines are authorized when all proper safety netting and locks are installed and must be located in rear yards only. Use is at Residents' risk.

## 50.   VEHICLES

Vehicles are always a challenge for the Resident as well as the Owner. Repair of automobiles, parking, and the storage of recreational vehicles are a few of the topics that must be addressed in order to maintain a desirable residential family environment. Following are rules and regulations for the Community:

**Automotive Maintenance and Policies**

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

- All vehicles must: (1) be operable and road-worthy, (2) display a current installation decal, if applicable, (3) display current tags, (4) display a current inspection sticker (if applicable in their State of registration), and (5) have current insurance as required by the State where the vehicle is registered.
- Commercial vehicles may not be kept in the Community or Premises unless they are of a size/type to fit completely in the Premises garage with the door closed. Resident may not park commercial vehicles in the street or driveway except when actively loading or unloading the vehicle.
- Due to environmental and safety concerns, automobile/vehicle maintenance shall not be performed by Resident, Occupant or Guest anywhere in the Community or Premises including garages, carports, parking spaces, or street. Additionally, vehicles may not be on jacks, jack stands, or ramps *at any time*.

  Prohibited maintenance includes, but is not limited to:

  ⇒ Washing cars
  ⇒ Changing/adding motor oil or other automotive fluids.
  ⇒ Repairs such as transmission repairs, engine overhauls, and bodywork (sanding and painting).
  ⇒ Engine cleaning.

- Vehicles shall not be in an inoperative status in excess of 72 hours. All inoperable vehicles must be removed from the Community and Premises. Resident may request exceptions to this policy on a short-term basis through their District Office.

*Garages/Carports/Sheds*

Garages are intended for parking vehicles, to provide auxiliary storage of personal effects, and storing recycle and refuse bins.

The following policies apply to the use of the garage/carport:

- Storage of flammable liquid, such as gasoline, is restricted to 1 gallon.
- Garages shall not be used for living spaces, and shall not be altered or modified for such use.
- Pets shall not be kept in garages or sheds.
- Do not block or barricade garage doors.
- Do not store items near or block water heaters located in garages.
- Oil or gas space heaters shall not be used in garages or sheds.
- The Resident, Occupant or Guest may not alter electrical wiring in garage or shed spaces or any other area of the home.
- A garage or carport is considered a "designated parking space". No additional parking will be allocated for vehicles displaced by storage of personal goods.

*Recreational Vehicles and Other Vehicles*

Recreational vehicles, utility trailers, boats, campers, snowmobiles, ATV's, and jet skis are prohibited in the Community unless the item fits into the garage with the garage door completely closed. The only exception to this rule is when the vehicle is being made

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

ready for use or storage. This approved exception period may not exceed 48 hours. Proper storage of recreational vehicle or other vehicles in a garage will not justify improper parking of vehicles.

The following rules apply:

- Automotive maintenance polices apply to RVs, boats, campers, snowmobiles, ATV's, and jet skis; therefore, oil changes, engine repair and bodywork are not allowed.
- Interior repairs of such vehicles shall not be made in the Community without prior approval from the District Office.
- RVs must not be plugged into any Community or Premises utilities.
- Flammables, such as paints, thinners, and gasoline may not be stored in vehicles.
- Guests' RVs may not be parked in the Community.
- A RV may be parked in the garage if it fits completely within the garage, the door is kept closed, and there is adequate parking remaining available for vehicles without impacting other Residents of the Community.  RV's may NOT be parked in carports, driveways or designated parking spaces.

Contact your Naval Housing Office for appropriate storage locations.  Violation of these RV and other vehicle policies shall result in the removal of the RV or other vehicle from the Community at the Resident's expense.

### 51.     WADING POOLS/ HOT TUBS

Use of small wading pools is authorized under the following guidelines:

- The water must not exceed 12 inches in depth, and will be emptied on a daily basis.
- Wading pools are to be constantly monitored by an adult during use, and must not be left unattended while holding water.
- Grounds damaged by the pools must be restored.
- Wading pools must be kept in backyard areas.

Hot Tubs or Spas are permitted for medical reasons only.  A copy of the doctor's written guidelines must be provided to your District Office prior to installation. Approval for these alterations will require that the Resident have a fenced back yard.

### 52.     WASTE

The Resident will comply with the policies and procedures of each individual community with respect to trash pick-up days and storage of refuse containers on non-pick up days. Resident will also comply with environmental regulations pertaining to prohibited disposal items.

### 53.     WEBSITES

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

**Community Website-**

Owner's Community website is located at www.lincolnmilitary.com. Residents will be able to use this website to inquire about and access information regarding upcoming events and activities in their Community.

**Service Request Website-**

Agent's website for service requests is located at www.lincolnservicetrack.com. Residents will be able to input and view the progress of their maintenance requests by accessing this website. A "tracking" number will be provided to Residents for all service requests received, with which Residents can obtain updates by phone or by checking the local website.

## 54.    WILDLIFE/BIRD FEEDING

**To prevent the local wildlife in the Community from becoming a pest, or danger, the following rules and regulations must be followed:**

- Resident shall not feed feral animals or wildlife other than birds (Pigeons and Sea Gulls excluded). Do not put food scraps outside or throw food scraps into the woods.

- Trash bins must be properly stored with lids securely closed.

- Birdfeeders are not to be hung over patios or from balconies interfering with other Residents. Any birdseed remaining on the ground must be cleaned up daily.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**COMMUNITY POLICIES**
**SAN DIEGO FAMILY HOUSING, LLC**

## 55.    YARD AND GARAGE SALES

All yard and garage sales will be limited to Friday, Saturday and Sunday only.  Items are not allowed to be left outside the Premises overnight.  Signs may be posted only on Community bulletin boards or small stick-in-ground signs in the Premises yard. Signs may be posted no sooner than the day before the sale and must be removed by the end of the day of the sale.  Do not place signs on road signs, telephone poles, mailboxes, trees, etc.

## 56. YARDS –PROHIBITED ITEMS

Dog runs and storage sheds are prohibited unless provided by the Owner.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**EXHIBIT A**
**CLEANING REQUIREMENTS FOR MOVE-OUT**

## GENERAL

- Completely remove all personal items from the home, storage area(s) and garage.
- Clean front and back yards from all rubbish, garbage, animal feces, etc., and remove all personal items.
- Any items requiring disposal or recycling must be removed from the Premises in an appropriate, proper, and approved manner.
- Any equipment or feature delivered as part of the Premises, (including appliances, appliance parts, fixtures, hardware, etc.), must be returned intact and in proper working order.
- Original wall color is not altered or changed unless previous written approval was obtained from the Owner.
- Remove all graffiti, markings, and stickers from ceilings, walls and window sills.
- All windows must be closed and locked with window covering left in the 'closed' position.

## KITCHEN

- All kitchen surfaces – Remove all grease build-up and wipe down.
- All appliances – Remove all grease and food particles from exposed fixtures, wipe down inside and out.
- All floors - Sweep and wet mop all floors.

## BATH

- All bathroom fixtures and surfaces- remove all excessive soap scum, mold, mildew and other dirt build-up.
- Shower curtain - Remove.

## BEDROOM/LIVING ROOM/DINING ROOM

- All floors - Sweep or vacuum as appropriate to the surface.
- All closets -Sweep and/or vacuum.

## GARAGE/CARPORT/SHED/EXTERIOR

- Floors - Free of grease, oil and paint.
- Clean trash containers and recycle bins.
- Clean exterior doorways, porches and patios.

## FENCED YARD

- Mow, trim and edge grassy areas.
- Remove weeds; patch bare spots.
- Police grounds

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**EXHIBIT B**
**DISASTER SUPPLY KIT**

The Federal Emergency Management AGENCY (FEMA) recommends each family keep the following items readily available for transport in case of severe weather, earthquake or other emergency:  **Be prepared in advance and have emergency materials on hand.**

- Flashlight/Batteries
- Battery operated Radio with extra batteries
- **Water** – at least 1 gallon daily per person for 3 to 7 days
- **Food** – enough for 3 to 7 days
- Non-electric can opener
- Non-perishable and canned foods
- Food for infants or elderly
- Snack foods
- Cooking tools, fuel
- Paper plates, roll of paper towels, plastic utensils
- Blankets, Pillows
- **Clothing** – seasonal, raingear, sturdy shoes
- First Aid kit, Prescription Medicines
- Toiletries
- Cash
- Keys
- Tools
- **Important Documents** (keep in a waterproof container)
- Special needs for Infants or Elderly
- **Pet Care Items** (food, water, carrier/cage, medicines)

**Disaster Services**

| | |
|---|---|
| American Red Cross | www.redcross.org |
| FEMA | www.fema.gov |
| Salvation Army | www.salvationarmyusa.org |

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# HOME BASED BUSINESS ADDENDUM
## TO LEASE AGREEMENT

1. **COMMUNITY.** Miramar Townhomes

2. **PREMISES LOCATION.** Address Specified on Page 1 of the Lease

3. **LEASE DESCRIPTION.**

   a. Lease date: Refer to the Lease Commencement Date on Page 1 of the Lease

   b. Residents *(list all residents)*: Residents *(list all residents)*: █████████

   c. Owner:  San Diego Family Housing, LLC

4. **CONDITIONAL AUTHORIZATION FOR A HOME BASED BUSINESS.** The Resident may conduct the home based business described below, in accordance with state/local laws and regulations governing the conduct of home based businesses until the Lease terminates. The Owner may terminate this Conditional Authorization prior to Lease termination if the Resident's right of occupancy is lawfully terminated or if, in the Owner's judgment, the Resident, Occupant, or Guest violates any of the rules of this Lease, Residential Business Addendum or Community Policies. Owner's granting of permission is not a warranty that the Premises are suitable for the conduct of Resident's business or that Resident has complied with all requirements.

5. **DESCRIPTION OF THE BUSINESS.** The Resident may conduct only the business described below.

   a. Navy-Certified Child Care in a Child Development Home: ██████████

   b. Other *(description)*: _____

6. **LIABILITY NOT LIMITED.** Approval of this Business Addendum does not limit Residents' liability for property damages, cleaning, replacements, or personal injuries resulting from conduct of the approved business.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## HOME BASED BUSINESS ADDENDUM
## TO LEASE AGREEMENT

**7. HOME-BASED BUSINESS RULES. The Resident agrees to abide by these rules:**

- Resident is responsible for obtaining the necessary permissions, licenses, and insurance.

- Resident is responsible for any damages to third parties arising from the conduct of Resident's business.

- Business is required to comply with and is subject to inspection by the appropriate city, county, state or federal agency, office or department for compliance with applicable laws, codes, regulations and requirements.

- No door-to-door soliciting will be allowed and no advertising signs shall be posted on the Premises or in the Community.

- Advertising or flyers of any kind may not be posted or distributed in the Community.  It is a Federal offense to attach anything to mail boxes.

- Home-based businesses may be conducted online, by telephone or by mail.  Businesses wherein customers routinely conduct business at the Premises are inappropriate and will not be approved.

- Businesses requiring periodic direct customer interaction must utilize alternate facilities for these business transactions. This includes such events as Tupperware or Mary Kay promotional parties.  Exceptions can be granted on a case-by-case basis.

- No interior or exterior structural modifications or additions shall be made to accommodate Resident's business.

- Pyramid Sales are prohibited.

**8. ADDITIONAL RULES.**  The Owner has the right to make reasonable changes to the rules affecting the Home Based Businesses Addendum from time to time. A written copy of any change will be provided to every Resident who is currently authorized to conduct home based business.

**9. VIOLATION OF RULES.**  If the Resident, Occupant or Guest, in the Owner's judgment, violates any rule or provision of the Home Based Business Addendum or the Community Policies, the Owner may provide the Resident written notice of said violation, and (1) issue a warning concerning the ramifications of further violations; (2) direct temporary cessation of business pending review or (3) revoke this Conditional Authorization.   If notified to temporarily or permanently cease operations, the Resident must cease promptly in accordance with the notification.   Violations include, but are not limited to, receipt of reasonable complaints, as determined by the Owner, that the business is disturbing other residents or creating an inappropriate environment within the Community.  The Owner also has all other rights and remedies set forth in the Lease this Home Based Business Addendum and the Community Policies, including damages, eviction, and attorney's fees to the extent allowed by law.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## HOME BASED BUSINESS ADDENDUM
## TO LEASE AGREEMENT

10. **LIABILITY FOR DAMAGES, INJURIES, CLEANING, ETC.**  The Resident is liable for the entire amount of all damages caused by the conduct of the home based business, including wear and tear beyond that expected in a family domicile.  This provision applies to all parts of the Premises, including carpets, doors, walls, windows, screens, appliances, as well as lawns, landscaping and other outside improvements.  Items that cannot be satisfactorily cleaned or repaired will be replaced in their entirety at the Residents' expense.  Payment for damages, repairs, cleaning, replacements, etc. are due within 30 days of demand.

Resident shall defend, indemnify and hold Owner harmless from loss, cost, damage, injury and the claims by others relating to Resident's home business, including but not limited to, all costs of litigation and attorney's fees resulting from any such damage.

11. **GENERAL.**  The Resident acknowledges that no other oral or written agreement exists regarding the home-based business other than the Lease, the Home Based Business Agreement and the Community Policies.    This Home Based Business Addendum is considered part of the Lease.  It has been executed in multiple originals, one for the Resident and one or more for the Owner.

"RESIDENT"

| | |
|---|---|
| DocuSigned by: ████████ | 1/17/2019 |
| ████████ | **Date** |
| DocuSigned by: ████ | 1/17/2019 |
| | **Date** |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: _DocuSigned by: Brittany Roberts_
Name: Brittany Roberts
Title: LMH Representative

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

MOLD ADDENDUM

## Guidelines for Prevention and Treatment of Moisture/Mold in Residential Housing

It is our goal to maintain a quality living environment for our residents, including addressing any water and/or mold-related issues when they occur. To help achieve this goal, it is important for all residents to understand and follow these Guidelines. These Guidelines serve as a supplement to the Mold Addendum that is part of your Lease Agreement. You should regularly review and follow the requirements of that Addendum.

