UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE; JANE DOE; JOHN DOE 1, a minor, by and through his guardian ad litem JANE DOE; and JOHN DOE 2, a minor, by and through his guardian ad litem JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP; SAN DIEGO FAMILY HOUSING, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00224-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[ECF No. 60.] |

    Having reviewed the stipulation before the Court and noting that the stipulation has been signed by counsel for Plaintiffs John Doe, Jane Doe, John Doe 1 (by and through his guardian ad litem, Jane Doe), and John Doe 2 (by and through his guardian ad litem, Jane Doe) ("Plaintiffs") and counsel for Defendants San Diego Family Housing LLC and Lincoln Military Property Management LP, the Court approves the stipulation and dismisses this action in its entirety including as to Defendants San Diego Family Housing

1

1  LLC and Lincoln Military Property Management LP, with prejudice.  Each party shall
2  bear their own attorney's fees and costs.
3       **IT IS SO ORDERED.**
4  Dated:  October 19, 2020

Hon. Gonzalo P. Curiel
United States District Judge