**PREVENTING WATER AND MOLD-RELATED ISSUES BEGINS WITH YOU.** Molds are microscopic organisms that are naturally present nearly everywhere, including both indoor and outdoor environments. Molds reproduce by microscopic spores which can spread through the air and are commonly carried into buildings through open windows and doors, on clothing and through other means. Molds can grow on many types of materials, including materials inside your home, as long as moisture and air are present. It is impossible to eliminate all mold and mold spores inside buildings. However, excessive mold growth can be controlled by using good housekeeping practices and by taking prompt action to control moisture in your home. To minimize the potential for water damage and mold growth, all residents must observe the following guidelines:

- <u>Keep your home clean and dry</u>. Residents are responsible for using good housekeeping measures, including regular cleaning to remove dirt and debris that can allow mold to grow. Cleanliness is particularly important in areas where you may find excess moisture, such as in the kitchen, laundry, and bathrooms. Clean up spills and moisture accumulation from floors, windows, and other surfaces. Use ventilation fans in kitchens and bathrooms and clean up excess water/spills after occupants, especially children, shower or bathe. Note that it may be difficult to keep mold from growing on places that are often damp. If mold reappears in the bathroom after cleaning, EPA recommends running a fan or opening a window and cleaning more frequently to keep mold to a minimum. Keep storage areas, closets, and living areas uncluttered so that air can circulate. Only washable items should be stored and promptly clean and dry fabrics that get wet. Do not hang wet laundry indoors.

- <u>Immediately notify us about any signs of water leaks, moisture accumulation or mold growth in your home</u>. Immediately notify us of any water intrusion problems such as overflows from toilets or bathtubs, appliance leaks, and roof leaks. Be particularly attentive for any leaks or overflows from washing machine hoses and discharge lines, refrigerator or air conditioning drip pans, or from clogged condensation lines – especially if a leak or overflow is large enough for water to wet nearby floors or walls. Musty odors and peeling wall coverings or paint may also be signs of excess moisture and mold growth.

- <u>Immediately notify us about air conditioning or heating system or appliance problems</u>. Humidity trapped in your home may encourage mold growth. Notify us if your air conditioning/heating system is not working properly or if you notice condensation on windows or on air supply vents. Use a humidifier in humid months or open windows on days when the outdoor weather is dry (i.e., humidity below 50 percent) to help remove excess moisture from your home. Be sure to close windows before leaving your home and at night for precautionary measures. Regularly clean and replace filters with pleated one-inch filters, instead of coarse filters.

- <u>Clean small areas of mold from hard surfaces</u>. If small areas of mold occur on hard non-porous surfaces (such as in shower/tub enclosures, on bathroom and kitchen tile and countertops, and on vinyl flooring, metal, or plastic), the U.S. Environmental Protection Agency (EPA) recommends that you clean these types of surfaces with water and detergent, dry the cleaned surfaces, and then apply a pre-mixed, spray-on-type household mold/mildew cleaner, such as Lysol Disinfectant, Tilex Mildew Remover or Clorox Cleanup. Be sure to follow all instructions on the product label. Never mix ammonia and bleach, as this can create a hazardous condition. You should notify us if routine cleaning does not remove the mold or if mold growth continues to re-occur after cleaning.

- <u>Do not try to clean larger areas of mold or mold from softer surfaces</u>. You should not try to clean mold from softer or porous surfaces (such as wood trim and sheetrock walls and ceilings), and you should not try to clean larger areas (more than 10 square feet) of mold on any type of surface. Instead, you should notify us immediately about these conditions, and we will investigate and take appropriate action for you.

- <u>Notify us of water or mold-related problems</u>. Report water and mold-related issues in accordance with these Guidelines by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## MOLD ADDENDUM

**WHAT TO EXPECT WHEN YOU NOTIFY US OF A WATER OR MOLD-RELATED ISSUE.** When you notify us about a potential water or mold-related issue, a maintenance technician will perform a visual inspection of the living spaces in your home for signs of water leaks, excess moisture/condensation and visible mold growth. The inspection will consist of a visual inspection of the interior, air conditioned portions of the home. The purpose of this inspection is to assess the likely source of any water accumulation and the extent of water damage or mold growth so that we can take appropriate action. This inspection typically will not include unoccupied areas of your home, such as crawlspaces, attics, wall and ceiling cavities, exteriors of buildings, and unoccupied enclosures, such as exterior mechanical rooms. It may be necessary to inspect these parts of a building only if an inspection of the living spaces reveals a source of water leaks coming from the unoccupied part of the building.

**What will happen if water problems are identified?** If water problems are identified, maintenance personnel will repair any leaks that are found, and the wet materials (such as sheetrock, wood trim, or vinyl flooring) will be dried or removed. If the source of water is from spills or inadequate cleaning or ventilation, we may recommend that you take additional measures to properly control moisture in your home.

**What will happen if mold growth is identified?** If mold growth is identified, we will determine the appropriate action to take based on the type of materials involved and the extent of the mold growth. Maintenance personnel will generally clean/remove all mold affected materials, except when there is more than 30 square feet of visible mold. In such cases, a third-party mold remediation contractor will be used to assess the problem and perform all necessary remediation work consistent with applicable guidelines.

**How will maintenance personnel address mold growth?** Per current government and industry standards and guidelines, maintenance personnel will clean mold from hard/non-porous surfaces (such as vinyl, tile, metal, plastic, etc.) by scrubbing them with detergent and water or a household mold/mildew cleaner. After the cleaned areas are dry, they can be re-painted as necessary. If there is mold growth on soft or porous materials (such as sheetrock and wood trim), the affected material typically will be removed and replaced and the repaired area will be re-finished or re-painted as necessary. You may also be given instructions to follow during these activities, such as the instruction to remain out of designated work areas during cleaning or remediation work. These instructions are mandatory and are provided for the safety of both workers and occupants.

**When will mold testing or sampling be performed?** We will perform mold testing or sampling when it is deemed necessary by qualified third-party mold inspectors. Per EPA's guidelines, mold testing or sampling is usually not necessary if mold is present. This is because there are no current governmental limits or standards for acceptable levels of mold or mold spores. The appropriate steps are to stop any source of water intrusion and clean or remove the mold growth.

**What will we do after repairs are completed?** After a water or mold-related repair is completed, we will follow-up to confirm that the source of water or mold growth does not re-occur.

**PROHIBITION ON MAKING ALTERATIONS AND/OR IMPROVEMENTS IN OR ABOUT PREMISES.** Consistent with Paragraph 15 of your Lease, you are prohibited from damaging or making any alterations and/or improvements to your home, including removing or lifting flooring or trim, taking destructive samples, and making holes in the walls or ceiling. We will not be responsible for the cost of any damages you cause or alterations you make. We reserve the right to charge you for restoring your home to the condition it was in prior to any alterations and/or improvements. In addition, pursuant to Paragraph 29 of your Lease, if damage occurs to your home as a result of your actions, we reserve the right to terminate your Lease.

**RESIDENT COMPLIANCE WITH THESE GUIDELINES.** Complying with these guidelines will help minimize and properly address water damage and mold growth in your home. **IF YOU FAIL TO COMPLY WITH THESE GUIDELINES OR WITH SAFETY INSTRUCTIONS,** you can be held responsible for any damages that result and your lease may be terminated. As the occupant, you are in the best position to identify and report water leaks, excess moisture, and mold growth in your home. You acknowledge that it is your responsibility to comply with the Mold Addendum and these Guidelines and report any water leaks, excess moisture and mold growth conditions in accordance with these rules by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# MOLD ADDENDUM

I understand and acknowledge this Mold Addendum and have considered this information prior to signing the Lease Agreement.

| | |
|---|---|
| 1/17/2019 | |
| **Date** | |
| 1/17/2019 | |
| **Date** | |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:   Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:   Brittany Roberts
Name:   Brittany Roberts
Title:   LMH Representative

Version 1.0
4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## SAN DIEGO FAMILY HOUSING, LLC
## MOVE IN CONDITION FORM

| Miramar Townhomes Community | 1582 Black Eagle Dr  Unit D Address | 2 bedroom, 1 bath Type & Code | CC | F/U | Amenities | 01/18/2019-02/17/2019 Lease Term |
|---|---|---|---|---|---|---|

**Locks Checked:**

| | | |
|---|---|---|
| Front Door: | Back Door: | |
| Windows: | Patio Door: | |

**Miscellaneous Security Devices:**

**Electronic Alarm System:**

**Keys:**

**Smoke Alarm Checked:**

**Mold Growth or Water Stains Visible?**

I and/or we accept this form as part of the Lease Agreement and agree that it is an accurate account of the condition of the dwelling and any permanent damage is noted herein.  I WILL INSPECT AND FAMILIARIZE MYSELF WITH THE OPERATION OF THE SECURITY DEVICES, INCLUDING BUT NOT LIMITED TO LOCKS ON ALL WINDOWS AND DOORS.  BY INITIALING BELOW, I CERTIFY THE LOCKS ARE IN GOOD WORKING CONDITION, UNLESS OTHERWISE NOTED ON THIS FORM AND SUBMITTED TO MANAGEMENT WITHIN 48 HOURS OF MOVE-IN.

Resident Initials          Resident Initials          Resident Initials

In addition, I have inspected the premises for visible mold growth and certify there is no visible evidence of mold growth in or around the dwelling unit.

Resident Initials          Resident Initials          Resident Initials

I will examine each item listed on this form and make comments where appropriate regarding permanent defects to the Premises.  I will return the completed form within five (5) days after the later of (i) the date on which Resident takes occupancy of the Premises or (ii) commencement of the Lease.  I understand the comments I make on this form are not a request for repairs, and should repairs be needed, I will need to submit a separate request for service in writing.  I understand I will be held responsible for any conditions which are later found to exist that are not stated within this form.  Failure to include comments on this form and return it to the management office within five (5) days after the later of (i) the date on which Resident takes occupancy of the Premises or (ii) commencement of the Lease will be considered an admission that the item is in good and acceptable condition.  The Owner or Owner's representative has given me the opportunity to ask questions and make comments concerning the condition of the Premises.  In the event of more than one Resident, all inspections and explanations made by Owner, its agents, employees or legal representatives to one of the Residents shall be binding on all Residents of the Premises with the same force and effect as if where made to them personally.

I understand this form will be and is part of the Lease Agreement.

**Resident(s) Signature:**

DocuSigned by:

_____        1/17/2019
                             Date

DocuSigned by:

_____        1/17/2019
                             Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

DocuSigned by:
By:    *Brittany Roberts*
Name:  Brittany Roberts
Title:  LMH Representative

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## SAN DIEGO FAMILY HOUSING, LLC
## MOVE IN CONDITION FORM

**ITEMIZATION OF CHARGES BY OWNER**

$ _____   Amount of Deposit

| | | |
|---|---|---|
| Administrative Charge To Lease | | $ |
| Loss To Vacancy | | $ |
| Unpaid Charges:          Delinquent Rent: | | $ |
| Access Gate Card: _____   NSF Charges: | | $ |
| Late Charges: _____   Electric: | | $ |
| Fixed Cleaning Charges Per Lease Agreement | | $ |
| Description Of Items Repaired Or Replaced | | $ |
| | | $ |
| | | $ |
| MISC. Charges Due (Not Covered Above) | | $ |
| | | $ |
| | | $ |
| | | $ |
| | TOTAL CHARGES | $ |
| | | Forfeit Deposit – No Proper Notice |
| | $ _____ | |
| | Refund Due Resident Or Amount Due Owner | $ |

Date: 1/17/2019

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**SAN DIEGO FAMILY HOUSING, LLC**
**MOVE IN CONDITION FORM**

**LIVING ROOM**

Walls

Ceilings

Floors

Carpets

Drapes/Blinds

Screens

Evidence of Mold or Water Stains/Leaks

Other

**DINING ROOM**

Walls

Ceilings

Floors

Carpets

Drapes/Blinds

Screens

Evidence of Mold or Water Stains/Leaks

Other

**KITCHEN**

Cabinets

Counter Tops

Range

Oven

Vent Hood

Refrigerator/Freezer/Icemaker

Dishwasher

Walls

Ceilings

Floors

Carpets

Drapes/Blinds

Screens

Evidence of Mold or Water Stains/Leaks

Other

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## SAN DIEGO FAMILY HOUSING, LLC
## MOVE IN CONDITION FORM

**LAUNDRY ROOM**
| | |
|---|---|
| Hookups | |
| Washer In Unit | |
| Dryer In Unit | |
| Other | |

**PATIO**
| | |
|---|---|
| Door | |
| Windows | |
| Railing | |
| Storage | |
| Other | |

**YARD**
| | |
|---|---|
| Trees/Bushes | |
| Fence | |
| Sidewalk | |
| Other | |

**GARAGE**
| | |
|---|---|
| Door | |
| Remote | |
| Attic | |
| Stairs | |
| Plugs/Lighting | |
| Other | |

| BEDROOM | (MASTER) | 2nd Bedroom | 3rd Bedroom/Den | 4th Bedroom | Other |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floors / Carpets | | | | | |
| Drapes/Blinds | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

| BATHROOM | (MASTER) | 2nd Bathroom | 3rd Bathroom | 4th Bathroom | 5th Bathroom |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floors / Vinyl | | | | | |
| Counter Tops | | | | | |
| Sink / Tub | | | | | |
| Faucets | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or  Water Stains | | | | | |

**Resident Name & Apt. Number :**   Gregory Pollina , Kirenia Pollina - 1582 Black Eagle Dr  Unit D (1582D)

Resident Initials        Resident Initials        Resident Initials        Resident Initials

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**SAN DIEGO FAMILY HOUSING, LLC**
## SATELLITE DISH & ANTENNA AGREEMENT

Under a Federal Communications Commission (FCC) order, Resident has a limited right to install a satellite dish or receiving antenna on the leased Premises. Owner may impose reasonable restrictions relating to installation. Resident is required to comply with these restrictions as a condition to installing such equipment:  (Current residents with existing satellite dishes are granted exemption to this addendum.)

**Number & Size:**  Resident may only install one satellite dish or receiving antenna within the premises that are leased to Resident for Resident's exclusive use. A satellite dish may not exceed 25 inches in diameter. An antenna or dish may receive but not transmit signals; with the exception of internet service.

**Location:**  Location of the satellite dish or antenna is limited to (a) inside Resident's dwelling, or (b) in an area outside Resident's dwelling such as a balcony, patio, rear yard, etc. of which Resident has exclusive use pursuant to the lease. Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, front yard, fence, or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to Resident for Resident's exclusive use.

**Safety & Non-Interference:**  Resident's installation: (1) must comply with reasonable safety standards; (2) may not interfere with property's cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to property's telecommunications systems; and (4) may not be connected to the electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies WITHIN Resident's leased premises (such as a balcony or patio railing); or (3) any other method approved by Owner. No other methods are allowed. Owner may require reasonable screening of the satellite dish or antenna by landscaping, etc., so long as it does not impair reception.

**Signal Transmission from Exterior Dish or Antenna to Interior of Dwelling:**  Under the FCC order, Resident may not damage or alter the leased premises and may not drill holes through outside walls, door jams, windowsills, balcony railings, etc. If Resident's satellite dish or antenna is installed outside Resident's living area (on a balcony, patio, or yard of which Resident has exclusive use under Resident's lease, signals received by Resident's satellite dish or antenna may be transmitted to the interior of Resident's dwelling only by; (1) running a "flat" cable under door jamb or windowsill in a manner that does not physically alter the premises and does not interfere with the proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window – without drilling a hole through the window; (4) wireless transmission of the signal to a device inside the dwelling; or (5) any other method approved by Owner.

**Workmanship:**  For safety purposes, Resident must obtain Owner approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. A qualified person or company that has worker's compensation insurance and adequate public liability insurance must do installation. Owner approval will not be reasonably withheld. Resident must obtain any permits required by the City for the installation and comply with any applicable City ordinances.

**Maintenance:**  Resident will have the sole responsibility for maintaining Resident's satellite dish or antenna and all related equipment. Owner may temporarily remove the satellite dish or antenna if necessary to make repairs to the building; this service will be provided at no cost to the Resident.

**Removal & Damages:**  Resident must remove the satellite dish or antenna and all related equipment when Resident moves out of the dwelling. Resident must restore the leased premises to its condition prior to the installation of Resident's satellite dish, antenna, or related equipment or pay for any damages and for the cost of repairs or repainting which may be reasonably necessary.

**Indemnity:**  Resident is fully responsible for the satellite dish or antenna and related equipment.  Except to the extent of liability imposed on Owner or Agent by law, Resident agrees to defend, indemnify and hold harmless Owner and Agent, from any claims by others relating to Resident's satellite dish or antenna.  Owner may request an additional security deposit as a condition to approving the new installation of Resident's satellite dish or antenna.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

SAN DIEGO FAMILY HOUSING, LLC
## SATELLITE DISH & ANTENNA AGREEMENT

**When Resident may Begin Installation**: Resident may start installation of his/her satellite dish or antenna only after Resident has:

1. Signed this Addendum; and
2. Received written approval of the installation materials and the person or company who will do the installation by Owner.

We understand and agree to abide by the terms above.

| | |
|---|---|
| DocuSigned by: ███████████ | 1/17/2019 |
| | **Date** |
| DocuSigned by: ███████████ | 1/17/2019 |
| | **Date** |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:   Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:     *Brittany Roberts*
Name:   Brittany Roberts
Title:  LMH Representative

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

Project: Miramar Townhomes
Unit: 1582D

### PROPOSITION 65 DISCLOSURE

This Proposition 65 Warning (**"Disclosure"**) is given to ████████████ (**"Resident"**) by San Diego Family Housing, LLC (the **"Owner"**) concurrently with the attached Lease Agreement (**"Lease"**), with respect to the Premises described in the Lease.

Asbestos is a compound of natural fibrous minerals that has been used commercially because of its strength, durability, fire retarding capability and resistance to heat. A significant portion of single family homes, condominiums, town houses and apartments built before 1981 contain asbestos. If properly maintained and undisturbed, there will be little or no release of asbestos fibers into the air, and the asbestos will not pose a health risk. Disturbance of the asbestos may be caused by any procedures that may cause the asbestos to become airborne, including sanding, pounding or scraping. When inhaled, asbestos may cause cancer.

In compliance with Proposition 65, Owner wishes to advise you, the Resident of the above-described Property, that the residence you are renting may contain one or more chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

Further, Owner warns that because your residence was constructed before 1981, you may not disturb or attach anything to the walls, ceilings, floor tiles or insulation behind the walls. If any repairs need to be made to the walls or floor or ceiling tiles, you must notify Owner in writing immediately, so repairs can be made by qualified personnel.

The undersigned acknowledges that they have read and understand the foregoing warning. Should you require further information regarding Proposition 65 and the foregoing warning, you may contact the Office of Environmental Health Hazard Assessment's Proposition 65 Implementation Office at (916) 445-6900.

I Understand and Acknowledge this Proposition 65 Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"



| | 1/17/2019 |
|---|---|
| | **Date** |
| | 1/17/2019 |
| | **Date** |

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

SURROUNDING LAND USE DISCLOSURE
TO LEASE AGREEMENT

This SURROUNDING LAND USE DISCLOSURE (**"Disclosure"**) is given to ███████████████, ████████████ (**"Resident"**) by San Diego Family Housing, LLC (**"Owner"**), concurrently with the Lease between Owner and Resident (the **"Lease"**) with respect to the Premises described in the Lease.  Any capitalized terms not otherwise defined herein shall have the meanings as set forth in the Lease.

Resident acknowledges and understands that (a) the Department of the Navy has arranged for an outside consultant to perform an Environmental Baseline Survey and Environmental Condition of Property Report for the Property and a Finding of Suitability to Transfer/Lease the Property, (b) Owner has arranged for an outside consultant to perform Phase I Environmental Site Assessments of the Property, (c) Owner has not undertaken any investigation or inspection of the property with regard to environmental matters, other than reviewing these reports, (d) Owner is relying solely on the environmental reports prepared by outside consultants and referenced herein as the only investigation and inspection undertaken by the Owner with regard to these matters, and (e) these documents include an assessment of potential impacts to the Property, including, without limitation, potential impacts arising from the presence of identified environmental conditions on and around the Property and/or possible unexploded ordnance on surrounding properties, and are available for Resident's review at the Agent's office listed on the Lease.

NAVAL AMPHIBIOUS BASE CORONADO:

*Installation Restoration Program Sites* - There are six Installation Restoration Program (**"IRP"**) sites located at the Naval Amphibious Base Coronado (**"NAB Coronado"**), two of which are within 1500 feet north of the housing area. The sites were established to address potential contamination resulting from historic maintenance and repair activities involving sea vessels, land vehicles, amphibious landing vehicles and amphibious construction equipment. Contaminants of concern are diesel fuel, gasoline, lubricants, motor oils, thinners, solvents and paints.  Located within 2,000 feet northeast of the housing area are two additional IRP sites, including an historic disposal and burn area and sandblast grit disposal area, which are being investigated as a source of watershed contamination from waste oils, fuels, solvents, and small arms ammunition.  Potential chemicals of concern for these types of sources include metals, tributyltin, polycyclic aromatic hydrocarbons (**"PAHs"**) and polychlorinated biphenyls (**"PCBs"**).

*Potential Shoreline Contamination* – Shoreline sediments along San Diego Bay may have been affected by historic activities in and around San Diego Bay.  Contaminants of concern throughout San Diego Bay include chlordane, copper, mercury, tributyltin, zinc, PAHs and PCBs.  No studies to date have adequately addressed the impact of San Diego Bay contamination on the shoreline of NAB Coronado.

MARINE CORPS AIR STATION MIRAMAR:

*Surrounding Sites* -- An off-site fuel release from the Scripps/Miramar Car Wash, near the intersection of Kearney Villa Road and Miramar Road has caused groundwater contamination with the potential to affect the Northeast corner of Miramar Family Housing nearest the car wash.  A preliminary study by the Navy has recommended further investigation.

NAVY BASE VENTURA COUNTY – POINT MUGU:

*Gas Mask Training Area* - A former Gas Mask Training Area ("GMTA"), also known as UXO Site 04, was located between the housing areas managed by the Owner at Point Mugu.  The 30-acre area is located just south of Santa Cruz and Anacapa and just north of San Miguel.  The GMTA was in use from 1943 until 1945.  Training agents and chemicals used at the GMTA included blister agents, choking agents, and tear compounds.

Environmental conditions at the GMTA have been under investigation since 1995. A 2004 Geophysical Survey and a 2010 Extended Site Inspection resulted in the identification of 23 subsurface anomalies suspected to be buried chemical agent containers.  Twenty of these anomalies were uncovered, and no indications of chemical agent debris were discovered. However, the possible presence of chemical agent containers could not be eliminated due to limitations in technology. Consequently, in 2013, the Navy developed a Proposed Plan, which later integrated into a May 2014 Record of Decision ("ROD") for the GMTA. The ROD institutes various land use controls for the GMTA, including, but not limited to, the following:

- A prohibition on excavating at depths greater than one foot below ground surface without a dig permit, geophysical survey, and development of procedures for anomaly avoidance.
- The posing of warning sides along the perimeter of the site and at key access points to restrict digging.
- Public education for PPV tenants and local emergency responders regarding chemical agents and the health hazards they pose.
- Annual monitoring and five-year reviews to ensure the effective implementation of land use controls.

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

Accordingly, Owner warns Resident that the above described conditions could present potential risks to human health if exposure occurs. Resident should refrain from digging or disturbing the soil in the GMTA, and should report any suspicious canisters or debris to the Naval Base Ventura County (NBVC) Navy Housing Director at 805-982-5459. The NBVC Navy Housing Director will then contact Base Environmental to respond. Base Environmental should not be contacted directly.

[Signatures Appear on Following Page]

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

I Understand and Acknowledge this Surrounding Land Use Disclosure and have considered this information prior to signing the Lease Agreement.

_____     1/17/2019
                                             **Date**

_____     1/17/2019
                                             **Date**

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:   Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:     _____
Name:   Brittany Roberts
Title:  LMH Representative

6

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**ORDNANCE DISCLOSURE ADDENDUM TO LEASE AGREEMENT**

This Ordnance Disclosure ("**Disclosure**") is given to ████████████████ ("**Resident**") by San Diego Family Housing, LLC ("**Owner**") concurrently with the Lease between Owner and Resident ("**Lease**") with respect to the Premises described in the Lease and located on or near a military base ( the "**Base**").

THE PREMISES IS LOCATED WITHIN (1) MILE OF ACTIVE OR FORMERLY ACTIVE ORDNANCE LOCATIONS.

Resident acknowledges and understands that, as disclosed in the Environmental Baseline Surveys ("**EBS**") conducted by the Department of the Navy, for the Marine Corps Air Station Miramar Military Family Housing Area, Murphy Canyon Heights and Mira Mesa Ridge Family Housing Area ("the **Property**"), the Army Corps of Engineers' Range Identification and Preliminary Range Assessment For Marine Corps Air Station Miramar, the Installation Restoration Management Plan for Naval Amphibious Base Coronado, the Environmental Condition of Property Report ("**ECP**") for Naval Weapons Station Seal Beach, Detachment Fallbrook, active and former ordnance locations are located within (1) mile of the Premises.

An "ordnance" is defined as ammunition, ammunitions components, or explosives that have been abandoned, expelled, lost, discarded, buried or fired. A former Federal or State ordnance location is an area identified by an agency or instrumentality of the Federal or State government as an area once used for military training purposes and which may contain potentially explosive munitions. An active ordnance location is an area that is still being used for such purposes.

The active or former ordnance locations in the vicinity of the Premises include, as follows:

(a) **Range E:** Tank Course and Combat Firing Range – Based on an historical map dated 1941, the Tank Course and Combat Firing Range was located to the east of the Miramar family housing areas, with its western end being east of Kearney Villa Road. According to the EBS, a typical range of this type would be designed primarily for tank units to fire both percussion and battle sight engagement with the main gun, secondary gun, and machine guns simulating actual combat.

(b) **Range D:** .30 Caliber Machine Guns, Maneuver, Combat and Marksmanship Range – Based on an historical map dated 1941, the .30 Caliber Machine Guns, Maneuver, Combat and Marksmanship Range was located to the southeast of the Miramar family housing areas, with its western end along Kearney Villa Road. According to the EBS, general types of munitions used were small arms including Caliber .30, .45 and .50 munitions.

(c) **Rifle Ranges** – Several small arms ranges were formerly located to the southwest of the Miramar housing areas, the nearest being about 1,400 feet south of Area A Housing (with addresses in the 1400s) in the vicinity of Jupiter Road. According to the EBS, the general types of munitions associated with these ranges would have been low caliber small arms munitions.

(d) **Chemical Warfare Area** – A former 1.5 acre Chemical Warfare Area was identified in a 1947 historical map located southwest of Miramar housing areas. The Chemical Warfare Area was apparently in operation for only a short time, having been converted to a supply yard by 1949. The site is approximately 1,250 feet south of Area A Housing (with addresses in the 1400s) in the vicinity of Jupiter Road. A study conducted by the Navy found no further documentation of chemical use or storage in the area.

(e) **Linda Vista Valley Auxiliary Landing Field** – A formerly used defense site, listed as the Linda Vista Valley Auxiliary Landing Field, is located approximately one-half mile southwest of the Mira Mesa Ridge Family Housing Area. The property was reported to have been used as a land field and dive bombing practice facility during World War II. The site has been under investigation by the U.S. Army Corps of Engineers as a potential unexploded ordnance site.

(f) **Camp Elliot** – The area of Murphy Canyon Heights housing community was a part of Camp Elliot, a firing range used by the U.S. Marine Corps from approximately 1941 to 1944. According to the EBS, in 1984 U.S. Navy and Marine Corps personnel conducted a visual sweep of 326 acres and an electronic sweep of 13.4 acres in the vicinity of Murphy Canyon housing. In 1990 through 1994, the U.S. Army Corps of Engineers hired a contractor to conduct clearance sweeps of 1,904 acres, including the undeveloped areas surrounding the Murphy Canyon housing.

(g) **NAB Coronado Installation Restoration ("IR") Site 5** – According to the Navy's Site Management Plan for Naval Amphibious Base ("**NAB**") Coronado (September 2002), IR Site 5 is an unexploded ordnance site. Located in the southern part of NAB Coronado, IR Site 5 is approximately 1,000 feet north-northwest of Silver Strand I housing, 3,000 feet north-northwest of Silver Strand II housing, and 4,000 feet south-southeast of Rendova Court. IR Site 5 consists of dredged fill material that was deposited along the east site of NAB Coronado to create

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**ORDNANCE DISCLOSURE ADDENDUM TO LEASE AGREEMENT**

approximately 26 acres of space. During the dredging, it was discovered that unexploded ordnance was contained in the fill material. The Navy and the United States Fish and Wildlife Service have used the area to establish a preserve for the California least tern. The site is fenced and access is prohibited to the public.

(h) **Fallbrook IR Site 33** – According to the Navy's ECP prepared for Detachment Fallbrook, IR Site 33, located approximately 300 meters north/northwest of Fallbrook family housing, was the disposal site of approximately 10,000 cubic yards of material from 1952 until 1960, including metal banding, ammunition cans and clips, electronic parts, inert missile parts, powder cans, tires, and a small amount of smokeless powder. Wildfires in 2002 and heavy rains in 2003 revealed the presence of munitions and explosives of concern, including 20-millimeter and 40-millimeter rounds and blasting caps. During a Preliminary Assessment in 2005, a 25-lb. bomb, a 3-lb. pyrotechnic bomb, an MK76 practice bomb, 2.36-inch anti-tank rockets and other projectiles were recovered at the site.

(i) **Point Mugu Gas Mask Training Area** – A former Gas Mask Training Area ("GMTA"), also known as UXO Site 04, was located between the housing areas managed by the Owner at Point Mugu. The 30-acre area is located just south of Santa Cruz and Anacapa and just north of San Miguel. The GMTA was in use from 1943 until 1945. Training agents and chemicals used at the GMTA included blister agents, choking agents, and tear compounds.

While the chances of encountering old shells, mortars, munitions and other types of ordnances are slim, Residents should be aware of any type of old metal containers that may be found in the area. Residents should be aware that regardless of age, an ordnance retains its explosive potential. These items may even become more sensitive over time and detonation could occur with the slightest touch. Encourage everyone on the Base to report any suspicious items found in the area to local authorities. If suspicious items are found, all Residents should remember the following:

- DO NOT TOUCH
- Mark the location with something visible
- Report to someone in authority
- Call 911

It is important that children and adults who reside on the Base be aware of the possibility of finding explosive ordnance within the area.

I understand and acknowledge this Ordnance Disclosure and have considered this information prior to signing the Lease Agreement.

| | |
|---|---|
| DocuSigned by: ▇▇▇▇▇▇▇▇▇ | 1/17/2019 |
| ▇▇▇▇▇▇▇ | **Date** |
| DocuSigned by: ▇▇▇▇▇▇▇▇▇ | 1/17/2019 |
| | **Date** |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: _DocuSigned by:_ Brittany Roberts
Name: Brittany Roberts
Title: LMH Representative

7062600
**Error! Unknown document property name.**

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

ADDENDUM TO LEASE AGREEMENT
(UDEFT)

1. **COMMUNITY.** Miramar Townhomes

2. **PREMISES LOCATION.**  Address Specified on Page 1 of the Lease

   _____

   _____

3. **LEASE DESCRIPTION.**

   A.    Lease date: Refer to the Lease Commencement Date on Page 1 of the Lease

   B.    Residents *(list all residents):* ███████████████████

   C.    Owner:  SAN DIEGO FAMILY HOUSING, LLC

4. **Unit Diary Entry Electronic Funds Transfer (UDEFT).**

   A.    Notwithstanding anything to the contrary in the Lease, in addition to the "Allotment Option" and the "Direct Payment Option" under Section 5 of the Lease, Resident may also elect the "UDEFT Option" provided below.

   B.    The first full paragraph of Section 5 of the Lease is hereby amended by deleting the word "allotment" in each place it appears and inserting the words "allotment or UDEFT" in its place.

   C.    Section 5 of the Lease is hereby amended by inserting the following text immediately after the second full paragraph (entitled "Allotment Option"):

   UDEFT Option:   Resident agrees to have Resident's BAH converted into a UDEFT payable to Owner. Resident is responsible for paying all rent and charges due until the UDEFT has commenced. UDEFT will be verified through Resident's Leave and Earning Statement (the "LES"). If Resident is not receiving Resident's BAH at the time of entering into this Lease, payment is not due until the date the Resident receives it, but Rent is owed from the Commencement Date of this Lease. The UDEFT will be automatically increased/decreased when increases/reductions occur to the senior service member Resident's BAH rate. It is Resident's responsibility to confirm the UDEFT reflects any changes in Resident's BAH rate.  Resident shall execute all required documents that are necessary to make monthly payments ("UDEFT") equal to the amount set forth in Box 5 on Page 1 of this Lease (as may be modified by Box 13 on Page 1 of this Lease) at Lease signing and agrees to take no action to terminate such UDEFT without making arrangements with Owner.  If Resident's UDEFT is terminated while Resident is still in possession of the Premises without written permission from Owner, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.

   _____
   **(Sign here to accept this option)**

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## ADDENDUM TO LEASE AGREEMENT
### (UDEFT)

"RESIDENT"

| | |
|---|---|
| DocuSigned by: [REDACTED] | 1/17/2019 |
| 8AB021A8B01D428... | **Date** |
| DocuSigned by: [REDACTED] | 1/17/2019 |
| | **Date** |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:   Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:      _Brittany Roberts_
Name:   Brittany Roberts
Title:   LMH Representative

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**Addendum to Lease Agreement**
**Executive Home Lease Termination Agreement**

Community: <u>Miramar Townhomes</u>

Address: <u>Address Specified on Page 1 of the Lease</u>

Absent extraordinary, special situations (as approved in writing by the Owner (Managing Member **and** Member)), Resident shall terminate the Lease and vacate the Premises on the earlier of the following:

    a.   The Flag or General Officer's effective date of Retirement from Active Duty.

    b.   No more than ten days after relinquishing the Officer's billet if he/she is not ordered for permanent change of station to a successive assignment within the Department of Navy Region.

    c.   The date on which the Owner or Resident terminates this Lease (or the date on which this Lease expires by its own terms, as applicable) pursuant to the terms and conditions set forth in the Lease, including but not limited to Sections 3, 28, 29 and 30.

"RESIDENT"

| | | |
|---|---|---|
| ████████████████████ | 1/17/2019 | |
| | Date | |
| ████████████████████ | 1/17/2019 | |
| | Date | |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:   Brittany Roberts
Name: Brittany Roberts
Title:  LMH Representative

4826-7713-2879.11

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

**ASSISTIVE ANIMAL ADDENDUM**

**Policies and Rules of Conduct for Assistive (Including Companion) Animals for Persons with Disabilities**

This Addendum is made part of the Lease Agreement (the "Lease") executed between San Diego Family Housing, LLC (referred to as "Owner") and _____ (referred to as "Resident") with respect to the Premises described in the Lease Agreement.

The resident will be responsible for any damage or injury caused by the animal(s), but NO PET DEPOSIT, ADDITIONAL SECURITY DEPOSIT OR PET RENT WILL BE CHARGED. The goal of these policies is to provide a pleasant and safe environment for residents with dis-abilities, the animals, and the other residents of the community.

**Selection Criteria**

All animals must be viewed by management prior to, or contemporaneous with, first occupancy at the premises or first entry of the animal. The landlord reserves the right to limit the cumulative number of animals permitted by this agreement. Evidence of licensing, vaccinations and/or certifications, if legally applicable, must be provided initially and up-dated annually.

The following types of animals will be allowed: Dogs, cats, birds, fish, turtles, reptiles, rabbits, hamsters or similar rodents (unless the particular animal has a history of dangerous or aggressive behavior or is poisonous or illegal). Any other animal will be considered on a case by-case basis, subject to applicable law.

**Rules of Conduct**

1. The Resident must not allow the animal to roam freely outside the resident's unit. The animal must be kept inside the resident's unit unless it is on a leash, harness or in a cage or carrier. (Please note that use of an "electronic leash" is not sufficient for purposes of compliance with this rule. The animal must be on a physical leash, harness or other physical restraint.)

2. The animal must not be left alone, tied or chained in the common area or any balcony or patio.

3. The Resident shall keep the animal under control at all times so it does not disturb others with noise, or cause physical impact or perceived threat of impact to others.

4. Animals left unattended or improperly cared for will be reported to the authorities.

5. The Resident must clean up after the animal immediately (including prompt and proper disposal of waste and cleaning up any marks or damage done by the animal in common or exclusive use areas). Do not dispose of cat litter, cage waste or shavings in toilet

6. Care should be taken that the animal's food or water does not attract pests.

7. The Resident must keep fleas and ticks under control for the safety of the animals, as well as other residents.

8. IF AN ANIMAL BECOMES A DANGER TO THE HEALTH AND SAFETY OF OTHER RESI-DENTS, MEMBERS OF ON-SITE STAFF, OUTSIDE VENDORS, MAIL CARRIERS, ETC., IT MUST BE PERMANENTLY REMOVED FROM THE COMMUNITY. After removal of a problem animal, alternative reasonable accommodations will still be considered.

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## ASSISTIVE ANIMAL ADDENDUM

9. If an animal becomes a nuisance to other residents, the Resident will be given an opportunity to resolve the nuisance behavior. If not resolved, the animal must be permanently removed from the community. After removal, alternative reasonable accommodations will still be considered.

We are happy to reasonably accommodate our residents' disability-related needs so that they may experience full enjoyment and use of their homes. We have established these rules to ensure that the tenancy of all persons in our community will be as pleasant as possible. To that end:

1. Resident hereby agrees to follow these and any other reasonable rules which may be promulgated by management from time to time.

2. Resident affirms that he/she is not aware of any incidents of biting and/or dangerous or aggressive behavior by the assistive/companion animal.

   Resident agrees that any dog bite or other injury event is cause for immediate removal of the assistive/companion animal.

DocuSigned by: ████████████    1/17/2019
████████████████████████        **Date**

DocuSigned by: ████████████    1/17/2019
████████████████████████        **Date**

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By:     DocuSigned by: _Brittany Roberts_
Name:   Brittany Roberts
Title:  LMH Representative

**NAVY RESIDENT ENERGY CONSERVATION PROGRAM (RECP) ADDENDUM**

This will serve as an Addendum to the Lease dated 01/17/2019, between San Diego Family Housing, LLC ("Owner"), and ████████████ ("Resident"), regarding property located at 1582 Black Eagle Dr Unit D, (the "Premises").

1. **Resident Responsibility.** The U.S. Department of Defense ("DoD") encourages increased energy efficiency in privatized military housing by incentivizing residents to reduce their utility usage. In furtherance of DoD's policy, the Department of the Navy ("DoN") has requested that the Owner implement the RECP, and the Owner and the DoN have agreed to implement such RECP. To this end, residents living in Navy privatized housing will receive a monthly statement of electricity or gas usage, or both throughout the term of the Lease. Resident shall be responsible for payment of utility charges at the Premises that exceed the monthly utility Normal Usage Band described in paragraph "2" of this Addendum. This responsibility shall continue throughout the term of the Lease. Wounded Warrior (WW) program enrollees are exempt from the RECP program contingent upon a resident request for exemption and validation of their enrollment in their respective Service program. Registered Exceptional Family Members (EFM) and other military family members who consume significant amounts of electricity as a direct result of their unique circumstances may request a waiver from participation in the RECP.

2. **Establishing Monthly Utility Normal Usage Band.** Every month Owner will use metered utility data collected from occupied homes to calculate the average monthly electric and gas (if applicable) utility costs for like-type groups of homes ("Average Monthly Usage"). The Average Monthly Usage will be used to establish the Baseline of the Normal Usage Band described below. Once the Normal Usage Band is created it will represent the normal range of expected electric and gas utility costs for each like-type group. Residents whose utility charges for a particular month fall within the Normal Usage Band will not incur additional payments or be eligible for any rebates for such month. Residents who consume less than the Normal Usage Band will receive rebates equaling the difference between their actual electric or gas utility costs and 90% of the Average Monthly Usage. Residents who consume more than the Normal Usage Band will be required to pay the difference between their actual electric or gas utility costs and 110% of the Average Monthly Usage.

   a. The Premises are grouped with other similar or comparable homes in a like-type group for establishing the Average Monthly Usage and Normal Usage Band.

   b. Like-type groups are established using criteria that will ensure that homes in the like-type groups have comparable energy efficiencies. The basic criteria include the following: neighborhood in which the home is located; size of the home in terms of the number of bedrooms and/or square footage; and year of construction or modernization. Other considerations may include the type of heating or air conditioning system, types of utilities used, the type of foundation (slab on grade, footings, etc.), or structure type (single family home, duplex, triplex, etc.).

   c. The Average Monthly Usage is calculated by taking the sum total of charges of all eligible homes in the like type group and dividing by the total number of eligible homes as defined in Section 2.d. Each resident's utility charges are calculated for electric and gas based upon the number of kilowatt hours (kWh) of electricity or therms of gas consumed during the month multiplied by the current utility provider's rates (electric or gas). A buffer of 10% will be applied above and below the like type group average to create the Normal Usage Band.

   d. Only homes occupied during the entire utility billing period will be used in calculating the Average Monthly Usage. Homes with the highest 5% and lowest 5% of electric or gas utility usage within the like-type group will not be used in calculating the Average Monthly Usage. However, the Owner reserves the right to calculate the average using all homes in the like-type group, including the highest and lowest 5% of users when the like-type group consists of a small number of homes (i.e., fewer than 20 homes). In addition, Owner will eliminate units with plug-in hybrid and/or electric vehicles that require charging. Residents shall notify Owner in writing if they own a plug-in

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

hybrid and/or electric vehicle that requires charging. In addition, Owner reserves the right to eliminate units with other "non-housing"  usage for hot tubs, kilns, or other similarly unusual and energy intensive uses, from the calculation of the Average Monthly Usage. Notwithstanding that their electric or gas usage is not used in calculating the Average Monthly Usage, Residents of homes with the highest 5% and lowest 5% of electric or gas usage, Residents who own plug-in hybrid and/or electric vehicles that require charging, and Residents excluded from average calculations for other unusual and energy-intensive uses will be responsible for their electric and gas usage under the RECP and may owe a payment or receive a rebate.

e.   If Resident leases the Premises for only a portion of the month the RECP will not apply for that month.

3.   **Electric Vehicle Notification.**  Residents who possess in their home a passenger plug-in hybrid vehicle(s), or a passenger electric vehicle(s), that is required to be electrically charged, must inform the Property Manager immediately in writing upon bringing or storing that vehicle at the Premises.

4.   **Rebates**.

a.   Each month Residents will receive a rebate if their electric or gas utility charges are less than the lower end of the monthly Normal Usage Band. The amount of the rebate will be calculated by subtracting the total charges shown on the Resident's utility statement from 90% of the Average Monthly Usage. The amount of the rebate will be shown on the Resident's subsequent monthly utility statement.

b.   If the rebate amount is $25 or less, the rebate will be carried forward as a credit on the Resident's ledger account. If the rebate amount is greater than $25, Resident will be issued a check unless Resident elects in this Addendum, by marking/initialing "Yes" below, to carry all rebate amounts forward as a credit to offset payments due in future months.

Resident elects to carry forward rebate amounts as credits:

Yes   X    No _____                    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
                                          (Initial)        (Initial)

If Resident elects to carry forward rebate amounts above, Resident may alter this election once every six (6) months by submitting a written request to the Owner for payment of credit balances in excess of $25. All credits in excess of $25 will be refunded within 30 days of receipt of a written request. Only those credits available as of the date of Resident's written request will be refunded to Resident. Resident's election to carry forward rebate amounts will continue to apply for credits available after the date of Resident's written request, until such time as Resident submits another written request for credit refund to Owner.

c.   For those Residents who marked/initialed "No" above and thereby are not electing to carry forward rebate amounts as a credit on the Resident's ledger account, all Rebate checks will be issued to the Resident within 21 days of the date of the monthly utility statement for which that credit was earned.

d.   After a Resident terminates his or her lease and vacates the housing unit, the Owner will refund all accrued credit balances for that Resident within 21 days after the statement date of the final billing (i.e., the utility statement in the month immediately after the Resident vacates the housing unit).  In such event, the check for the credit balance shall be sent to the Resident's forwarding address.  Expired credit rebate checks will be reissued once to the Resident upon request.

5.   **Charges.**

a.   If Resident's utility charges are more than the upper limit of the monthly utility Normal Usage Band, Resident shall pay the amount above the monthly utility Normal Usage Band.  The amount of the payment will be calculated by subtracting 110% of the Average Monthly Usage from the

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

total charges shown on the Resident's monthly statement, taking into account any credits Resident may have accumulated. The amount due will be shown on Resident's monthly utility statement.

b. If the amount owed is less than $25, the balance will carry forward on the Resident's ledger account.  Once the balance owed reaches $25 or more, Resident has 21 days from the statement date to pay the balance due.

c. If a check for payment of excess electric or gas utility charges is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00 which shall be deemed additional Rent. If two (2) checks are returned by the bank for insufficient funds, all future payments must be paid by cashier's check, certified check or money order only. Acceptance of any late or partial payments or waiver of any charges is not a waiver of Owner's right to enforce other terms of this Addendum or the Lease. Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's returned check payment.

d. If a Resident fails to pay the balance (once it exceeds $25.00) by the due date, Resident's balance will be assessed a late fee for each month payment is past due until the balance is paid in full.  Any late fees owed by Resident will appear on Resident's monthly utility statement. Further, an updated schedule of applicable late fees can be found at www.lincolnrecp.com. Resident may receive a total of four (4) delinquency notices starting with the next month's utility statement.  This statement will show current charges and, if applicable, will indicate the past due amount and late fees.  Additionally, separate delinquency notice letters will be sent to the Resident within sixty (60) days of the original payment due date.  If Resident fails to pay the balance due within 90 days after becoming first due and payable, such failure will be treated as a failure to pay Rent, and Owner may exercise any remedies provided for under the Lease and/or applicable law.

e. All amounts owed must be paid at Lease termination as part of the termination/vacating process. If Resident fails to pay the balance due at Lease termination, Owner may exercise any remedies provided for under the Lease and/or applicable law.

6. **Owner's Right to Amend Addendum And Resident's Limited Right to Terminate Lease.**

a. The Owner reserves the right to amend this RECP Addendum with concurrence from the Department of Navy, by providing the Resident with at least 90-days prior written notice of each amendment. Amendments to the RECP Addendum may include any change to the RECP, including but not limited to provisions addressing the Normal Usage Band, Rebates and Charges. The amendments to this Addendum will be incorporated by reference into the Lease. Resident understands and agrees that the Owner's right to amend this Addendum is a material condition upon which the Owner and the Resident each reasonably relies prior to entering into this Lease.

b. After the Owner provides the Resident with 90-day written notice of its intent to amend the RECP Addendum, the Resident may choose to terminate the Lease, without incurring an early termination fee, by giving the Owner at least 28-days written notice prior to the implementation of the amendment to this Addendum. Resident acknowledges and agrees to accept all amendments to this Addendum where the Resident fails to provide the Owner with timely written notice of the intent to terminate the Lease. In consideration of the Owner's agreement to enter into this Lease, the Resident expressly and voluntarily acknowledges and understands that the Resident's right to terminate the Lease herein is the Resident's SOLE AND EXCLUSIVE REMEDY for any objection to any proposed or implemented amendment by Owner to the RECP Addendum pursuant to the terms of this Addendum. The Resident further expressly, knowingly, and voluntarily agrees that the Resident shall not be entitled to any other claim, cause of action, damage, or any other remedy against the Owner, its agents, or anyone else for any proposed or implemented

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

amendment to the RECP Addendum pursuant to the terms of this Addendum. The Owner and Resident further agree that the limitation concerning Resident's sole and exclusive remedy above regarding objections to any amendments to the RECP Addendum shall survive the expiration, termination, or cancellation of the Lease.

"RESIDENT"

| | 1/17/2019 |
|---|---|
| | Date |

| | 1/17/2019 |
|---|---|
| | Date |

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By:  Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: _Brittany Roberts_

Name: BRITTANY Roberts

Title: LMH Representative

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## Statutory Notice and Disclosure of Bed Bug Information
### Addendum to Lease Agreement

We are providing you with this statutory disclosure in accordance with California Civil Code §1954.603. This notice contains general information about bed bugs along with the procedure that you must follow to report suspected infestations to Owner.

**Bed Bug Appearance**: Bed bugs have six legs. Adult bed bugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden.

**Life Cycle and Reproduction**: An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days.

Bed bugs can survive for months without feeding.

**Bed Bug Bites**: Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.

Common signs and symptoms of a possible bed bug infestation:

- Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.
- Molted bed bug skins, white, sticky eggs, or empty eggshells.
- Very heavily infested areas may have a characteristically sweet odor.
- Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.

For more information, see the Internet Web sites of the United States Environmental Protection Agency (https://www.epa.gov/bedbugs) and the National Pest Management Association (http://www.npmapestworld.org/).

8971177.2

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

If you find or suspect a bed bug infestation, please notify Owner immediately and describe any signs of infestation so that the problem can be addressed as soon as possible.

The procedure to report suspected infestations to Owner is as follows:

To report suspected bedbugs, call the Lincoln At Your Service Call Center at (888) 578-4141. The Call Center is open 24 hours per day to facilitate routine and emergency maintenance requests. You may also contact your local Lincoln Military Housing District Office during normal business hours.

Please acknowledge receipt of this Statutory Notice and Disclosure of Bed Bug Information by signing below.



| | 1/17/2019 |
|---|---|
| | **Date** |

| | 1/17/2019 |
|---|---|
| | **Date** |

SAN DIEGO FAMILY HOUSING LLC, a California limited liability company
By:  Lincoln Military Property Management LP,
     a Delaware limited partnership , its authorized agent

By:        *Brittany Roberts*
Name:      Brittany Roberts
Title:     LMH Representative
Date:

8971177.2

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

## ASSUMPTION OF RISK, WAIVER AND RELEASE OF LIABILITY

I, _____ (hereafter, "Participant", which term includes minor Participant's parent or legally-appointed Guardian) desire to participate in any or all programs, events and/or activities sponsored, organized by or affiliated with San Diego Family Housing, LLC. or one of their affiliates (individually or collectively, "Lincoln Military Housing"), whether occurring on or off any property owned and/or operated by Lincoln Participant is a minor, Participant's parent or legally-appointed Guardian acting on Participant's behalf) has agreed to execute this Assumption of Risk, Waiver and Release of Liability (the "Release").

1.  I acknowledge that participating in the Activities involves certain inherent risks, dangers and hazards, including the risk of serious injury, permanent disability, severe social and economic losses or death, due not only to Participant's own actions, inactions or negligence, but also the actions, inactions or negligence of others or the conditions of the premises or of any equipment used in the Activities. Further, I acknowledge that Participant is familiar with the safe operation and use of any equipment that may be utilized in connection with the Activities, and Participant will not undertake to use any equipment with which he/she is unfamiliar or which he/she does not know how to operate safely I further understand that any equipment utilized in connection with the Activities is used at Participant's own risk and that any such equipment is provided without any warranty about its condition or suitability.

2.  Knowing the risks involved in participating in the Activities, Participant agrees to assume all such risks, whether known or unknown, as well as any other risks involved in participating in the Activities or participating in any other program, event or activity sponsored by or involving Lincoln Military Housing. Participant further agrees not to engage in activities that are beyond his/her ability. If Participant is injured during the Activities, I authorize any physician licensed in the state where the injury occurred to perform such emergency treatment as he or she believes, in his or her sole judgment, may be necessary. I understand that Lincoln Military Housing is not responsible for costs incurred for medical care.

3.  I, on behalf of myself, my personal representatives and my heirs, hereby voluntarily release, waive, discharge and covenant not to sue Lincoln Military Housing, together with their affiliates, directors, managers, employees, agents and representatives, and, if applicable, owners, lessor and lessees of the facilities and/or premises used during the Activities, as well as any and all other persons or entities that might have any liability whatsoever to Participant (collectively, the "Released Parties"), from and against any and all damages, actions, claims, demands, losses and liabilities, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, relating to or arising from any activity, occurrence or event involving the Activities or Lincoln Military Housing, including, but not limited to, damages, actions, claims, demands, losses and liabilities arising from or related to the negligence of the Released Parties.

4.  I agree to release, indemnify, hold harmless and defend Lincoln Military Housing and each of the other Released Parties from and against any loss, damage, liability and expense, including costs and attorneys' fees, incurred by Lincoln Military Housing or any of the other Released Parties as a result of Participant's participation in the Activities or in any other activity sponsored or organized by or involving Lincoln Military Housing.

5.  In the event that I file a lawsuit against Lincoln Military Housing, I agree to do so solely in the state in which I reside, and I further agree that the substantive state law shall apply in that action without regard to the conflict of law rules of that state. I agree that, if any term or provision of this Release shall be held illegal, unenforceable, or in conflict with any law governing this Release, the validity of the remaining portions of this Release shall not be affected and shall remain in full force and effect.

6.  Lincoln Military Housing reserves the right to use any photograph taken during the Activities or in connection with any other activity involving Lincoln Military Housing in Lincoln Military Housing's promotional materials, brochures and website and for any other lawful purposes. I hereby grant permission to Lincoln Military Housing to use Participant's name and photographic likeness in all forms for such purposes.

**I HAVE READ THIS RELEASE, AND BY EXECUTING BELOW, IAM ASSUMING ANY AND ALL RISKS INHERENT IN PARTICIPATING IN THE ACTIVITIES. I HAVE SIGNED THIS DOCUMENT OF MY OWN FREE ACT AND I AGREE TO BE FULLY BOUND BY ITS TERMS.**

| **THIS RELEASE IS A BINDING LEGAL CONTRACT, PLEASE READ IT CAREFULLY BEFORE SIGNING** |
| :---: |
| ***Please print all of the required information legibly*** |

<u>TO BE EXECUTED BY ALL PARTICIPANTS WHO ARE 18 OR OLDER AT TIME OF SIGNING THIS WAIVER:</u>

| Signature of Participant | Date | Printed Name of Participant | Address of Participant |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮ | 1/17/2019 | ▮▮▮▮▮▮▮▮▮▮ | Eagle Dr  Unit D |
| ▮▮▮▮▮▮▮ | 1/17/2019 | ▮▮▮▮▮ | 1582 Black Eagle Dr  Unit D |
| | | | 1582 Black Eagle Dr  Unit D |
| | | | 1582 Black Eagle Dr  Unit D |
| | | | 1582 Black Eagle Dr  Unit D |
| | | | 1582 Black Eagle Dr  Unit D |

DocuSign Envelope ID: E7BBF14B-DAD9-4E31-9AD7-1766C2607844

# STAFF SGT. SILLS SAYS:



## "Welcome to Your New Home!"

We want you and your family to be happy in your new home. Even more importantly, we want you to be safe, starting with your windows. Windows let you keep an eye on the weather – and the world. They let in the cool breezes and keep out the cold blasts. Additionally, they can be an important alternative escape route in case of a fire. But windows can also be a safety hazard to your kids. To prevent them from falling out of windows, it's important to keep these simple safety rules in mind at all times.

- Always watch your kids at play.

- Close and lock all windows within kids' reach.

- Keep anything kids can climb on away from windows.

- Window screens keep bugs out, NOT kids in.

- In case of emergency, be sure windows are not blocked and can be opened easily from the inside.

- Have an emergency escape plan that every family member knows.

## MEET STAFF SGT. SILLS

Throughout his career, Staff Sgt. Sills has had one mission: helping to keep military families safe at home. His specialty is windows and in this packet he's included a refrigerator magnet with these important safety tips. From time to time, he'll be sending e-mails out with the latest intel, so keep an eye on your inbox. Meanwhile, enjoy your new home and stay safe.



**Window Watch**
Stand watch for window safety.



LINCOLN MILITARY HOUSING
*Every Mission Begins at Home®*

# Exhibit 5

# ArcGIS Web Map



1/26/2020, 11:03:38 PM

1:144,448

| 0 | 1 | 2 | | 4 mi |
| 0 | 1.5 | 3 | | 6 km |

Esri, HERE, Garmin, (c) OpenStreetMap contributors, and the GIS user

Surface Management Agency             Department Of Defense (DOD)          US Forest Service (USFS)

Alaska Native Allotment                    Bureau of Land Management (BLM)     US Fish and Wildlife (USFW)

Alaska Native Lands (Patented or Interim Conveyed)   National Park Service (NPS)

Web AppBuilder for ArcGIS

BLM Energy, Minerals & Realty Management  | Compiled by the Bureau of Land Management (BLM), National Operations Center (NOC), OC-530. | Bureau of Land Management | Compiled by the Bureau of Land Management (BLM), National Operations Center

# ArcGIS Web Map



1/26/2020, 11:04:47 PM

BLM Administrative Unit Other Boundary

BLM Administrative Unit Field Boundary

BLM Administrative Unit District Boundary

BLM Administrative Unit State Boundary

BLM Administrative Unit Office Points

Other

Field

District

State

Local

State

Other Federal

1:4,514

0        0.03      0.06            0.12 mi

0      0.05      0.1            0.2 km

Esri, HERE, Garmin, (c) OpenStreetMap contributors, and the GIS user

Web AppBuilder for ArcGIS

BLM Energy, Minerals & Realty Management | Compiled by the Bureau of Land Management (BLM), National Operations Center (NOC), OC-530. | Bureau of Land Management | Compiled by the Bureau of Land Management (BLM), National Operations Center



# EXHIBIT 6

## LINCOLN MILITARY HOUSING
*Every Mission Begins at Home®*

Have questions about housing?   Request a Call Today!   Search the Site

SPECIALS   FIND YOUR HOME

INSTALLATIONS   WHY MILITARY HOUSING   CURRENT RESIDENTS   WHO WE ARE   SERVICE SURVEY   CONTACT US   APPLY NOW

# Miramar

OVERVIEW   |   COMMUNITIES   |   MOVING HERE   |   CONTACT US   |   NEWSLETTER   CURRENT AVAILABILITY

## Miramar MCAS Off & On Base Housing

Located in a northeast neighborhood of San Diego, Miramar enjoys all of the activities and amenities of California's second largest city. It features an ideal climate, miles of pristine beaches, a host of world-class golf courses, and a dazzling array of family attractions including the world-famous San Diego Zoo and Wild Animal Park, SeaWorld San Diego, LEGOLAND California, a ...more

MIRAMAR (MCAS) COMMUNITIES

Search Communities...



### Capeharts East

- Serving: E6 - E9
- Pets: Yes   • On Base



### Capeharts West

- Serving: W1 - O5
- Pets: Yes   • On Base



### Mira Mesa Ridge

- Serving: E1 - E6
- Pets: Yes   • Miles to Base: 3



### Miramar Milcon

- Serving: E1 - E9
- Pets: Yes   • On Base



### Miramar PQ

- Serving: E1 - E6
- Pets: Yes   • On Base



### Miramar Townhomes

- Serving: E1-E6 & W1-W3
- Pets: Yes   • On Base

## Stay Up-to-date with Lincoln

JOIN OUR MAILING LIST

LIVING WITH LINCOLN

Have questions about housing?
TESTIMONIALS          RESOURCES

Request a Call Today!
FAQS          CAREERS          BLOG          NEWS

×

Home                    Current Residents          COMMUNITY EVENTS

Installations          Who We Are                  MAINTENANCE REQUEST

Why Military Housing    FAQs                        CONTACT

JOIN OUR MAILING LIST

Lincoln Military Housing is an equal opportunity housing provider and does not discriminate
based on ancestry, race, color, religion, sex, disability, family status or national origin.



© 2020. Lincoln Military Housing. All rights reserved. Legal / Careers / Privacy / Site Map / Share
Powered by Jonah / Designed by Dodd Creative

# EXHIBIT 7

# 2.0 MCAS MIRAMAR LAND USE

## 2.1 Location and Environmental Setting

MCAS Miramar is located approximately 13 miles north of downtown San Diego and 4 miles east of the Pacific Ocean (Figure 2.1a). The MCAS Miramar property is about 12 miles long from east to west and about 4 miles from north to south encompassing 23,015 acres[1]. State Route 52 and Interstate 805 (I-805) form the southern and western borders of the installation, respectively. I-15, State Route 163, and Kearny Villa Road bisect the Station into east and west. I-15 and Miramar Road are the main access roads to the Station. Several nearby communities continue to grow in the vicinity of MCAS Miramar including the City of Poway, City of Santee, Mira Mesa, Scripps Ranch, Clairemont, Kearny Mesa, and others (Figure 2.1b).

The western portion of MCAS Miramar is located on a marine terrace, or mesa, on the coastal plain that rises gradually from the Pacific Ocean. Western Miramar is relatively flat with deeply incised canyons. East Miramar is made up of coastal foothills and canyons with moderate to steep slopes. Elevations range from 240 feet in the west to 1,178 feet in eastern areas of the Station. Major vegetation types on MCAS Miramar include chaparral, coastal sage scrub, grassland, and riparian vegetation.

## 2.2 Overview

The Marine Corps is assigned the unique defense mission among the nation's armed services of being able to field, on virtually immediate notice, a self-sufficient air and ground combat force trained to fight as an integrated team under a single command. To prepare for this mission, the Marine Corps must maintain training facilities that offer diversity and flexibility to train its units, so they are prepared for the challenges they may face in combat. MCAS Miramar is an important facility for satisfying these training, deployment, and personnel support requirements.

MCAS Miramar encompasses 23,015 acres and is generally bisected by Kearny Villa Road. The area west of Kearny Villa Road (the Main Station and South/West Miramar) supports the military need for commercial, administrative, operational, and residential facilities. The area east of Kearny Villa Road (East Miramar) is primarily undeveloped, is used for military training and operational exercises, warehousing, and supports the military need for encroachment and access control. Land use controls for lands underlying flight paths prevent certain types of land uses that would be incompatible because of noise levels and safety considerations associated with aircraft operations. In addition, undeveloped lands of East Miramar are used for land navigation training, troop maneuvers, bivouacking/over-night camping, aircraft/personnel support exercises, tactical vehicle driver training, and weapons instruction training. The south, central part of East Miramar (south of the aircraft approach corridor) is being planned for construction of military family housing.

Military land uses at MCAS Miramar include operational (*e.g.*, aircraft operations) and non-operational (*e.g.*, community support) uses and functions. Land uses not directly related to or supportive of the military mission also take place within MCAS Miramar. These non-military uses primarily include outleases and easements for public highways, roadways, utilities, and landfills, encompassing about 2,900 acres.

Developed areas within MCAS Miramar cover about 4,141 acres and include aircraft operation and maintenance facilities, administrative and residential buildings, storage and supply facilities, research facilities,

---

[1] Acreage within this INRMP may not be completely consistent with each other, primarily due to changing acreages due to land transfers, different geospatial data system (GIS) software, or the time of data collection. This total acreage for MCAS Miramar is considered official, as of February 24, 2003.

**Figure 2.1a. Regional Location of MCAS Miramar**



## Figure 2.1b. MCAS Miramar and Surrounding Areas



recreation areas, and civilian outleases. Facilities at MCAS Miramar include 350 buildings with more than 4,200,000 square feet of building area and other structures and facilities, such as runways, utilities, roadways, and fuel storage.

Most major construction described in the 2000 INRMP (MCAS Miramar INRMP 2000) was to support the transfer of the Station from NAS Miramar to MCAS Miramar. All of these projects have been completed. The Station Master Plan (Naval Facilities Engineering Command, Southwest, in preparation) defines land use strategies for MCAS Miramar (*e.g.*, development areas, training areas).

Five training areas have been designated within the boundaries of the Station (Figure 2.2). During the BRAC process, the Marine Corps indicated that it intended to use training areas consistent with guidelines and procedures established by NAS Miramar (NAS Miramar Instruction 7050.2D). The Marine Corps developed MCAS Miramar Station Order P3500.2, which includes specific instructions for use of these training areas. However, as new mission requirements are identified, ground training areas may be modified.

Undeveloped land makes up the remainder of the area within MCAS Miramar. Most of these lands remain undeveloped to support the military need for encroachment and access control by segregating land uses that may be incompatible because of noise levels and safety considerations associated with military activities.

Undeveloped lands within MCAS Miramar form one of the largest parcels of contiguous natural area in the rapidly developing San Diego area.

## 2.3 Land Use History

The MCAS Miramar Integrated Cultural Resources Management Plan (MCAS Miramar Integrated Cultural Resources Management Plan 2004) (Appendix A) has a detailed description of the history of the land comprising MCAS Miramar. Native Americans were the first recorded users of the area in the vicinity of MCAS Miramar. The area was likely used as an inland hunting and collecting area for coastal tidepool gatherers.



The area then became part of a Spanish land grant owned by Don Santiago Arguello and was grazed. He divided and sold portions of the land grant after the Civil War. During the mid- to late 1800s, the land was grazed and used for non-irrigated agriculture. In the late 1800s and early 1900s, the farming community of Linda Vista was situated in an area east of what is now I-15.

*Camp Kearny*                          *Natural Resources Division*

During World War I, an Army infantry training center called Camp Kearny was established on the location of present day MCAS Miramar. In 1917 the Army leased about 8,000 acres for Camp Kearny and soon added an adjacent 5,000 acres for training and maneuvering activities. Approximately 5,000 men and 20,000 horses and mules were housed at Camp Kearny. An estimated 1,262 buildings were constructed over a five-year period, most of which were demolished when Camp Kearny was closed in 1922. By the time the war ended, the strategic importance of aviation for the military and the Miramar area as an aircraft launching site was secured. Between the two World Wars, the property was operated briefly as a dirigible base, and was known as Army Infantry Training Center Camp Kearny.

At the start of World War II, the Station was expanded and reorganized into two activities. The southern half became an auxiliary field for NAS North Island, and the northern portion became Marine Corps Air Depot. In 1941 the Air Depot expanded to more than 29,000 acres and was called Camp Elliott. The Camp was located east of I-15 and included all of present-day East Miramar. In 1943 the Station was commissioned MCAS Kearny Mesa.

In 1946 the Station was designated MCAS Miramar, until the Marine air units were moved to El Toro in 1947. The Station was designated NAS Miramar on 1 April 1952, when it became the Master Jet Station for the Pacific Fleet.

The easternmost portion of present-day MCAS Miramar, referred to in the past as the Sycamore Canyon Annex; was transferred to the U.S. Air Force in 1960 and later to the National Aeronautics and Space Administration for missile testing. In 1977 the remaining portion of Camp Elliott and the National Aeronautics and Space Administration testing site were transferred back to NAS Miramar.

NAS Miramar remained relatively unchanged until 1993, when MCAS El Toro and MCAS Tustin were selected for closure as a result of the Defense Base Closure and Realignment Act of 1990 (Public Law 101-



Land Use Sectors, Training Areas, Constraints, and Special Natural Resource Areas

Figure 2.2

510) that was accepted by Congress in September 1993 and September 1995. As a result of this selection, Marine Corps units were realigned to NAS Miramar; NAS Miramar officially became MCAS Miramar on 1 October 1997.

## 2.4 Military Operational Requirements

All Marines must annually satisfy mandatory training requirements designed to ensure that all personnel are prepared for immediate deployment and combat operations. These training operations can be classified as Marine Corps Common Combat Skills Training, vehicle operations, Marine Wing Service Support, and Air Operations Training. This training consists of open area classes, fieldwork (including land navigation and static displays), weapons qualifications, and overnight bivouac activities. Of the approximately 23,015 acres that comprise MCAS Miramar, approximately 4,698 acres in five specified training areas, have been designated specifically for ground training operations. These training areas are utilized for field training operations by ground and aviation units of the Marine Corps and other active duty and reserve components of the DoD and other federal, state and local law enforcement agencies. Although other undeveloped areas within East Miramar are



*CH-53 Helicopter*

not presently identified for current ground training, they serve as part of the Marine Corps inventory for potential future use as training ranges. Additionally, other developed sites on the Station may also be used to support operational training requirements. Impacts associated with training activities may result from foot traffic, tracked and wheeled motor vehicle operations, combat engineering support operations, temporary encampments, and fixed and rotary wing aviation operations that are conducted during day and night.

Types, frequency, intensity, and duration of training activities vary by location and training requirements. Each of the five dedicated training areas experiences a level of activity and frequency of use that is based on specific training requirements that may require unique physical attributes and/or Station assets in that area. This results in some areas of the Station experiencing most, if not all of the various activities listed above, while others may experience little or no activity. All Station training activities affect natural resources to some degree, but in many cases, these effects are temporary, of a short duration, and have a low to minimal impact.

### 2.4.1 Marine Corps Common Combat Skills Training

Basic Marine Corps Common Combat Skills Training is required of every Marine, regardless of his/her military occupational specialty. Battle skills training primarily consists of ground combat training conducted to teach or refresh field skills that include infantry; small arms weapons qualifications; Nuclear, Biological, and Chemical Defense Training; and individual and unit training operations. These activities may vary from small groups (2 -13 Marines) to several hundred Marines participating in patrol and land navigation exercises or in organized marches on established roads. Training may occur within any one or a combination of training areas across the Station. Field training also includes training in offensive and defensive maneuvers, patrolling, land navigation, communications, and other associated field activities for engineering support operations. Most training operations last from several hours up to a full day or more, with some activities being scheduled for up to five days with bivouacking/overnight camping. Most activities are conducted either on foot or by vehicle, being limited by established range scheduling, training scenario, scheme of exercise maneuver, slope of terrain, and vegetative cover. The following activities are representative of the scope of ongoing Marine Corps Common Combat Skills Training at MCAS Miramar.

- Nuclear, Biological, and Chemical defense training in the practical application of decontamination and/or neutralizing agents on personnel, unit field equipment, the use of the M-40 gas mask with exposure to a CS (tear gas) in a confined gas chamber training facility, protective suits to protect individuals from biological or chemical agents, and first aid measures for individuals exposed to such agents. This training also addresses first aid treatments in a field environment and field sanitation for eating utensils, individual water purification, personnel hygiene, and human waste removal/disposal.



- Land navigation training instruction in the use of standard issue 1:50,000 maps and compass and plotting and practical application in the movement from location to location utilizing maps, compass, and terrain association.
- Instruction in the setup and use of mobile field communications equipment that include radios, telecommunications satellite up and down links, computer equipment, and power generation equipment in a field environment.
- Individual training consisting of instruction and testing of individual personnel in basic conditioning and survival skills, which includes physical fitness, swim qualification, and motor vehicle drivers improvement.

### 2.4.2 Firing Ranges

All Marines require marksmanship training on established ranges for the firing and handling of the M16A2/A4 or M4 service rifle on a known distance course of fire 25, 200, 300, and 500 yards. Many Marines require training for firing and handling the M9 service pistol on a known distance course of fire 7, 15, and 25 yards. The Navy had established a marksmanship range on the former Camp Elliott. This range did not have a long enough surface danger zone to accommodate the M16A2 rifle.

A state-of-the-art, electronically scored rifle range has been constructed in the north-central portion of East Miramar on the site of the former Green Farms Electric Gun Research and Development Facility. This range uses a Location of Miss and Hit (LOMAH) system for scoring. A 25-firing point, pistol range has been added to this complex to replace the pistol range at the former Camp Elliott.

An Explosives Ordnance Demolition range is located in the east-central portion of East Miramar. This range was constructed on a portion of the former Sycamore Canyon Atlas Missile Facility. This demolition range is used to train Explosives Ordnance Demolition personnel and is also used for emergency destruction of hazardous explosive items, including items found on the Station and in the local community.

In addition to Sheriff personnel, the San Diego County Sheriff's Department small arms range within Training Area 5 is used by the Provost Marshal's Office and Special Operations personnel. The San Diego Shotgun Sports range south of the runways is not used for military training (see Section 2.5.1, *Current and Proposed Non-military Use of MCAS Miramar*).

### 2.4.3 Vehicle Operations

Typically, selected Marines are trained in the operation of numerous types of vehicles that can include High Mobility Multipurpose Wheeled Vehicles, 5-ton six-wheel drive trucks, Light Armored Vehicles, tanks, and

commercial all terrain vehicles. Vehicle operations include the movement on primary and secondary roads by both individual and convoys of wheeled and tracked vehicles within designated training areas, as well as on established roadways. Typically, motor vehicle training operations consist of vehicle handling, patrolling, screening maneuvers, counter-mechanized ambush, offensive and defensive combat maneuvers, land navigation, and transport of personnel and equipment to and from training areas.

In accordance with Station Range and Training regulations, wheeled and tracked vehicle traffic is permitted in virtually all training areas and access roads based on vehicle capabilities and the slope of the terrain in the training area. Primary vehicle training operations are conducted on established roads and jeep trails in designated operations areas during day or night hours and occur as the training scenario dictates. Station regulations require that all personnel use secondary roads within the training areas to the maximum extent practicable and limit vehicle speed to a maximum of 25 miles per hour on improved roads and 15 miles per hour on unimproved roads and jeep trails.

### 2.4.4 Marine Wing Support Squadron Operations

Marine Wing Support Squadron training operations are developed and conducted to provide training support for medical services, messing, laundry, command posts, supply, transportation, communications, forward air traffic control, and forward air defense systems. These operations also include engineering support for heavy equipment operations, waste water disposal, bivouac sites, field showers, simulated decontamination operations and potable water production, and battle skills training. Marine Wing Support Squadron units provide transport support for material, units, material-handling equipment, and personnel with wheeled transport vehicles. They also facilitate receipt, storage, and further shipment of material and personnel. Engineering support includes reconnaissance, construction of temporary camps, forward field bases to refuel and rearm vehicles and aircraft (including laying down temporary matting, connecting fuel bladders, and utilizing power generation equipment), and removal of landing obstacles.

Typically, combat engineers employ bulldozers, graders, backhoes, 5-ton six wheel drive trucks, High Mobility Multipurpose Wheeled Vehicles, bulk refueling equipment, reverse osmosis water purification units, and all -terrain forklifts of varying tonnage to move supplies and equipment within training areas. This equipment can also include road graders, forklifts, loaders, bulldozers, small cranes, and light and heavy trucks. Typically, engineering operations involves training 12-20 Marines in the use of a variety of heavy equipment used for earth moving and logistics operations. Engineering training operations are also conducted station-wide in support of road and drainage system maintenance, minor projects (*e.g.*, Fish Pond restoration), and range grading and maintenance operations.

Marine Wing Support Squadron training is usually restricted to relatively flat areas lacking significant vegetation. Most, if not all of these training sites have been highly disturbed during previous training operations, and no new sites are created due to a lack of time, equipment, and financial resources. There is a need for a dedicated engineer training site that could be heavily disturbed. One site being considered is reuse of the former Camp Elliott known-distance rifle range.

### 2.4.5 Aviation Operations

Aviation operations, fixed and rotary wing, occur year-round and consist of training exercises involving landings, takeoff, and the transport of personnel or material. This training is either flight operations of fixed-wing or rotary-wing aircraft or aircraft rescue/fire fighting training operations.

All fixed-wing aircraft confine take off and landing operations to runways at the Station. Rotary-wing flight operations are conducted over all training areas of Miramar. Takeoffs and landings are conducted from established landing zones, confined area landing sites, and any other location not specifically prohibited to

aircraft. Local rotary wing flight operations are typically conducted 100 to 200 feet above ground level, depending on the training scenario and the numbers of aircraft. Training in rotary-wing aircraft also includes the following:

- External load practice, which is the application of lifting, by a helicopter, a load of materials or equipment slung under a helicopter. This also includes slinging a water bucket unit utilized for fire fighting.
- Mountainous and/or confined area landings, which includes instruction and training in use of a helicopter landing zone in a mountainous area or one with limited clearance obstacles in close proximity to the landing zone.
- Flight operations using light intensifying equipment (night vision) while flying a helicopter in night or low-light situations.



Typically aircraft rescue/firefighting training operations include:

- removing aircrew members from a downed or crashed aircraft,
- extinguishing fires associated with aircraft at an airfield or in remote locations,
- the use of rescue equipment,
- use and operation of firefighting and rescue vehicles, and

*CH 53 lifting HMMWV*

- emergency first aid for injured aircrew members.

These training operations are generally conducted in close proximity to the existing runways. Aircraft rescue/fire fighting training uses a burn pit to simulate burning aircraft and/or fuel.

MCAS Miramar is being considered as a site for stationing the MV-22 Osprey. The environmental impact statement for this project is being developed to include stationing options.

## 2.5 MCAS Miramar Military Land Use

### 2.5.1 Operational Military Uses of MCAS Miramar

MCAS Miramar can be divided into three general geographic and functional sectors: (1) Main Station, (2) South/West Miramar, and (3) East Miramar (Figure 2.2). Marine Corps land use needs and requirements within each of these areas are described in this section.

**Main Station**

The Main Station is largely developed and contains facilities that support primary military functions of MCAS Miramar. Military land uses include the airfield and aircraft operation areas and maintenance, supply, community support, recreation, and residential facilities.

Implementation of the BRAC action required expansion and reconfiguration of runways and aircraft aprons, expansion and construction of hangars, and various administrative, maintenance, storage, and housing facilities at the Main Station. All of this has been completed.

Other facilities located at the Main Station include a facility for Aircraft Rescue Fire Fighting training, Direct Support Stock Control, the Defense Reutilization Marketing Office, and a heavy lift pad. The Direct Support Stock Control and Defense Reutilization Marketing Office are primarily supply, storage, and staging facilities. The heavy lift pad is located just south of Runway 6R/24L and is used for helicopter aircrew training for lifting external cargo loads.

**South/West Miramar**
South/West Miramar includes the area west of Kearny Villa Road and south and west of the Main Station. There are several non-military and non-operational developments in the area, but currently there are few operational uses. Constraints to land use in this area include the airfield clear zone, accident potential zones, noise zones, horizontal planes and transitional surfaces, areas of electromagnetic interference, and large concentrations of vernal pool habitat.

**East Miramar**
East Miramar is located east of Kearny Villa Road (Figure 2.2). Primary military land uses in this area include field training, ordnance storage and assembly, small arms ranges, and warehousing. Land use constraints in this area include accident potential zones, noise zones, small arms surface danger zones, areas of electromagnetic interference, Explosive Ordnance Disposal Training Range, and Explosive Safety Quantity Distance arcs that surround ordnance magazines.


*Corbis Digital Stack*

The Navy established five training areas in East Miramar totaling about 5,000 acres: Training Area 1 (2,132 acres), Training Area 2 (1,021 acres), Training Area 3 (304 acres), Training Area 4 (928 acres), and Training Area 5 (298 acres). Encompassed within or adjacent to Training Area 5 are an inactive rifle range, the San Diego County Sheriff's Department small arms range and range operation center, and the military small arms range.

Other facilities include firing ranges and explosive ordnance training facilities, a Mountainous Area Landing site (Training Area 3); a Confined Area Landing site (Training Area 1); and a Nuclear, Biological, and Chemical training site (Training Area 5).

## 2.5.2 Non-operational Military Uses of MCAS Miramar

Non-operational military uses are land uses that indirectly support primary military functions of MCAS Miramar. Non-operational uses include housing, community support, and recreation. Most are within the Main Station, although some non-operational uses occur or are proposed in more remote locations of the Station. Non-operational military land uses associated with the Marine Corps Community Service Department facilities include an equestrian facility, a horse trail, a recreational fishing pond, and a golf course. A recreational vehicle campground and storage lot are planned in the future.

The Department of the Navy plans to develop military family housing is an area in south-central East Miramar north of State Route 52. There is a military family housing shortfall in the region, and this shortfall has been estimated to further increase. The availability of affordable housing to military personnel and their families is important to their quality of life, and retention of personnel is important to the mission of local Navy and Marine Corps commands. This project will provide up to 1,600 suitable, affordable housing units

for junior enlisted military personnel and their families in proximity to San Diego area military installations to which personnel are assigned. An environmental impact statement was finalized with a Record of Decision on August 12, 2004. Adverse effects to threatened and endangered species have been largely avoided; effects to the endangered Del mar manzanita on the eastern edge and San Diego fairy shrimp in some dirt road puddles from the housing development will be mitigated. The loss of regionally rare plant community types and wetlands will be compensated for by restoration and/or preservation off-site.

The Miramar Wholesale Nursery is an agricultural outlease on the western edge of MCAS Miramar at the Governor Drive off-ramp to I-805. MCAS Miramar may pursue the re-issuance of the native seed collection outlease. Due to the unique type and nature of agricultural outleases, they are considered in this document as non-operational military land uses. Outlease contracts may not exceed 10 years, and all proceeds beyond lease management costs may only be expended for natural resource management, including implementation of planned actions in this INRMP.

## 2.6 MCAS Miramar Non-military Land Use

This section describes existing, planned or proposed civilian or other agency land use developments that have been identified within or immediately adjacent to MCAS Miramar (Figure 2.6).

Non-military land use of MCAS Miramar occurs primarily as a result of private inholdings, lease agreements, and easements. Non-military use of the Station is subject to constraints of military activities supporting the overriding military mission and environmental considerations. Primary constraints include areas managed for resource conservation and areas affected by accident potential zones, areas of high noise exposure levels, surface danger zones, and Explosive Safety Quantity Distance arcs. Due to the relatively small or linear nature of leases and easements on MCAS Miramar, natural resource management is executed on all Station property based on the resources present with minimal, or no, modification due to associated boundaries. Station personnel work in coordination with applicable tenants, as necessary, to assure natural resource management access and encourage their efforts toward furthering the goals of this plan.

As surrounding areas have become more urbanized, there has been increasing demand from the public to access MCAS Miramar for recreational purposes. Select locations of the Station are accessible to the public; however, military constraints limit the amount of land available for recreation. Public access for recreation also must be limited due to 1) military operational and security needs; 2) safety hazards such as explosive safety distances, firing range surface danger zones, and aircraft operation compatible use/clear zones; 3) staffing limitations; and 4) resources conservation needs. Recreational access to undeveloped areas is limited to a few activities that have been approved by the Committee for Land and Airspace Management Policy and/or the Commanding Officer (*e.g.*, equestrian trails). Occasional natural resource-related field tours are also conducted on MCAS Miramar. Non-military land uses not related to recreation or natural resources are described below.

**San Diego Gas & Electric (SDG&E) Facilities and Maintenance Activities**
Numerous SDG&E facilities are located on MCAS Miramar (Figure 2.6). These include:

- a substation in the northern portion of East Miramar;
- 14 electricity transmission lines, 4 gas transmission lines, and a communications line;
- multiple overhead 12 kV electric distribution lines, located primarily west of I-15; and
- multiple gas distribution lines, located primarily west of I-15.

**Figure 2.6. Current and Proposed Non-military Uses of MCAS Miramar**



Current and Proposed
Non-military Uses of
MCAS Miramar
Figure 2.6

Construction activities associated with SDG&E facilities include new overhead electric transmission, distribution, and communications lines within existing easements and/or licenses (access provided by existing or new roads) and new underground electric distribution, natural gas transmission, natural gas distribution, and/or communications line in existing easements and/or licenses (access provided by existing or new roads).

Regular access, reconstruction, repair, replacement, maintenance, and emergency maintenance activities associated with SDG&E facilities include maintenance of electric distribution, electric transmission, and gas transmission corridors. These facilities consist of power and other poles and or above-ground facilities associated
with underground pipelines located in the easement and/or license. These facilities and access routes must be regularly cleaned and maintained and in emergencies repaired. This may require some brush clearing and grading.

There are instances when SDG&E may perform activities requiring excavation that could affect sensitive habitat. SDG&E performs these activities in conformance with guidelines and procedures of the company's Habitat Conservation Plan and Subregional Natural Community Conservation Plan. When this occurs, disturbed areas are re-vegetated, but in some cases there is permanent loss of habitat, which are mitigated off-Station, in accordance with these plans and coordination with the Station and, as applicable, the CDFG and USFWS.

## Main Station

### *San Diego Shotgun Sports Club*
The San Diego Shotgun Sports Club is located south of the runways and adjacent to a private inholding belonging to the Sim J. Harris Company. This facility is privately operated but is available for public use, and there are special considerations for use by military personnel.

### South/West Miramar
The area south of the Main Station and west of I-15 contains land receiving the majority of non-military use on MCAS Miramar.

### *City Landfills*
The City of San Diego has been operating sanitary landfills on MCAS Miramar property since 1952. These non-hazardous, Title 14 landfills were developed in four phases. South Landfill was started in 1952 and completed in 1979. North Landfill was started under separate permit in 1979 and completed in 1985. North Landfill is now being managed and monitored as an inactive landfill. West Landfill began under an extension of the state permit for North Landfill and is broken into Phase I, which was completed in 1993, and Phase II, which began in 1993 and is expected to continue through 2017. Although the inactive landfill surfaces may provide some wildlife habitat value, they are considered developed facilities as long as monitoring and maintenance requirements remain in effect. Monitoring is required by state law for a minimum of 30 years after closure. A license to extract aggregate (sand and gravel) from West Landfill was issued in 1992 after an extensive environmental assessment was completed in compliance with NEPA.

The Miramar Landfill General Development Plan calls for incorporation of several landfill-related projects into the existing landfill area. Phase II of this plan was a programmatic environmental impact statement completed in 1996. The principal project is the Northern Sludge Processing Facility and associated pipeline, which will process sludge from the North City Water Reclamation Project and Point Loma Sewage Treatment Facility. Other projects related to the existing landfill include a (1) cogeneration facility, which generates heat and electricity from sewer gas and landfill gas; (2) household hazardous waste recycling facility; (3) greens

recycling facility, which generates mulch; (4) materials recycling facility, which will handle those parts of the waste stream that are recyclable; and (5) a revegetation nursery.

### Hanson Aggregates, Harris Plant
A 76-acre private inholding, located south of the Main Station, is within the boundaries of MCAS Miramar. The property is owned by the Sim J. Harris Company as an aggregate (sand and gravel) mine. Extraction activities at the site have ceased, and the company now imports aggregate for the production of asphalt products. Adjacent to this property, the company obtained mineral extraction leases to two separate parcels on MCAS Miramar. The presence of vernal pool habitat required cancellation of the lease to one of the parcels (Parcel A). Within the second parcel (Parcel B), all available aggregate has been mined, and the company has been using remaining pits as water reservoirs.

### Reclaimed Water Program Facilities and Pipeline
The City of San Diego recently upgraded its sewage treatment program and is recycling water in a secondary treatment system as part of the Reclaimed Water Program. The Metropolitan Wastewater Department has completed the North City Water Reclamation Facility, adjacent to the western border of MCAS Miramar which, in conjunction with the Northern Sludge Processing Facility, is generating usable (not potable) water from sewage. The Northern Sludge Processing Facility is in the southwest portion of MCAS Miramar. The Water Utilities Department is distributing the reclaimed water.

One main distribution line runs east along Miramar Road, past the golf course and housing, and then north along Black Mountain Road. The environmental impact statement completed for the facilities and pipelines required revegetation of the pipeline easement, which is ongoing, as outlined in their revegetation plan.

### Veterans Administration Cemetery
Two parcels aboard MCAS Miramar are under consideration for a Veterans Administration Cemetery. The preferred alternative is a parcel in the northwestern portion of West Miramar. The other alternative is on a parcel bounded by I-15, Kearny Villa Road, and SR-52. An Environmental Impact Statement is being prepared for this project.

## East Miramar
Located within East Miramar are the San Diego County Sheriff's Department small arms range, the San Diego Community College Fire Academy, National Weather Service facilities, SDG&E substation and transmission lines, a San Diego County Water Authority aqueduct, and the Research Natural Area.

### San Diego County Sheriff's Department Small Arms Range
The San Diego County Sheriff's Department small arms range is a 92-acre facility within Training Area 5 in old Camp Elliott. County, state, federal, and local law enforcement agencies and military personnel use this site to conduct role-play scenarios and live-fire training exercises, as well as practice rescue training techniques. The facility is composed of a dog training facility, an urban disaster training facility, an obstacle course, firearms ranges, a mock town (known as Duffy's Town), and administrative buildings. The tactical training site known as Duffy's Town provides a location for realistic training scenarios, including routine patrol procedures, tactical entry into buildings, and live-fire exercises.

### San Diego Community College Fire Academy
The San Diego Community College Fire Academy facility encompasses about four acres of land in the old Camp Elliot area. The facility is used for training students from the Community College in urban fire fighting and urban disaster rescue techniques. The main facility is located south of the San Diego County Sheriff's Department small arms range; a second facility is located to the southwest of the main facility.

### National Weather Service Station

The National Weather Service has a weather station in the northern portion of East Miramar. The site includes facilities that support the Next Generation Weather Radar, which analyzes storm clouds and assists in predicting tornadoes and violent thunderstorms.

### San Diego County Water Authority Aqueduct

The San Diego County Water Authority (SDCWA) possesses a 78-acre easement that is about 130 feet wide running north and south through East Miramar referred to as the "Second Aqueduct". This easement contains one 97-inch, one 84-inch, and one 69-inch diameter water transmission pipelines and associated surface structures (air vents at high points and blow-offs at low points) along the pipeline that require frequent inspection and periodic maintenance. Most of the easement is overlain by Aqueduct Road, which serves as access to SDCWA facilities, as well as a fuelbreak/fire road (NS-4) for the Station.

Construction activities associated with SDCWA facilities include new installation and repair/replacement of buried pipelines, conduits, and surface structures within the existing easement. This may involve internal pipeline relining or replacement of pipe sections that require excavation of the pipeline and may require some brush clearing and re-grading.

Regular maintenance activities include weekly patrol and inspection of facilities and access roads and periodic pipeline draining for internal inspections. Access road maintenance to retain existing road with includes repairs and improvements to culverts, road grading, and placement of gravel. Periodic pipeline draining and internal inspections involve discharging water from the pipeline from blow-offs into natural drainages atrates that prevent erosion and downstream sedimentation.

There are some instances where construction and maintenance activities could affect federally listed threatened and endangered species. A Section 7, Endangered Species Act, Biological Opinion (1-6-93-F-28), which was issued to the Navy on July 19, 1993 during easement document modification, contemplated potential impacts to the threatened California gnatcatcher from aqueduct installation and operation. The SDCWA is currently processing a Section 10, Endangered Species Act, Habitat Conservation Plan through the USFWS to cover effects of its activities on threatened and endangered species throughout San Diego County, including those on MCAS Miramar.

### Special Natural Areas

Special natural areas within the boundaries of MCAS Miramar include Miramar Mounds National Natural Landmark and the Research Natural Area (RNA).

The Miramar Mounds National Natural Landmark is located on the southern boundary of MCAS Miramar, directly south of the Main Station (Figure 2.2). It was designated by NAS Miramar as a natural landmark overlay with the National Park Service in 1972 but remains Station property. The landmark contains approximately 400 acres of vernal pool habitat basin and associated mima mound topography. The Station also focuses many of its vernal pool habitat restoration and mitigation needs in this area. Conservation of this area also maintains compatible land use with aircraft accident potential zones and preventing encroachment of incompatible land uses.

The 978.3-acre RNA contains undisturbed Diegan coastal sage scrub, chamise chaparral, coast live oak woodland, and native grasslands (NAS Miramar 1987). The RNA was designated in 1987 to assist in conserving these relatively undisturbed vegetation types to provide educational opportunities and research areas for scientists to study the ecology, successional trends, and other aspects of the natural environment.

Management of the RNA is similar among various federal agencies designating RNAs with the objective of protecting the educational and scientific values. The underlying emphasis in RNA management involves

controlling disruptive use, encroachment, and development. Activities such as logging, grazing, and burning are generally prohibited, and many low-impact uses are also discouraged. Managing agencies do not encourage public or recreational use.

Although there were no listed threatened or endangered species in the RNA at the time of its designation, two very small populations of the endangered Del Mar manzanita were found in the area planned for removal from the RNA for construction of military family housing. Adverse effects to this species will be mitigated as a part of the military family housing project. These two small populations represent the only locations of this plant within the RNA, but they comprise a very small proportion of the known population on Station. This species is much more abundant in more actively used portions of East Miramar. No other threatened or endangered species occur within the RNA.

The RNA designation was viewed as a buffer zone against encroaching development on the Station's southern boundary. Presently, the original RNA area supports few regionally rare natural resources. Very little ecological research has been conducted in the RNA because vegetation types present on site are relatively common within the region.

The Marine Corps evaluates land use designations based on operational and other mission requirements. The RNA cannot be considered a permanent preserve due to the DoD's requirement to maintain flexibility to adapt the defense mission to political and technological developments. Portions of installations may be set aside for conservation of significant natural resources; however, such areas shall be reassessed based on the evolving military needs of the installation (DoD Instruction 4715.3 paragraph F.1.i.[4]). The August 12, 2004 Record of Decision for Military Family Housing in the San Diego Region re-designated approximately 99 acres from RNA to for development as military family housing.

## 2.7 Adjacent Land Use

Land use in the vicinity of MCAS Miramar is primarily open space, industrial, commercial, office, and residential. Industrial, commercial, and office land surround West Miramar. San Diego County has jurisdiction over unincorporated lands northeast of East Miramar. Also abutting MCAS Miramar are areas within the Multiple Habitat Planning Area, as designated by the Multiple Species Conservation Program (Figure 5.3). The Multiple Habitat Planning Area is the area within which the permanent MSCP preserve will be assembled and managed for its biological resources. The Multiple Habitat Planning Area includes the majority of undeveloped public lands (excluding military lands) in the MSCP study area.

Communities in the vicinity of MCAS Miramar include Scripps Ranch, Mira Mesa, University City, Clairemont, Kearny Mesa, Tierrasanta, and the City of Santee (Figure 2.1b). Scripps Ranch is along the northern boundary of the station east of I-15. Land uses in the western portion of the Scripps Ranch community are primarily industrial, commercial, educational, and residential, while land use in the eastern portion is primarily residential. Mira Mesa is directly north of Main Station; land uses are primarily industrial and residential, with some areas of undeveloped land. University City is due west of MCAS Miramar. Land use in University City is diverse, with the University of California San Diego, commercial, industrial, and medical centers making up the majority of the northern portion of the city and residential, recreation, and open space areas located in the southern part of the community.

Clairemont is to the southwest of MCAS Miramar; predominant land uses include residential, industrial, commercial, and areas of undeveloped land. Kearny Mesa is south of MCAS Miramar; primary land uses include industrial and commercial development. Tierrasanta is a residential community south of MCAS Miramar. The City of Santee is to the southeast; predominant land use is residential, although some large sections remain undeveloped adjacent to the Station.

Other specific land uses adjacent to MCAS Miramar include the Sycamore Canyon Preserve, Mission Trails Regional Park, Santee Lakes Regional Park, Marian Bear Memorial Park, Alliant International University, Goodan Ranch, and the Sycamore Canyon Landfill.

*Goodan Ranch* abuts MCAS Miramar to the northeast. Goodan Ranch is a 321-acre regional park owned jointly by the State of California, San Diego County, and cities of Poway and Santee.

*Sycamore Canyon Open Space Preserve* lies immediately east of Goodan Ranch. Formerly a large ranch, this 1,820 acre preserve primarily consists of undeveloped recreational facilities and open space.

*Mission Trails Regional Park* is operated and maintained by the City of San Diego and with about 5,800 acres, is one of the largest urban parks in the country. The park attempts to be a major information resource of Native American and natural history in the region, preserve habitats of plants and animals native to San Diego, and provide appropriate recreational opportunities.

*Santee Lakes Regional Park* is owned and operated by the Padre Dam Municipal Water District. The approximately 200-acre site was designed as part of an innovative water reclamation system used for irrigation and recreational purposes. This park contains a campground and recreational fishing ponds.

*Marian Bear Memorial Park* lies to the west of the Air Station. It is a 467-acre natural park owned by the City of San Diego, which is managed and maintained to preserve the wildlife and habitat native to San Clemente Canyon.

*Alliant International University* is located north of the Station, adjacent to and southwest of Scripps Ranch. The University is located on about 160 acres and has about 1,700 students.

The *Sycamore Canyon Landfill*, privately operated, is located immediately south of East Miramar.

*Fanita Ranch*, a 2,589-acre property east of MCAS Miramar has been proposed for a mixed-use development, primarily residential units. There will be an extensive on-site biological preserve associated with the Fanita Ranch Project. This preserve will be directly adjacent to MCAS Miramar; the Fanita Ranch Project has specific features designated to maintain connectivity between the preserve and open spaces on MCAS Miramar.

The Fiscal Year 2006 National Defense Authorization Act authorized the Department of the Navy to convey to the County of San Diego approximately 230 acres along the eastern edge of MCAS Miramar, to allow the historic Stowe Trail to be reopened for use as passive park/recreation connecting Goodan Ranch, Sycamore Canyon County Open Space Preserve to Mission Trails Regional Park. Appropriate NEPA documentation will be prepared to analyze such a conveyance.

Parcels of land located immediately adjacent to MCAS Miramar with undetermined futures include parcels owned by CalTrans and the San Diego Unified School District. CalTrans owns a 12.6-acre parcel of land north of State Route 52 and east of I-15. The north, west, and east sides of the parcel are directly adjacent to MCAS Miramar. The southern portion of the parcel connects to State Route 52. Ultimate use of this parcel has not been determined. The San Diego Unified School District owns a 58.5-acre parcel of undeveloped land surrounded on all four sides by MCAS Miramar. This parcel is north of State Route 52 and east of I-15.